IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: John Stoddart ) | Case No.: 19-80272-CRJ-11 | |
| SSN: xxx-xx-7747 ) | | |
| ) | | |
| Helen Powell-Stoddart ) | | |
| SSN: xxx-xx-0479 ) | | |
| ) | | |
| Debtors. ) | Chapter 11 | |

### DEBTORS NOTICE OF AMENDMENT OF SCHEDULES

**COMES NOW** the Debtors in the above styled matter and hereby files amended Schedule D consisting of 4 pages, by substituting the attached amended schedule for those originally filed, pursuant to Fed. R. Bankruptcy P. 1009. The specific changes are as follows:

**Schedule D has been modified**
-to show amended value of the property located at 3127 Haddonstone Drive SE, Owens Cross Roads, AL 35763.
-to show amended value of the 2011 Ford Edge.

/s/*Tazewell T. Shepard*
Tazewell T. Shepard

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
Tel: (256) 512-9924
Fax: (256) 512-9938

**I DECLARE UNDER PENALTY OF PERJURY THAT THE ATTACHED AMENDED SCHEDULES ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.**

Dated: February 13, 2019        */s/ John Stoddart*
                                John Stoddart


Dated: February 13, 2019        */s/ Helen Powell-Stoddart*
                                Helen Powell-Stoddart

## CERTIFICATE OF SERVICE

      This is to certify that I have this 13th day of February, 2019 served the foregoing upon all listed creditors found on the attached Clerk's Certified Matrix; upon all those persons requesting notice in this case, and upon the following listed persons by electronic service through the Court's CM/ECF system and/or by depositing said copies in the U. S. Mail in properly addressed envelopes with adequate postage thereon:

    Richard Blythe, Esquire
    Office of the Bankruptcy Administrator
    P. O. Box 3045
    Decatur, AL 35602

                                                             /s/*Tazewell T. Shepard*
                                                             Tazewell Shepard

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | John Stoddart | |
| | First Name  Middle Name  Last Name | |
| Debtor 2 | Helen Powell-Stoddart | |
| (Spouse if, filing) | First Name  Middle Name  Last Name | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA | |
| Case number (if known) | 19-80272 | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.1** **BBVA Compass**
Creditor's Name

114 Govenors Drive SE
Huntsville, AL 35801
Number, Street, City, State & Zip Code

Describe the property that secures the claim:  **$1,080,000.00**  **$1,000,000.00**  **$80,000.00**

3127 Haddonstone Drive SE Owens Cross Roads, AL 35763

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)  **First Mortgage**

Date debt was incurred  **04/2008**  Last 4 digits of account number  **1922**

---

**2.2** **Iberia Bank**
Creditor's Name

4700 Whitesburg Drive SW
Suite 150
Huntsville, AL 35802
Number, Street, City, State & Zip Code

Describe the property that secures the claim:  **$199,300.00**  **$1,000,000.00**  **$199,300.00**

3127 Haddonstone Drive SE Owens Cross Roads, AL 35763

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)  **Second Mortgage (HELOC)**

Date debt was incurred  **03/2011**  Last 4 digits of account number

| Debtor 1 | John Stoddart | | | Case number (if known) | 19-80272 |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Helen Powell-Stoddart | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.3 | **SunTrust Bank** | **Describe the property that secures the claim:** | $6,182.00 | $6,000.00 | $182.00 |
| --- | --- | --- | --- | --- | --- |
| | Creditor's Name | **2011 Ford Edge** | | | |
| | P.O. Box 791144 Baltimore, MD 21279 | **As of the date you file, the claim is:** Check all that apply. | | | |
| | Number, Street, City, State & Zip Code | ☐ Contingent | | | |
| | | ■ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ☐ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) | | | |
| | ☐ Debtor 2 only | | | | |
| | ■ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| | ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit | | | |
| | ☐ Check if this claim relates to a community debt | ■ Other (including a right to offset) **Auto Loan** | | | |
| | **Date debt was incurred** 12/2013 | **Last 4 digits of account number** 3753 | | | |

| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,285,482.00 |
| --- | --- |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,285,482.00 |

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.