IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re:

| | | |
|---|---|---|
| JOHN STODDART, | ) | Case No. 19-80272-TOM-11 |
| HELEN POWELL-STODDART, | ) | |
| Debtors. | ) | |

ORDER
APPROVING EMPLOYMENT OF
ATTORNEY FOR THE DEBTOR-IN-POSSESSION

This case came before the Court February 25, 2019 for a hearing on the Debtors' Application to Employ **Tazewell T. Shepard, III, Kevin M. Morris, and Tazewell T. Shepard, IV of Sparkman, Shepard & Morris, P.C.**, as Attorney for the Debtor-in-Possession. It appears to the Court that the Application and Verified Statement of the Attorney to be employed meets the requirements of the Bankruptcy Code and Rules for such employment, and that it is in the best interest of the bankruptcy estate that such employment be approved; now therefore,

It is ORDERED, ADJUDGED, AND DECREED that Tazewell T. Shepard, III, Kevin M. Morris, and Tazewell T. Shepard, IV of Sparkman, Shepard & Morris, P.C. shall be and hereby is APPROVED as Attorneys for the Debtors-in-Possession.

Applicants have requested compensation based upon an hourly basis and the total amount of fees will be determined after Applicants properly file an Application for Compensation. Applicants may draw on the retainer but when exhausted must seek court approval before accepting additional payments.

It is further ORDERED the employment is approved and reasonable compensation and reimbursement for actual and necessary expenses under Section 330(a) and Section 331 of the Bankruptcy Code may be paid to said professionals only as approved by this Court on application after notice and hearing pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure. A COURTESY COPY OF ALL FEE APPLICATIONS SHALL BE PROVIDED TO THE JUDGE WHEN FILED.

Dated: February 27, 2019

/s/ Tamara O. Mitchell
TAMARA O. MITCHELL
United States Bankruptcy Judge

TOM/af