## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** John & Helen Stoddart  **CASE NO. :** 19-80272  **MONTH ENDING:** 2-28-19

### Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month

## INDIVIDUAL DEBTOR'S AFFIRMATIONS

**YES** ☑ **NO** ☐  All post petition individual taxes have been paid and the deposit slips are attached.

**If you answered "No" to the above, list the types of taxes that are now due and owing.**

| TYPE OF TAX | AMOUNT |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

2. **YES** ☑ **NO** ☐  Adequate insurance on all assets/property including fire, theft, liability, collision and casualty is currently in full force and effect.

If no, enter:   TYPE(S)_____not in force.

| List **All** Bank Accounts | Bank | Account No. | Type of Acct. | Balance |
|---|---|---|---|---|
| 1. | Regions | ████4597 | Checking | $ 3.185.08 |
| 2. | Regions | ████4384 | Savings | $ 14,260.8█ |
| 3. | Bank of America | ████5058 | Checking | $ 3,357.45 |

4. **YES** ☑ **NO** ☐  Copies of <u>all</u> banks statements and reconciliations are attached.

5. **YES** ☑ **NO** ☐  I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. **YES** ☑ **NO** ☐  All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

7. **YES** ☐ **NO** ☐  I have attached a list of all post petition creditors that have been incurred since the filing of this case but that have not been paid, including Court approved professional (attorney, accountant, etc.) fees.

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE  March 7, 2019  3/7/2019
PHONE  (301) 254-5455

John Stoddart
RESPONSIBLE PARTY

**Bankruptcy Administrator Form Individual BA-01**

**United States Bankruptcy Court   Northern District of Alabama   Northern Division**

CASE NAME: _John & Helen Stoddart_   CASE NO. : _19-80272_   MONTH ENDING: _2-28-19_

## Individual Debtor's Cash Receipts and Disbursement   *BA-02*

| | | |
|---|---|---:|
| Receipts/Income  (GROSS)  —Salary | $ | 650 |
| Alimony, Maintenance, Support received | | |
| Other Income | | |
|     Interest | | |
|     Sale/rent of real estate or personal property | | |
|     Social Security | | |
|      Monthly Dividend Disbursement | | $5,100 |
|     Other (specify) Business Income | | $2,712.54 |
| **TOTAL RECEIPTS/INCOME** | | $8,462.54 |

DISBURSEMENTS/EXPENSES (*INCLUDE EMPLOYER DEDUCTIONS*)

| | |
|---|---:|
|   Food | $989.57 |
|   Home Expenses | |
|     Rent or Home Loan | |
|     Real Estate Tax | |
|     Gas | |
|     Water | |
|     Telephone | |
|     Other Utilities(specify)  Electric, Propane & Water | $1,055.38 |
|   Home Maintenance (repairs and upkeep) | |
|   Insurance Payments | |
|     Life | $669.24 |
|     Health | |
|     Auto | |
|     Home owners or renters | |
|     Other (specify)_____ | |
|   Installments Loan Payments | |
|     Auto Loan | |
|     Other loans (specify)_____ | |
|   Taxes withheld or Quarterly Income Taxes | $120.59 |
|   School or Day Care Expense | $1,596 |
|   Laundry and Dry Cleaning | |
|   Other  Personal (see attached) | $4,383.54 |
|     Total Business Expenses (see attached) | $1,100.46 |
| **TOTAL ALL DISBURSEMENTS/EXPENDITURES** | $10,374.56 |
| **TOTAL INCOME LESS TOTAL EXPENDITURES** | $ -$1,912.02 |

Beginning Cash Balance $ _$22,234.03_   Ending Cash Balance $ _$20,803.39_

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY
KNOWLEDGE AND BELIEF.

Date _3-12-2019_   _____
RESPONSIBLE PARTY

## Other Expenses

| | Personal | Business | Total |
|---|---:|---:|---:|
| **Air Travel** | $0.00 | -$105.38 | -$105.38 |
| **Auto & Transport** | -$507.16 | $0.00 | -$507.16 |
| **Business Meals & Ent** | $0.00 | -$121.71 | -$121.71 |
| **Business Services** | -$128.00 | $0.00 | -$128.00 |
| **Clothing** | -$68.54 | $0.00 | -$68.54 |
| **Electronics & Software** | $0.00 | -$149.00 | -$149.00 |
| **Fees & Charges** | -$0.85 | -$15.00 | -$15.85 |
| **Gas & Fuel** | -$380.81 | $0.00 | -$380.81 |
| **Gift** | -$56.04 | $0.00 | -$56.04 |
| **Health & Fitness** | -$32.67 | $0.00 | -$32.67 |
| **Home** | -$530.52 | $0.00 | -$530.52 |
| **Home Improvement** | -$78.24 | $0.00 | -$78.24 |
| **Home Services** | -$104.78 | $0.00 | -$104.78 |
| **Hotel** | -$237.80 | $0.00 | -$237.80 |
| **Internet** | $0.00 | -$94.95 | -$94.95 |
| **Kids Activities** | -$555.00 | $0.00 | -$555.00 |
| **Lawn & Garden** | -$355.00 | $0.00 | -$355.00 |
| **Mobile Phone** | $0.00 | -$445.78 | -$445.78 |
| **Movies & DVDs** | $0.00 | -$15.54 | -$15.54 |
| **Parking** | $0.00 | -$28.00 | -$28.00 |
| **Pet Food & Supplies** | -$7.91 | $0.00 | -$7.91 |
| **Pharmacy** | -$67.84 | $0.00 | -$67.84 |
| **Research Expenses** | $0.00 | -$10.89 | -$10.89 |
| **Service & Parts** | -$64.67 | $0.00 | -$64.67 |
| **Shopping** | -$166.71 | $0.00 | -$166.71 |
| **Studio Supplies** | $0.00 | -$39.67 | -$39.67 |
| **Subscriptions** | $0.00 | -$74.54 | -$74.54 |
| **Television** | $0.00 | $0.00 | $0.00 |
| **Tuition** | -$1,041.00 | $0.00 | -$1,041.00 |
| **Total** | **-$4,383.54** | **-$1,100.46** | **-$5,484.00** |

1



**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

JOHN FITZGERALD STODDART
HELEN JOYCE POWELL-STODDART
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

## MONEY MARKET
January 30, 2019 through February 20, 2019

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$0.00** | Minimum Balance | $13,892 |
| Deposits & Credits | $27,260.77 + | Average Balance | $14,143 |
| Net Interest Earned | $0.09 + | Annual Percentage Yield Earned | 0.01% |
| Withdrawals | $13,000.00 − | Interest This Period | $0.09 |
| Fees | $0.00 − | Average Collected Balance | $14,143.68 |
| Automatic Transfers | $0.00 + | 2019 YTD Interest | $0.09 |
| Checks | $0.00 − | | |
| **Ending Balance** | **$14,260.86** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 01/30 | Deposit - Thank You | 26,892.77 |
| 02/06 | EB From Checking #████████4384 Ref# 000000 0000004 | 368.00 |
| | Total Deposits & Credits | $27,260.77 |

### INTEREST

| | | |
|---|---|---|
| 02/20 | Interest Payment | 0.09 |

### WITHDRAWALS

| | | |
|---|---|---|
| 01/30 | Bank Debit | 13,000.00 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/30 | 13,892.77 | 02/06 | 14,260.77 | 02/20 | 14,260.86 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)**
**or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**



**Thank You For Banking With Regions!**
2019 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

JOHN FITZGERALD STODDART
HELEN JOYCE POWELL-STODDART
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**You may save a considerable amount of money by
refinancing your mortgage.  If you haven't checked it out,
call your PFS officer for Regions' low rates today!**

## Easy Steps to Balance Your Account

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

JOHN STODDART
T/A URBAN JUNCTION EAST
3127 HADDONSTONE DR SE
OWENS CROSS ROADS, AL  35763-8435

## Business Advantage

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Fundamentals Checking

for February 1, 2019 to February 28, 2019

Account number: ██████5058

**JOHN STODDART    T/A URBAN JUNCTION EAST**

## Account summary

| | |
|---|---:|
| Beginning balance on February 1, 2019 | $1,752.75 |
| Deposits and other credits | 2,712.76 |
| Withdrawals and other debits | -1,093.06 |
| Checks | -0.00 |
| Service fees | -15.00 |
| **Ending balance on February 28, 2019** | **$3,357.45** |

# of deposits/credits: 7

# of withdrawals/debits: 25

# of items-previous cycle[1]: 0

# of days in cycle: 28

Average ledger balance: $2,899.85

[1]*Includes checks paid,deposited items&other debits*



Bank of America **Business Advantage**

LIFE / BETTER CONNECTED®

## Thank you for your business.
## Here's to your continued success.

We're committed to finding the smartest path to long-term growth for your business.

Our small business specialists will work with you to help strengthen your business and plan for the future. Please visit **bankofamerica.com/smallbusiness** to learn more.

AR634K95 | SSM-01-18-2949.B

Case 19-80272-TOM11    Doc 40    Filed 03/13/19    Entered 03/13/19 13:12:32    Desc Main
Document       Page 7 of 23

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information- We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation



Bank of America, N.A. Member FDIC and   Equal Housing Lender

Case 19-80272-TOM11    Doc 40    Filed 03/13/19    Entered 03/13/19 13:12:32    Desc Main
Document    Page 8 of 23

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|-------:|
| 02/05/19 | WIRE TYPE:WIRE IN DATE: 190205 TIME:1311 ET TRN:2019020500267863 SEQ:CB190205002407/000420 ORIG:ISAAC S CATES ID:7001124366 SND BK:COMMERCE B ANK ID:101000019 PMT DET:CB190205002407 FINAL PAYM ENT FOR MUSIC COMMISSION | 1,700.00 |
| 02/07/19 | CHECKCARD 0206 APL*ITUNES.COM/BILL 866-712-7753 CA 7469216903710066360 | 0.22 |
| 02/08/19 | WARNER MUSIC INC DES:2001579063 ID:2001579063 INDN:JOHN STODDART          CO ID:8133565869 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 5.00 |
| 02/25/19 | BKOFAMERICA MOBILE 02/25 3622739895 DEPOSIT          *MOBILE     MD | 700.00 |
| 02/25/19 | BKOFAMERICA MOBILE 02/25 3622739055 DEPOSIT          *MOBILE     MD | 17.78 |
| 02/25/19 | BKOFAMERICA MOBILE 02/25 3622738053 DEPOSIT          *MOBILE     MD | 17.46 |
| 02/26/19 | Square Inc      DES:190226P2   ID:L209421640913  INDN:Urban Junction East     CO ID:9424300002 CCD | 272.30 |

**Total deposits and other credits** | | **$2,712.76**

## Withdrawals and other debits

Card account # XXXX XXXX XXXX 2907

| Date | Description | Amount |
|------|-------------|-------:|
| 02/01/19 | CHECKCARD 0131 APL* ITUNES.COM/BILL 866-712-7753 CA 24692169031100026182508 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -3.26 |
| 02/01/19 | AT&T 0701      02/01 #000059624 PURCHASE AT&T 0701          HUNTSVILLE   AL | -76.50 |
| 02/04/19 | CHECKCARD 0202 GOOGLE *GSUITE_johnsto cc@google.comCA 24692169033100319497371 CKCD 7311 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -5.00 |
| 02/07/19 | CHECKCARD 0205 AMERICAN AIR00106413947 FORT WORTH   TX 24431069037978002255147 CKCD 3001 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -61.44 |
| 02/07/19 | CHECKCARD 0205 AMERICAN AIR00106413978 FORT WORTH   TX 24431069037978002264578 CKCD 3001 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -43.94 |
| 02/07/19 | MOBILE PURCHASE 0205 MONACO PICTURES 1131 HUNTSVILLE  AL | -15.54 |
| 02/11/19 | CHECKCARD 0209 APL*APPLE ONLINE STORE 800-676-2775 CA 24692169040100030225177 CKCD 5732 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -149.00 |
| 02/11/19 | CHECKCARD 0209 Evelyn and Olive Memphis          TN 24426299041018041124857 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -41.70 |

*continued on the next page*

---

Bank of America **Business Advantage**                                    LIFE / BETTER CONNECTED®



Online Banking
**Tip of the month**

## Banking at your fingertips

Our Mobile Banking app[1] is certified by J.D. Power® for providing "An Outstanding Customer Experience."[2]

To learn more, and download it for free, visit **bankofamerica.com/getmobileapp**.

[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
[2] For J.D. Power award information, visit jdpower.com.
©2018 Bank of America Corporation | ARF3TRPR | SSM-02-18-0009.B

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 02/11/19 | CHECKCARD 0209 TGI FRIDAYS 1938 MEMPHIS    TN 24431069041286357801695 CKCD 5812 XXXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -8.51 |
| 02/11/19 | CHECKCARD 0210 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169041100840994813 RECURRING CKCD 5734 XXXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -14.99 |
| 02/12/19 | CHECKCARD 0210 DOUBLETREE HOTELS MEMPHIS    TN 24755429042730420104275 CKCD 3692 XXXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -28.00 |
| 02/12/19 | CHECKCARD 0211 TST* CAFE ECLECTIC MEMPHIS    TN 24445009042500449464034 CKCD 5812 XXXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -36.95 |
| 02/19/19 | CHECKCARD 0219 WAL-MART #5197 OWENS CROSS RAL CKCD 5411 XXXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -9.68 |
| 02/20/19 | CHECKCARD 0219 APL* ITUNES.COM/BILL 866-712-7753 CA 24692169050100739953522 CKCD 5735 XXXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -10.89 |
| 02/20/19 | CHECKCARD 0219 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169050100733368990 RECURRING CKCD 5734 XXXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -9.99 |
| 02/20/19 | CHECKCARD 0219 IK MULTIMEDIA 954-846-9101 FL 24765019051286570055945 CKCD 5733 XXXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -29.99 |
| 02/21/19 | MOBILE PURCHASE 0221 COMCAST 800-266-2278 GA | -89.95 |
| 02/25/19 | CHECKCARD 0224 CHIPOTLE 3159 COOKEVILLE    TN 24431069056200188402062 CKCD 5814 XXXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -7.41 |
| 02/26/19 | CHECKCARD 0224 HOUSE OF THAI COOKEVILLE    TN 24013399056003337859720 CKCD 5812 XXXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -14.57 |
| 02/26/19 | CHECKCARD 0225 APL* ITUNES.COM/BILL 866-712-7753 CA 24692169056100607274864 CKCD 5735 XXXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -6.53 |
| 02/27/19 | CHECKCARD 0226 XERO US INV-1869868 HTTPSWWW.XEROCA 24492159057637840170690 RECURRING CKCD 5734 XXXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -30.00 |
| 02/27/19 | CHECKCARD 0226 AT&T  *PAYMENT 800-288-2020 TX 24692169057100186243149 CKCD 4899 XXXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -19.95 |
| 02/27/19 | CHECKCARD 0226 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169057100113549253 RECURRING CKCD 5734 XXXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -9.99 |
| 02/27/19 | CHECKCARD 0226 AT&T*BILL PAYMENT 800-331-0500 TX 24493989057083028308266 RECURRING CKCD 4814 XXXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -369.28 |
| **Subtotal for card account # XXXX XXXX XXXX 2907** | | **-$1,093.06** |
| **Total withdrawals and other debits** | | **-$1,093.06** |

## Service fees

The Monthly Fee on your Business Fundamentals Checking account was waived for the statement period ending 01/31/19. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ✓ $250+ in new net purchases on a linked Business debit card
- ○ $250+ in new net purchases on a linked Business credit card
- ○ $3,000+ minimum daily balance in primary checking account
- ○ $5,000+ average monthly balance in primary checking account
- ○ $15,000+ combined average monthly balance in linked business accounts
- ○ enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

*continued on the next page*

Case 19-80272-TOM11   Doc 40   Filed 03/13/19   Entered 03/13/19 13:12:32   Desc Main
Document    Page 10 of 23

 **Bank of America**

**Your checking account**

## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 02/06/19 | Wire Transfer Fee | -15.00 |
| **Total service fees** | | **-$15.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 02/01 | 1,672.99 | 02/08 | 3,237.29 | 02/21 | 2,807.64 |
| 02/04 | 1,667.99 | 02/11 | 3,023.09 | 02/25 | 3,535.47 |
| 02/05 | 3,367.99 | 02/12 | 2,958.14 | 02/26 | 3,786.67 |
| 02/06 | 3,352.99 | 02/19 | 2,948.46 | 02/27 | 3,357.45 |
| 02/07 | 3,232.29 | 02/20 | 2,897.59 | | |

This page intentionally left blank

Case 19-80272-TOM11    Doc 40    Filed 03/13/19    Entered 03/13/19 13:12:32    Desc Main
Document      Page 12 of 23





**24-hr Phone Banking**
1-800-968-0801
**Customer Service**
1-800-682-3231



**24-hr Online Banking**
iberiabank.com

| HIGH INTEREST CHECKING | | ACCOUNT NUMBER ******2905 | |
|---|---|---|---|
| Previous Balance | 1,458.24 | Statement Dates | 1/07/19 thru 2/05/19 |
| 10 Deposits/Credits | 12,601.29 | Days this Statement Period | 30 |
| 85 Checks/Debits | 13,676.41 | Average Ledger Balance | 2,130.09 |
| Service Charge | .00 | Average Collected Balance | 2,053.66 |
| Interest Paid | .01 | Interest Earned | .01 |
| Current Balance | 383.13 | Annual Percentage Yield Earned | 0.01% |
| | | 2019 Interest Paid | .02 |

Effective April 1, 2019 your High Interest Checking will continue to have a service charge of $20, waived if you maintain an average collected balance of $5,000 or more or if you maintain an average collected balance of $25,000 in your personal deposit accounts or an outstanding loan balance of $25,000 or more per statement cycle or you are a small business owner with a business checking account.



### DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 1/07 | PAYROLL   MADISON SURGERY PPD | 5,100.00 |
| 1/09 | CREDIT 1714 01/08/19 001532 DILLARDS 460 PARKWA | 163.50 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00004639

## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                  $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                           $ _____

## TOTAL                          $ _____

## SUBTRACT—

CHECKS OUTSTANDING                 $ _____

## BALANCE                        $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.



Member
## FDIC

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

   1)Tell us your name and account number.
   2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
   3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.   If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.  This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating).  "New Balance" means the total outstanding  balance of your line on any cycle closing date which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly.  The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.



**HIGH INTEREST CHECKING** (continued)          **Account Number ******2905**

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | HUNTSVILLE   AL | |
|      | Card# 2163 | |
| 1/14 | CREDIT 0854 01/13/19 001181 | 59.93 |
|      | COSTCO WHSE #0356 | |
|      | HUNTSVILLE   AL | |
|      | Card# 2163 | |
| 1/15 | Mobile Deposit 496711109 | 1,293.00 |
| 1/18 | PAYROLL   PAIN 2 WELLNESS | 1,534.77 |
|      | PPD | |
| 1/24 | 1V9Q     CANDIED YAM TOUR | 596.94 |
|      | PPD | |
| 1/24 | Mobile Deposit 500126397 | 1,000.00 |
| 1/30 | 1V9Q     CANDIED YAM TOUR | 1,448.67 |
|      | PPD | |
| 1/31 | PAYROLL   OAKWOOD UNIVERSI | 1,377.25 |
|      | PPD | |
| 2/04 | CREDIT 2003 02/01/19 085305 | 27.23 |
|      | WOODY ANDERSON FORD | |
|      | HUNTSVILLE   AL | |
|      | Card# 4702 | |
| 2/05 | Interest Deposit | .01 |

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 1/07 | POS DEB 1821 01/03/19 016899 | 26.93- |
|      | EARTH FARE #510 | |
|      | HUNTSVILLE   AL | |
|      | Card# 2163 | |
| 1/07 | POS DEB 1004 01/04/19 035437 | 240.00- |
|      | ALABAMA PSYCHOLOGIC | |
|      | HUNTSVILLE   AL | |
|      | Card# 4702 | |
| 1/07 | POS DEB 2057 01/04/19 097632 | 55.11- |
|      | TEXACO 0302874 | |
|      | MADISON    AL | |
|      | Card# 4702 | |
| 1/07 | PIN POS 1249 01/06/19 422692 | 22.75- |
|      | COSTCO WHSE #0356 | |
|      | HUNTSVILLE   AL | |
|      | Card# 4702 | |
| 1/07 | POS DEB 1313 01/06/19 000016 | 8.47- |
|      | CHURCH FOOD MART | |
|      | HUNTSVILLE   AL | |
|      | Card# 2163 | |
| 1/08 | POS DEB 1005 01/07/19 085285 | 79.00- |
|      | ACELLUS ACADEMY | |
|      | 816-2293800  MO | |
|      | Card# 4702 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00004641



# IBERIABANK

**HIGH INTEREST CHECKING** (continued)                    Account Number *******2905

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 1/08 | PIN POS 0722 01/08/19 066437<br>PUBLIX<br>OWENS CROSS RAL<br>Card# 4702 | 39.23- |
| 1/08 | BT0107    AQUA FINANCE<br>PPD | 82.00- |
| 1/08 | INSURANCE  NORTH AMERICAN L<br>PPD | 425.92- |
| 1/08 | WEB PMTS   AdventistGiving.<br>WEB | 1,110.00- |
| 1/09 | POS DEB 0819 01/07/19 052961<br>ELEVATION CHURCH<br>704-246-0800 NC<br>Card# 4702 | 200.00- |
| 1/09 | POS DEB 1436 01/08/19 046482<br>FAST TRAC CAR WASH<br>OWENS X RDS  AL<br>Card# 4702 | 14.00- |
| 1/09 | POS DEB 1547 01/08/19 089373<br>COSTCO GAS #0356<br>HUNTSVILLE  AL<br>Card# 4702 | 40.64- |
| 1/09 | PIN POS 1621 01/08/19 521289<br>COSTCO WHSE #0356<br>HUNTSVILLE  AL<br>Card# 4702 | 9.80- |
| 1/10 | POS DEB 0905 01/09/19 044341<br>SALLY BEAUTY 2836<br>MADISON     AL<br>Card# 2163 | 73.18- |
| 1/10 | POS DEB 1827 01/09/19 092653<br>COSTCO GAS #0356<br>HUNTSVILLE  AL<br>Card# 4702 | 27.23- |
| 1/10 | PIN POS 1207 01/10/19 085616<br>PUBLIX<br>OWENS CROSS RAL<br>Card# 4702 | 3.26- |
| 1/10 | ADTPAPACH  ADT SECURITY SER<br>WEB | 53.78- |
| 1/11 | POS DEB 1836 01/09/19 034055<br>AUTO AIR VACUUM SER<br>PLAINVIEW   NY<br>Card# 4702 | 1.50- |
| 1/11 | Transfer to Loan<br>Acct No.   6903204375 | 1,553.68- |
| 1/14 | MMT DB 1132 01/12/19 062027<br>SQC*JANEESE LEWIS<br>8774174551  CA<br>Card# 4702 | 100.00- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00004642



# IBERIABANK

STATEMENT OF ACCOUNT

Date 2/05/19     Page 5 of 11

---

**HIGH INTEREST CHECKING** (continued)                    **Account Number ******2905**

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 1/14 | POS DEB 0833 01/11/19 053020<br>PUBLIX #1629<br>HUNTSVILLE AL<br>Card# 2163 | 54.12- |
| 1/14 | POS DEB 1939 01/12/19 001833<br>COSTCO GAS #0356<br>HUNTSVILLE AL<br>Card# 4702 | 36.26- |
| 1/14 | POS DEB 1342 01/13/19 080353<br>LEVELUP*TROPICALSMO<br>855-466-5585 MA<br>Card# 4702 | 18.29- |
| 1/14 | POS DEB 1553 01/13/19 003772<br>COSTCO GAS #0356<br>HUNTSVILLE AL<br>Card# 4702 | 25.08- |
| 1/14 | PIN POS 1653 01/13/19 239162<br>COSTCO WHSE #0356<br>HUNTSVILLE AL<br>Card# 2163 | 157.95- |
| 1/15 | POS DEB 1727 01/14/19 010605<br>COSTCO WHSE #0356<br>HUNTSVILLE AL<br>Card# 2163 | 21.74- |
| 1/15 | POS DEB 1730 01/14/19 002521<br>COSTCO WHSE #0356<br>HUNTSVILLE AL<br>Card# 2163 | 5.44- |
| 1/15 | PIN POS 1138 01/15/19 086927<br>PUBLIX<br>OWENS CROSS RAL<br>Card# 4702 | 28.26- |
| 1/15 | USATAXPYMT IRS<br>PPD | 500.00- |
| 1/16 | POS DEB 0753 01/15/19 044103<br>PUBLIX #598<br>MADISON AL<br>Card# 2163 | 15.97- |
| 1/16 | POS DEB 1821 01/15/19 014025<br>HAIR QUEEN BEAUTY<br>HUNTSVILLE AL<br>Card# 2163 | 28.29- |
| 1/16 | PIN POS 1328 01/16/19 744763<br>TARGET T-1367 2750<br>Huntsville AL<br>Card# 4702 | 9.81- |
| 1/17 | POS DEB 1757 01/15/19 018140<br>EARTH FARE #510<br>HUNTSVILLE AL<br>Card# 2163 | 48.67- |
| 1/17 | POS DEB 1301 01/16/19 004609<br>CACHET CLEANERS<br>HAMPTON COVE AL<br>Card# 4702 | 19.95- |

002014

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00004643

Case 19-80272-TOM11    Doc 40    Filed 03/13/19    Entered 03/13/19 13:12:32    Desc Main
Document      Page 17 of 23



# IBERIABANK



# IBERIABANK

STATEMENT OF ACCOUNT

Date 2/05/19          Page 6 of 11

---

**HIGH INTEREST CHECKING** (continued)                    **Account Number ******2905**

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 1/17 | POS DEB 1600 01/16/19 079160<br>ALABAMA PSYCHOLOGIC<br>HUNTSVILLE  AL<br>Card# 4702 | 200.00- |
| 1/17 | POS DEB 1807 01/16/19 012360<br>COSTCO GAS #0356<br>HUNTSVILLE  AL<br>Card# 4702 | 17.23- |
| 1/17 | POS DEB 1807 01/16/19 012362<br>COSTCO GAS #0356<br>HUNTSVILLE  AL<br>Card# 4702 | 37.46- |
| 1/17 | POS DEB 1941 01/16/19 067773<br>LOWES #02451*<br>OWENS CROSS RAL<br>Card# 4702 | 21.77- |
| 1/17 | Transfer to Loan<br>Acct No.    6300417344 | 859.74- |
| 1/18 | POS DEB 0524 01/17/19 070947<br>ORC*Cooks Pest Web<br>800-2399898  AL<br>Card# 4702 | 51.00- |
| 1/18 | POS DEB 2035 01/17/19 001968<br>MARSHALLS #809<br>MADISON      AL<br>Card# 2163 | 166.68- |
| 1/18 | Bill Paid-SUNTRUST BANK LOAN C<br>onf #187 | 463.60- |
| 1/22 | POS DEB 1810 01/20/19 023645<br>COSTCO GAS #0356<br>HUNTSVILLE  AL<br>Card# 2163 | 31.11- |
| 1/22 | POS DEB 1751 01/21/19 040771<br>DILLARDS 460 PARKWA<br>HUNTSVILLE  AL<br>Card# 2163 | 16.34- |
| 1/22 | Transfer to DDA | 109.47- |
| 1/22 | FACTS     Madison Academy<br>WEB | 777.00- |
| 1/23 | POS DEB 0947 01/22/19 002583<br>AUTO AIR VACUUM SER<br>PLAINVIEW   NY<br>Card# 4702 | 1.50- |
| 1/23 | POS DEB 1810 01/22/19 003052<br>COSTCO GAS #0353<br>MEMPHIS      TN<br>Card# 4702 | 24.74- |
| 1/23 | POS DEB 1940 01/22/19 036972<br>PUBLIX #573<br>OWENS X RDS  AL<br>Card# 2163 | 20.68- |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00004644

Case 19-80272-TOM11    Doc 40    Filed 03/13/19    Entered 03/13/19 13:12:32    Desc Main
Document       Page 18 of 23



# iBERIABANK

**HIGH INTEREST CHECKING** (continued)       **Account Number ******2905**

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 1/24 | POS DEB 1602 01/23/19 030898<br>COSTCO GAS #0356<br>HUNTSVILLE AL<br>Card# 4702 | 25.78- |
| 1/24 | PIN POS 1223 01/24/19 045190<br>PUBLIX<br>OWENS CROSS RAL<br>Card# 4702 | 11.59- |
| 1/24 | DIRECT DBT AL-DEPT OF REV<br>CCD STODDART | 355.00- |
| 1/25 | POS DEB 0756 01/24/19 041205<br>PUBLIX #598<br>MADISON AL<br>Card# 2163 | 10.44- |
| 1/25 | POS DEB 1941 01/24/19 041213<br>HOMEGOODS # 0568<br>HUNTSVILLE AL<br>Card# 2163 | 42.99- |
| 1/25 | POS DEB 2012 01/24/19 034614<br>COSTCO GAS #0356<br>HUNTSVILLE AL<br>Card# 2163 | 36.69- |
| 1/25 | CONC.DEBT HSV DRAFT DBT<br>WEB | 1,025.58- |
| 1/28 | PIN POS 1129 01/28/19 068860<br>PUBLIX<br>MADISON AL<br>Card# 4702 | 10.71- |
| 1/29 | POS DEB 1716 01/27/19 013911<br>EARTH FARE #510<br>HUNTSVILLE AL<br>Card# 2163 | 49.11- |
| 1/29 | POS DEB 0734 01/28/19 044135<br>PUBLIX #598<br>MADISON AL<br>Card# 2163 | 15.23- |
| 1/29 | POS DEB 1744 01/28/19 047960<br>COSTCO GAS #0356<br>HUNTSVILLE AL<br>Card# 2163 | 32.29- |
| 1/29 | POS DEB 1929 01/28/19 098988<br>WAL-MART #5197<br>OWENS CROSS RAL<br>Card# 4702 | 20.20- |
| 1/29 | POS DEB 1933 01/28/19 043252<br>AUTO AIR VACUUM SER<br>PLAINVIEW NY<br>Card# 4702 | 1.50- |
| 1/29 | PIN POS 1947 01/28/19 073711<br>PUBLIX<br>OWENS CROSS RAL<br>Card# 4702 | 10.64- |

002014

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00004645



# IBERIABANK

**HIGH INTEREST CHECKING** (continued)    **Account Number ******2905**

## WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 1/29 | POS DEB 0227 01/29/19 091055<br>LIBERTY MUTUAL RECU<br>888-398-8924 MA<br>Card# 4702 | 322.41- |
| 1/30 | PIN POS 1128 01/30/19 036497<br>PUBLIX<br>MADISON    AL<br>Card# 4702 | 2.18- |
| 1/31 | POS DEB 1529 01/30/19 076785<br>ABACUS CREDIT COUNS<br>800-516-3834 CA<br>Card# 4702 | 25.00- |
| 2/01 | POS DEB 1758 01/30/19 026490<br>SPROUTS FARMERS MAR<br>MADISON    AL<br>Card# 2163 | 65.18- |
| 2/01 | POS DEB 1905 01/30/19 084077<br>BARGAIN HUNT HUNTSV<br>HUNTSVILLE  AL<br>Card# 2163 | 30.52- |
| 2/01 | POS DEB 1237 01/31/19 040963<br>PANERA BREAD #60117<br>HUNTSVILLE  AL<br>Card# 4702 | 7.29- |
| 2/01 | POS DEB 1543 01/31/19 038326<br>AUTO AIR VACUUM SER<br>PLAINVIEW  NY<br>Card# 4702 | 1.50- |
| 2/04 | POS DEB 0729 02/01/19 024502<br>ANNS DANCE STUDIO O<br>256-5345773 AL<br>Card# 4702 | 75.00- |
| 2/04 | POS DEB 0750 02/01/19 055132<br>COSTCO GAS #0356<br>HUNTSVILLE  AL<br>Card# 4702 | 26.41- |
| 2/04 | POS DEB 1045 02/01/19 056396<br>TJMAXX #0705<br>HUNTSVILLE  AL<br>Card# 2163 | 68.54- |
| 2/04 | POS DEB 1223 02/01/19 062368<br>LOWES #02451*<br>OWENS CROSS RAL<br>Card# 2163 | 29.15- |
| 2/04 | Conv Fee  Nelnet<br>WEB | .85- |
| 2/04 | VALLEY CON VALLEY CONSERVAT<br>PPD | 110.00- |
| 2/04 | SchoolPymt Madison Academy<br>WEB | 185.00- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00004646



# IBERIABANK

---

**HIGH INTEREST CHECKING** (continued)                                    **Account Number ******2905**

### CHECKS IN NUMERICAL ORDER

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 1/28 | 4050 | 355.00 | 2/01 | 5029* | 40.00 | 2/04 | 5032 | 2,000.00 |
| 1/18 | 4051 | 150.00 | 1/22 | 5030 | 150.00 | | | |
| 1/08 | 4969* | 150.00 | 1/11 | 5031 | 300.00 | | | |


002014

(*) Check Numbers Missing

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/07 | 6,204.98 | 1/16 | 2,556.98 | 1/28 | 647.97 |
| 1/08 | 4,318.83 | 1/17 | 1,352.16 | 1/29 | 196.59 |
| 1/09 | 4,217.89 | 1/18 | 2,055.65 | 1/30 | 1,643.08 |
| 1/10 | 4,060.44 | 1/22 | 971.73 | 1/31 | 2,995.33 |
| 1/11 | 2,205.26 | 1/23 | 924.81 | 2/01 | 2,850.84 |
| 1/14 | 1,873.49 | 1/24 | 2,129.38 | 2/04 | 383.12 |
| 1/15 | 2,611.05 | 1/25 | 1,013.68 | 2/05 | 383.13 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00004647

# IBERIABANK

Account Number *******2905



| | | |
|---|---|---|
| #4050 | 1/28/19 | $355.00 |
| #5031 | 1/11/19 | $300.00 |
| #4051 | 1/18/19 | $150.00 |
| #5032 | 2/4/19 | $2000.00 |
| #4969 | 1/8/19 | $150.00 |
| #5029 | 2/1/19 | $40.00 |
| #5030 | 1/22/19 | $150.00 |


**Effective April 1, 2019: This schedule of fees will apply, fee changes are bolded.**

## Miscellaneous Fees – Personal and Posting Order



| | |
|---|---|
| ACH/Government Reclamation | $10.00 / item |
| ATM Foreign Usage Fee (Non-IBERIABANK ATM or its non-affiliate networks) | $2.00 / transaction |
| ATM/Debit Card Replacement | $5.00 / card |
| ATM/Debit Card Expedited Replacement | $25.00 each |
| **Bill Pay – (Clients exceeding 25 items will be converted to a commercial product)** | Free – limited to 25 bills per month |
| Collection Items | |
| Collection Fee – Domestic <=$100 | $7.50 |
|     Collection Fee – Domestic >$100 | $15.00 |
|     Collection Fee - International | $35.00 |
| Copies (includes check copies) and Faxes | $2.00 / page |
| Counter Checks | $1.00 for 5 checks |
| Deposit Correction | $3.00 each |
| Deposit to Deposit Overdraft Protection Transfers | $10.00 / day |
| Dormant Account (applies to dormant account balances less than $100 per month) | $5.00 / month |
| Foreign Currency Exchange (additional fees may apply) | |
|     $300 or more | $10.00 / transaction |
|     Less than $300 | $20.00 / transaction |
| Legal Process | $75.00 / event |
| Medallion Stamp Guarantee (where available) | $15.00 |
| Money Bag | Varies |
| Money Market Account Excessive Transaction Fee | $15.00/item |
| Notary Services | May vary by State |
| Official Checks/Cashier Checks | $8.00 |
| Overdraft (Paid) Item Fee (applies to overdrafts created by checks, in person withdrawals, ATM withdrawals or other electronic means) | $35.00 per item; per presentment |
| Research (one hour minimum) | $25.00 / hour |
| Return Item Fee (applies when checks are returned as unpaid) | $35.00 per item; per presentment |
| Return Deposited Item | $5.00 each |
| Safe Deposit Box – Drilling Fee | $150.00 |
| Safe Deposit Box – Replacement Lock Fee | $70.00 |
| Special Reject Item | $1.00 each |
| Statements | |
|     Statement Copy | $10.00 each |
|     Statement Duplicate (complete statement) | $10.00 each |
|     **Statement (Receipt of both paper and e-Statement)** | **$5.00 per month** |
|     Statement Instant | $5.00 each |
|     Statement Reconciliation | $20.00 / hour |
|     Statement – Simplex Image Printing | $2.00 / event |
|     Statement Snapshot | $10.00 each |
| Stop Payment Fee (applies for 6 month period) | $35.00 each |
| Telephone Transfer of Funds (customer service assisted) | $5.00 each |
| **Verification of Deposit** | **$25.00 each** |
| Wires Transactions | |
|     Wire Transfer - Incoming (Domestic and Foreign) | $15.00 each |
|     Wire Transfer - Outgoing  (Domestic) | $25.00 each |
|     Wire Transfer – Outgoing (Foreign) – Foreign Currency | $40.00 each |
|     Wire Transfer – Outgoing (Foreign) – US Currency | $50.00 each |

**\*\*\* NOT ALL SERVICES ARE AVAILABLE AT ALL LOCATIONS**

## Notice Regarding Posting Order of Items

To assist you in handling your account with us, we are providing you with the following information on how we post transactional items to your account.

On each bank processing day, deposit and credit items post before debit items.  Debit items post upon receipt in the following order: wire transfers, ATM and debit card transactions in authorization time and date order, paper checks in check number order, if available, checks without a check number post in low to high dollar amount order, then all other debit items in low to high dollar amount order.  Other debit items include but are not limited to Automated Clearing House (ACH) items, checks converted to ACH by merchants or vendors, telephone and online banking one-time or recurring transfers, pre-authorized debits and account withdrawals.

At times, certain debit items may not post in the above order due to missing or erroneous data or circumstances beyond our control.

If an item is presented without sufficient funds in your account to pay it, we may, at our discretion, pay the item (creating an overdraft) or return the item.  Overdraft (Paid) Item Fees and Return Item Fees are disclosed above and are subject to change.

We encourage you to keep careful records and practice good account management.  This will help you to avoid creating items without sufficient funds and incurring the resulting fees.

We offer Deposit-to-Deposit Overdraft Protection Transfer Service and Personal Lines of Credit (subject to credit approval) that can be used as overdraft protection on most accounts to avoid Overdraft (Paid) Item Fees and Return Item Fees.  Visit our website at www.iberiabank.com to learn more about Preventing and Managing Overdrafts.

Personal Fees and Posting Order

Revised 1.2.19