# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: John & Helen Stoddart     CASE NO. : 19-80272     MONTH ENDING: 3-31-19

### Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month

## INDIVIDUAL DEBTOR'S AFFIRMATIONS

YES ☑ NO ☐  All post petition individual taxes have been paid and the deposit slips are attached.

**If you answered "No" to the above, list the types of taxes that are now due and owing.**

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

2.  YES ☑ NO ☐  Adequate insurance on all assets/property including fire, theft, liability, collision and casualty is currently in full force and effect.

If no, enter:    TYPE(S)_____ not in force.

| List **All** Bank Accounts | Bank | Account No. | Type of Acct. | Balance |
|---|---|---|---|---|
| | 1. Regions | ████4597 | Checking | $ 5,909.58 |
| | 2. Regions | ████4384 | Savings | $ 14,260.97 |
| | 3. Bank of America | ████6058 | Checking | $ 9,799.93 |

4.  YES ☑ NO ☐  Copies of **all** banks statements and reconciliations are attached.

5.  YES ☑ NO ☐  I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6.  YES ☑ NO ☐  All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

7.  YES ☐ NO ☐  I have attached a list of all post petition creditors that have been incurred since the filing of this case but that have not been paid, including Court approved professional (attorney, accountant, etc.) fees.

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE    4/10/2019
PHONE   (301) 254-5455

John Stoddart
RESPONSIBLE PARTY

Bankruptcy Administrator Form Individual BA-01

CASE NAME: __John & Helen Stoddart__   CASE NO.: __19-80272__   MONTH ENDING: __3-31-19__

## Individual Debtor's Cash Receipts and Disbursement *BA-02*

| | |
|---|---|
| Receipts/Income  (GROSS) —Salary | $ 3000 |
| Alimony, Maintenance, Support received | |
| Other Income | |
| Interest | |
| Sale/rent of real estate or personal property | |
| Social Security | |
| Monthly Dividend Disbursement | $7,100 |
| Other (specify) Business Income | $8,307.28 |
| **TOTAL RECEIPTS/INCOME** | $18,407.28 |
| | |
| DISBURSEMENTS/EXPENSES (*INCLUDE EMPLOYER DEDUCTIONS*) | |
| Food | $710.40 |
| Home Expenses | |
| Rent or Home Loan | |
| Real Estate Tax | |
| Gas | |
| Water | |
| Telephone | |
| Other Utilities(specify)  Electric, Propane & Water | $792.61 |
| Home Maintenance (repairs and upkeep) | |
| Insurance Payments | |
| Life | $425.93 |
| Health | |
| Auto | $319.42 |
| Home owners or renters | |
| Other (specify)_____ | |
| Installments Loan Payments | |
| Auto Loan | |
| Other loans (specify)_____ | |
| Taxes withheld or Quarterly Income Taxes | $448.82 |
| School or Day Care Expense | $1,495.25 |
| Laundry and Dry Cleaning | |
| Other Personal (see attached) | $4,000.55 |
| Total Business Expenses (see attached) | $1,409.03 |
| **TOTAL ALL DISBURSEMENTS/EXPENDITURES** | $10,661.78 |
| **TOTAL INCOME LESS TOTAL EXPENDITURES** | $  7,745.50 |

Beginning Cash Balance $ __20,803.39__      Ending Cash Balance $ __29,970.48__

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY
KNOWLEDGE AND BELIEF.

Date __4-10-2019__                    _____
                                        RESPONSIBLE PARTY

## Other Personal Expenses

| | |
|---|---:|
| **Air Travel** | -$80.60 |
| **Auto & Transport** | -$20.00 |
| **Charity** | -$828.00 |
| **Clothing** | -$1,099.13 |
| **Doctor** | -$380.00 |
| **Fees & Charges** | -$0.85 |
| **Gas & Fuel** | -$357.33 |
| **Gift** | -$96.75 |
| **Hair** | -$38.39 |
| **Health & Fitness** | -$21.78 |
| **Hobbies** | -$86.55 |
| **Personal Care** | -$155.60 |
| **Pharmacy** | -$22.72 |
| **Service Fee** | -$3.58 |
| **Shopping** | -$809.27 |
| **Total** | **-$4,000.55** |

Case 19-80272-TOM11    Doc 43    Filed 04/16/19    Entered 04/16/19 11:59:07    Desc Main
Document    Page 3 of 20

# Income Statement

Urban Junction East Music

UJE

1 March 2019 to 31 March 2019

|  | 31 Mar 19 |
|---|---|
| **Revenue** | |
| Performance Income | 7,000 |
| Residual Income | 1,051 |
| Sales | 256 |
| **Total Revenue** | **8,307** |
| **Gross Profit** | **8,307** |
| **Operating Income / (Loss)** | **8,307** |
| **Other Income and Expense** | |
| **Business Expenses** | |
| Bank Service Charges | (9) |
| Dues & Subscriptions | (65) |
| Laundry & Uniform | (300) |
| Meals & Entertainment | (304) |
| Research Expense | (8) |
| Studio Supplies | (8) |
| Telephone & Internet | (423) |
| Travel | (292) |
| **Total Business Expenses** | **(1,409)** |
| **Total Other Income and Expense** | **(1,409)** |
| **Net Income / (Loss) before Tax** | **6,898** |
| **Net Income** | **6,898** |
| **Total Comprehensive Income** | **6,898** |

Case 19-80272-TOM11    Doc 43    Filed 04/16/19    Entered 04/16/19 11:59:07    Desc Main
Document    Page 4 of 20



**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

JOHN FITZGERALD STODDART
HELEN JOYCE POWELL-STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE # 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

**ACCOUNT #** ████████4597

|  |  |
|---|---|
|  | 001 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 1 of 3 |

## MONEY MARKET
February 21, 2019 through March 21, 2019

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $14,260.86 | | Minimum Balance | $14,260 |
| Deposits & Credits | $0.00 + | | Average Balance | $14,260 |
| Net Interest Earned | $0.11 + | | Annual Percentage Yield Earned | 0.01 % |
| Withdrawals | $0.00 − | | Interest This Period | $0.11 |
| Fees | $0.00 − | | Average Collected Balance | $14,260.86 |
| Automatic Transfers | $0.00 + | | 2019 YTD Interest | $0.20 |
| Checks | $0.00 − | | | |
| **Ending Balance** | **$14,260.97** | | | |

### INTEREST

| | | |
|---|---|---|
| 03/21 | Interest Payment | 0.11 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

### DAILY BALANCE SUMMARY

| Date | Balance |
|---|---|
| 03/21 | 14,260.97 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**


**Thank You For Banking With Regions!**
2019 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

JOHN FITZGERALD STODDART
HELEN JOYCE POWELL-STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE # 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

**You may save a considerable amount of money by
refinancing your mortgage.  If you haven't checked it out,
call your PFS officer for Regions' low rates today!**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |



**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

HELEN JOYCE POWELL-STODDART
JOHN FITZGERALD STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE# 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

**ACCOUNT #** ▬▬▬▬4384

|  |  |
|---|---|
| Cycle | 001 |
|  | 12 |
| Enclosures | 0 |
| Page | 1 of 5 |

## LIFEGREEN CHECKING
February 21, 2019 through March 21, 2019

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $5,794.70 | Minimum Balance | $3,185 |
| Deposits & Credits | $9,792.14 + | Average Balance | $6,263 |
| Withdrawals | $8,668.70 – | | |
| Fees | $2.90 – | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $1,055.00 – | | |
| Ending Balance | $5,860.24 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 02/25 | Mobile Deposit-Avail Tonight | 75.00 |
| 03/01 | Mobile Deposit-Avail Tonight | 2,000.00 |
| 03/08 | Madison Surgery  Payroll Powell-Stoddar | 5,100.00 |
| 03/11 | Card Credit Nordstrom Rack   5311 Brentwood    TN 37027    8069 | 53.48 |
| 03/12 | Oakwood Universi A/P Epay John Stoddart | 1,377.25 |
| 03/13 | Candied Yam Tour 1V9Q John Stoddart | 1,173.93 |
| 03/19 | Card Credit Venus.Com    5621 Www.Venus.Com FL 32224    8069 | 12.48 |
| | Total Deposits & Credits | $9,792.14 |

### WITHDRAWALS

| | | |
|---|---|---|
| 02/22 | PIN Purchase Publix Super M   5411 Owens Cross Ral          8085 | 56.64 |
| 02/25 | Card Purchase Sqc*Shelli    4829 8774174551   CA 94103   8085 | 90.00 |
| 02/25 | Card Purchase Publix #1629   5411 Huntsville   AL 35824   8069 | 41.10 |
| 02/25 | Card Purchase MAPCO 5204    5542 Owens X Rds  AL 35763   8085 | 24.83 |
| 02/25 | Hsv Draft Dbt   Conc.Debt John Stoddart  211010163946 | 1,055.38 |
| 02/26 | Recurring Card Transaction Orc*Cooks Pest   5969 800-2399898   AL 35601   8085 | 51.00 |
| 02/26 | Madison Academy  Facts John Stoddart  000000080473142 | 777.00 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**For new purchase or refinance mortgage information, contact your
Mortgage Loan Originator, Amy Osborne, NMLS 546504, at (256)535-6946
or online at www.regionsmortgage.com/amyosborne**

**For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for  Home Equity loans call 1- 800-231-7493.**



**Thank You For Banking With Regions!**
2019 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

HELEN JOYCE POWELL-STODDART
JOHN FITZGERALD STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE# 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
| --- | --- | --- |
| 02/27 | Card Purchase Shell Oil 12532  5542 Morrison    TN 37357   8085 | 23.64 |
| 02/27 | Hampton Cove Own Maint Pymt Stoddart, John Ec371797 | 500.00 |
| 02/27 | PIN Purchase Costco Gas #03  5542 Huntsville  AL    8069 | 46.66 |
| 02/28 | Card Purchase Chipotle 1796   5814 Huntsville  AL 35806   8085 | 18.37 |
| 03/01 | Card Purchase Sprouts Farmers  5411 Madison    AL 35758  8069 | 117.57 |
| 03/01 | Card Purchase Grille 29 Hunts  5812 Huntsville  AL 35806   8069 | 25.00 |
| 03/01 | Card Purchase Target      0 5411 Huntsville  AL 35806   8069 | 8.16 |
| 03/01 | PIN Purchase Costco Gas #03  5542 Huntsville  AL    8085 | 24.94 |
| 03/01 | PIN Purchase Wal-Mart Super  5411 Huntsville  AL    8069 | 17.41 |
| 03/04 | Card Purchase Venus.Com      5621 Www.Venus.Com FL 32224    8069 | 193.27 |
| 03/04 | Card Purchase Mango S Caribbe  5812 724-2831878  AL 35816   8085 | 13.98 |
| 03/04 | Card Purchase Fast Trac Car W  7542 Owens X Rds  AL 35763   8069 | 11.00 |
| 03/04 | Card Purchase Publix Super M  5411 Owens Cross Ral    8085 | 28.69 |
| 03/04 | Liberty Mutual   Payment Stoddart John | 319.42 |
| 03/04 | PIN Purchase Costco Gas #03  5542 Huntsville  AL    8069 | 47.12 |
| 03/05 | Card Purchase Acellus Academy  8299 816-2293800  MO 64057   8085 | 79.00 |
| 03/06 | Card Purchase Publix #573    5411 Owens X Rds  AL 35763   8069 | 8.92 |
| 03/06 | North American L Insurance John Stoddart | 182.60 |
| 03/06 | North American L Insurance Helen Powell-S | 243.32 |
| 03/07 | Card Purchase American Air001  3001 Fort Worth  TX 75261   8085 | 5.60 |
| 03/07 | Card Purchase American Air001  3001 Fort Worth  TX 75261   8085 | 75.00 |
| 03/07 | Card Purchase Publix #598    5411 Madison    AL 35758   8069 | 17.13 |
| 03/08 | PIN Purchase MAPCO 7504    5542 Huntsville  AL    8069 | 37.17 |
| 03/11 | Card Purchase Paypal *Luhanha  5977 4029357733    8069 | 96.75 |
| 03/11 | Card Purchase Amazon.Com*MI4M  5942 Amzn.Com/Bill WA 98109   8069 | 14.02 |
| 03/11 | Card Purchase Amzn Mktp US*MI  5942 Amzn.Com/Bill WA 98109   8069 | 199.78 |
| 03/11 | Card Purchase Venus.Com      5621 Www.Venus.Com FL 32224    8069 | 57.16 |
| 03/11 | Card Purchase Sprouts Farmers  5411 Madison    AL 35758   8069 | 26.29 |
| 03/11 | Card Purchase Nordstrom Rack  5311 Brentwood    TN 37027   8069 | 181.68 |
| 03/11 | Card Purchase Nordstrom Rack  5311 Brentwood    TN 37027   8069 | 84.15 |
| 03/11 | PIN Purchase Costco Whse #0  5300 Huntsville  AL    8085 | 12.26 |
| 03/11 | PIN Purchase Costco Whse #0  5300 Huntsville  AL    8085 | 66.99 |
| 03/11 | PIN Purchase Costco Gas #03  5542 Huntsville  AL    8085 | 17.94 |
| 03/11 | PIN Purchase Publix Super M  5411 Owens Cross Ral    8069 | 30.00 |
| 03/11 | Card Purchase Nordstrom #0759  5311 Nashville    TN 37215   8069 | 131.04 |
| 03/11 | Card Purchase Trader Joe S #6  5411 Nashville    TN 37215   8069 | 59.32 |
| 03/11 | Adt Security Ser Adtpapach Stoddart, John 32415033 | 53.78 |
| 03/11 | PIN Purchase Costco Gas #03  5542 Huntsville  AL    8085 | 34.09 |
| 03/11 | PIN Purchase Costco Whse #0  5300 Huntsville  AL    8085 | 16.34 |
| 03/12 | Card Purchase Raceway6892  3  5542 Brownsboro  AL 35741   8069 | 23.58 |
| 03/12 | Card Purchase True Food Kitch  5812 Nashville    TN 37215   8069 | 34.50 |
| 03/13 | Card Purchase Tst* Farm Burge  5812 Huntsville  AL 35801   8069 | 34.54 |
| 03/13 | PIN Purchase Wal-Mart #5197  5411 Owens Cross Ral    8069 | 169.32 |
| 03/14 | Card Purchase Marshalls #809  5651 Madison    AL 35758   8069 | 44.65 |
| 03/14 | Card Purchase Joann Stores #2  5949 Huntsville  AL 35805   8069 | 86.55 |
| 03/14 | PIN Purchase Costco Gas #03  5542 Huntsville  AL    8069 | 30.35 |
| 03/14 | Card Purchase Amzn Mktp US*Mw  5942 Amzn.Com/Bill WA 98109   8069 | 95.80 |
| 03/15 | Card Purchase Hair Queen     5698 Huntsville  AL 35816   8069 | 38.39 |
| 03/15 | Card Purchase Earth Fare #510  5411 Huntsville  AL 35806   8069 | 35.32 |
| 03/15 | Card Purchase Wholefds Hsv #1  5411 Huntsville  AL 35801   8069 | 12.57 |
| 03/15 | Nelnet      Conv Fee John Stoddart | 0.85 |
| 03/15 | Madison Academy  Schoolpymt John Stoddart | 39.25 |
| 03/15 | Adventistgiving. Web Pmts John Stoddart  Tdjkjb | 828.00 |
| 03/18 | PIN Purchase Publix Super M  5411 Owens Cross Ral    8085 | 32.80 |



**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

HELEN JOYCE POWELL-STODDART
JOHN FITZGERALD STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE# 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 03/18 | PIN Purchase Costco Gas #03  5542 Huntsville  AL       8069 | 30.10 |
| 03/19 | Card Purchase Costco Whse #03  5300 Huntsville  AL 35801  8069 | 35.38 |
| 03/19 | Card Purchase Costco Whse #03  5300 Huntsville  AL 35801  8069 | 5.44 |
| 03/19 | Card Purchase Fast Trac Car W  7542 Owens X Rds  AL 35763  8069 | 9.00 |
| 03/19 | PIN Purchase Marshalls 2750  5651 Huntsville  AL       8085 | 83.85 |
| 03/19 | PIN Purchase Tjmaxx #0 Airp  5651 Huntsville  AL       8085 | 27.24 |
| 03/19 | PIN Purchase Marshalls 2750  5651 Huntsville  AL       8085 | 71.89 |
| 03/19 | PIN Purchase Target T- 2750  5411 Huntsville  AL       8085 | 103.48 |
| 03/19 | PIN Purchase Publix Super M  5411 Owens Cross Ral       8085 | 21.68 |
| 03/20 | Card Purchase Belk #423  5311 Huntsville  AL 35806  8069 | 19.62 |
| 03/20 | PIN Purchase Target T- 8207  5411 Madison  AL       8069 | 50.99 |
| 03/20 | Huntsville Hospi Web Pay John Stoddart  Huntshosp | 380.00 |
| 03/20 | Madison Academy  Facts John Stoddart  000000081867008 | 777.00 |
| 03/21 | Card Purchase Ulta #339  5399 Huntsville  AL 35806  8069 | 70.85 |
| 03/21 | Card Purchase Ross Stores #15  5310 Madison  AL 35758  8069 | 24.51 |
| 03/21 | Card Purchase Ross Stores #15  5310 Madison  AL 35758  8069 | 24.48 |
| 03/21 | Card Purchase Tjmaxx #0705  5651 Huntsville  AL 35801  8069 | 176.44 |
| 03/21 | PIN Purchase Costco Gas #03  5542 Huntsville  AL       8069 | 28.77 |
| | **Total Withdrawals** | **$8,668.70** |

## FEES

| Date | Description | Amount |
|---|---|---|
| 03/11 | International Service Assessment Paypal *Luhanha | 2.90 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 03/12 | 1008 | 600.00 | 03/18 | 995002 * | 355.00 |
| 03/08 | 1009 | 100.00 | | | |
| | | | | **Total Checks** | **$1,055.00** |

\* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/22 | 5,738.06 | 03/05 | 4,299.52 | 03/14 | 9,130.66 |
| 02/25 | 4,601.75 | 03/06 | 3,864.68 | 03/15 | 8,176.28 |
| 02/26 | 3,773.75 | 03/07 | 3,766.95 | 03/18 | 7,758.38 |
| 02/27 | 3,203.45 | 03/08 | 8,729.78 | 03/19 | 7,412.90 |
| 02/28 | 3,185.08 | 03/11 | 7,698.77 | 03/20 | 6,185.29 |
| 03/01 | 4,992.00 | 03/12 | 8,417.94 | 03/21 | 5,860.24 |
| 03/04 | 4,378.52 | 03/13 | 9,388.01 | | |



**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

HELEN JOYCE POWELL-STODDART
JOHN FITZGERALD STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE# 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

**ACCOUNT #** ████4384

| | |
|---|---|
| | 001 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 4 of 5 |

You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.

You may save a considerable amount of money by
refinancing your mortgage.  If you haven't checked it out,
call your PFS officer for Regions' low rates today!

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

|  | Checking Account |
|---|---|
| 1. Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. Enter any deposits which have not been credited on this statement. | $ + |
| 3. Total lines 1 & 2 | $ = |
| 4. Enter total from 4a (column on right side of page) | $ - |
| 5. Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
| Total Enter in Line 4 at Left |  |  |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
|---|---|---|---|---|
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

Business Advantage

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖱 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

JOHN STODDART
T/A URBAN JUNCTION EAST
3127 HADDONSTONE DR SE
OWENS CROSS ROADS, AL 35763-8435

# Your Business Fundamentals Checking

for March 1, 2019 to March 31, 2019

Account number: ████ 5058

**JOHN STODDART     T/A URBAN JUNCTION EAST**

## Account summary

| | |
|---|---:|
| Beginning balance on March 1, 2019 | $3,357.45 |
| Deposits and other credits | 8,307.28 |
| Withdrawals and other debits | -1,856.01 |
| Checks | -0.00 |
| Service fees | -8.79 |
| **Ending balance on March 31, 2019** | **$9,799.93** |

# of deposits/credits: 13

# of withdrawals/debits: 57

# of items-previous cycle[1]: 3

# of days in cycle: 31

Average ledger balance: $7,068.88

[1]*Includes checks paid,deposited items&other debits*

---

Bank of America **Business Advantage**

LIFE / BETTER CONNECTED*

Your Digital
Tip of the
Month

## Sign up for online alerts today[1]

Stay up to date on your balances, and receive alerts when transactions have posted and when
your payments are due.

Log in or enroll at **bankofamerica.com/smallbusiness** and click on **Alerts** in the Activity Center.

[1] You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's
message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.
©2018 Bank of America Corporation | ARTCJRPG | SSM-03-18-0017.B

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information- We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation



Bank of America, N.A. Member FDIC and         Equal Housing Lender

# Your checking account

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 03/05/19 | CD Baby          DES:ACCTSPYBLE ID:VPV04853832  INDN:Urban Junction East Mu  CO ID:9223328810 CCD | 128.82 |
| 03/14/19 | BKOFAMERICA MOBILE 03/14 3604945100 DEPOSIT          *MOBILE      MD | 7,000.00 |
| 03/14/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:322070  INDN:JOHN STODDART DBA URBA  CO ID:4954545798 CCD  PMT INFO:RMR*CM*AMAZON**51.74\ | 51.74 |
| 03/14/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:311688  INDN:JOHN STODDART DBA URBA  CO ID:JXXXXXXXXX CCD  PMT INFO:RMR*CM*PANDORA**43.87\ | 43.87 |
| 03/14/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:319575  INDN:JOHN STODDART DBA URBA  CO ID:4954545798 CCD  PMT INFO:RMR*CM*AMAZON**24.46\ | 24.46 |
| 03/14/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:315987  INDN:JOHN STODDART DBA URBA  CO ID:FXXXXXXXXX CCD  PMT INFO:RMR*CM*DEEZER**11.49\ | 11.49 |
| 03/15/19 | MACK AVENUE RECO DES:ACH        ID:  INDN:URBAN JUNCTION EAST        CO ID:XXXXXXXXX CCD PMT INFO:2018Q4 MECH & 2018Q4 SYNC | 79.93 |
| 03/15/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:327194  INDN:JOHN STODDART DBA URBA  CO ID:4954545798 CCD  PMT INFO:RMR*CM*AMAZON**49.9\ | 49.90 |
| 03/19/19 | CD Baby          DES:ACCTSPYBLE ID:VPV04879040  INDN:Urban Junction East Mu  CO ID:9223328810 CCD | 127.07 |
| 03/19/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:335202  INDN:JOHN STODDART DBA URBA  CO ID:4954545798 CCD  PMT INFO:RMR*CM*AMAZON**30.07\ | 30.07 |
| 03/19/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:333563  INDN:JOHN STODDART DBA URBA  CO ID:JXXXXXXXXX CCD  PMT INFO:RMR*CM*PANDORA**9.28\ | 9.28 |
| 03/22/19 | BROADCAST MUSIC  DES:ROYALTIES  ID:000439621  INDN:JOHN STODDART          CO ID:3130524209 PPD | 389.14 |
| 03/22/19 | BROADCAST MUSIC  DES:ROYALTIES  ID:000578936  INDN:JOHN STODDART          CO ID:3130524209 PPD | 361.51 |
| **Total deposits and other credits** | | **$8,307.28** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|

*continued on the next page*

Bank of America **Business Advantage**                                                LIFE / BETTER CONNECTED®

Your Digital Tip of the Month

## Guaranteed bank-to-bank transfers

Pay individuals, vendors and suppliers who bank at other financial institutions — right from Online Banking.

Just log in and click the **Transfers I Send** tab, then select **Send Money to Someone or a Business.**

ARH98YHQ | SSM-03-18-0013.B

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| | Card account # XXXX XXXX XXXX 2907 | |
| 03/01/19 | CHECKCARD 0227 OXFORD STREET MENS WEAR 256-8372088 AL 2478930905904760042733 CKCD 5611 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -300.00 |
| 03/04/19 | MOBILE PURCHASE 0228 APPLE STORE #R266 HUNTSVILLE AL | -107.91 |
| 03/04/19 | CHECKCARD 0301 GOOGLE *GSUITE_johnsto cc@google.comCA 24692169060100162055868 CKCD 7311 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -5.00 |
| 03/06/19 | CHECKCARD 0305 SSP NEDERLAND B.V. SCHIPHOL 74027699064909172049726 CKCD 5811 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -10.23 |
| 03/11/19 | CHECKCARD 0308 APL* ITUNES.COM/BILL 866-712-7753 CA 24692169067100123982211 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -4.35 |
| 03/11/19 | CHECKCARD 0308 SERENA HOTELS KAMPALA 74729129068132983305204 CKCD 7011 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -82.76 |
| 03/11/19 | MOBILE PURCHASE 0309 HMSHOST AMSTERDAM SCHIP SCHIPHOL AIRP | -7.82 |
| 03/11/19 | CHECKCARD 0309 FRESH HEALTHY CAFE' ATLANTA GA 24431059069206388101228 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -5.76 |
| 03/11/19 | CHECKCARD 0309 CLEARME.COM *855-253276 clearme.com NY 24906419068069558511722 RECURRING CKCD 5968 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -29.00 |
| 03/11/19 | CHECKCARD 0310 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169069100486127121 RECURRING CKCD 5734 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -7.62 |
| 03/11/19 | CHECKCARD 0310 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169069100486064548 RECURRING CKCD 5734 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -14.99 |
| 03/13/19 | MOBILE PURCHASE 0312 UBER TECHNOLOGIES INC 866-576-1039 CA | -7.62 |
| 03/13/19 | MOBILE PURCHASE 0312 UBER TECHNOLOGIES INC 866-576-1039 CA | -18.99 |
| 03/14/19 | CHECKCARD 0313 BOARS HEAD PIECE OF CAK ATLANTA GA 24269799072500714612764 CKCD 5814 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -11.86 |
| 03/14/19 | CHECKCARD 0312 AYARA THAI CUISINE LOS ANGELES CA 24765799072018017147064 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -20.52 |
| 03/18/19 | MOBILE PURCHASE 0314 SUBWAY 00280974 BURBANK CA | -5.68 |
| 03/18/19 | CHECKCARD 0314 SANSAI GRILL BURBANK BURBANK CA 24431069074286188901011 CKCD 5814 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -12.59 |
| 03/18/19 | MOBILE PURCHASE 0315 UBER TECHNOLOGIES INC 866-576-1039 CA | -35.98 |
| 03/18/19 | MOBILE PURCHASE 0315 LAX AIRP EARTHBAR T3 LOS ANGELES CA | -13.74 |
| 03/18/19 | CHECKCARD 0316 QDOBA - 67 ATLANTA GA 24269799075500980648069 CKCD 5814 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -11.29 |
| 03/18/19 | CHECKCARD 0316 MARRIOTT BURBANK AIRPO BURBANK CA 24692169075100129044099 CKCD 3509 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -40.00 |
| 03/18/19 | CHECKCARD 0315 HSV AIRPORT PARKING HUNTSVILLE AL 24789309076150600745420 CKCD 7523 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -40.00 |
| 03/18/19 | OXFORD STREET 03/17 #000155147 PURCHASE OXFORD STREET MEN HUNTSVILLE AL | -300.00 |
| 03/18/19 | PUBLIX SUPER M 03/17 #000205295 PURCHASE PUBLIX SUPER MAR OWENS CROSS R AL | -39.84 |
| 03/20/19 | CHECKCARD 0319 APL* ITUNES.COM/BILL 866-712-7753 CA 24692169078100789552339 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -3.26 |
| 03/20/19 | CHECKCARD 0319 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169078100769958639 RECURRING CKCD 5734 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -9.99 |
| 03/21/19 | CHECKCARD 0319 AMERICAN AIR00123438117 FORT WORTH TX 24431069079978000806650 CKCD 3001 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -5.60 |
| 03/21/19 | MOBILE PURCHASE 0320 HUDSONNEWS ST980 CARSON CA | -4.84 |
| 03/21/19 | MOBILE PURCHASE 0321 COMCAST 800-266-2278 GA | -89.95 |

*continued on the next page*

Case 19-80272-TOM11  Doc 43  Filed 04/16/19  Entered 04/16/19 11:59:07  Desc Main
Document  Page 16 of 20

Your checking account

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 03/22/19 | CHECKCARD 0322 GELATISSIMO PT Sydney CKCD 5814 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -4.09 |
| 03/25/19 | MOBILE PURCHASE 0322 WILD GINGER THAI RES SYDNEY | -27.77 |
| 03/25/19 | MOBILE PURCHASE 0323 HARRY JUICE & CO PTY L SYDNEY | -8.19 |
| 03/25/19 | MOBILE PURCHASE 0323 MEJICO SYDNEY PTY LTD SYDNEY | -20.91 |
| 03/25/19 | MOBILE PURCHASE 0324 VARIOUS PTY LTD THE ROCKS | -47.78 |
| 03/26/19 | MOBILE PURCHASE 0322 MASALA BOWL SYDNEY | -17.80 |
| 03/26/19 | MOBILE PURCHASE 0323 FOUR FROGS CREPERIE SYDNEY | -14.95 |
| 03/26/19 | CHECKCARD 0325 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169084100460789509 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -6.53 |
| 03/26/19 | CHECKCARD 0325 ATT*BILL PAYMENT 800-288-2020 TX 24692169084100376495688 RECURRING CKCD 4899 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -41.33 |
| 03/27/19 | CHECKCARD 0326 XERO US INV-1917117 HTTPSWWWW.XEROCA 24492159085637123376473 RECURRING CKCD 5734 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -30.00 |
| 03/27/19 | CHECKCARD 0326 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169085100036312579 RECURRING CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -9.99 |
| 03/27/19 | CHECKCARD 0326 AT&T*BILL PAYMENT 800-331-0500 TX 24493989085083023240098 RECURRING CKCD 4814 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -328.52 |
| 03/28/19 | CHECKCARD 0327 UBER *TRIP HELP.UBER.COM 74557029086032111085719 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -16.45 |
| 03/28/19 | MOBILE PURCHASE 0327 NEKO NEKO FITZROY | -18.57 |
| 03/28/19 | CHECKCARD 0327 UBER *TRIP HELP.UBER.COM 74557029086032207534174 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -15.94 |
| **Subtotal for card account # XXXX XXXX XXXX 2907** | | **-$1,856.01** |
| **Total withdrawals and other debits** | | **-$1,856.01** |

## Service fees

The Monthly Fee on your Business Fundamentals Checking account was waived for the statement period ending 02/28/19. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ✓ $250+ in new net purchases on a linked Business debit card
- ○ $250+ in new net purchases on a linked Business credit card
- ○ $3,000+ minimum daily balance in primary checking account
- ○ $5,000+ average monthly balance in primary checking account
- ○ $15,000+ combined average monthly balance in linked business accounts
- ○ enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

*continued on the next page*



## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|-------:|
| 03/06/19 | CHECKCARD  0305 SSP NEDERLAND B.V. SCHIPHOL 7402769906490917204 9726 CKCD 5811 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.31 |
| 03/11/19 | CHECKCARD  0308 SERENA HOTELS KAMPALA 7472912906813298330 5204 CKCD 7011 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -2.48 |
| 03/11/19 | MOBILE PURCHASE 0309  HMSHOST AMSTERDAM SCHIP SCHIPHOL AIRP 7446366906991069418 6821 CKCD 5814 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.23 |
| 03/22/19 | CHECKCARD  0322 GELATISSIMO PT Sydney CKCD 5814 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.12 |
| 03/25/19 | MOBILE PURCHASE 0324  VARIOUS PTY LTD THE ROCKS 7455702908407103213 3986 CKCD 5812 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -1.43 |
| 03/25/19 | MOBILE PURCHASE 0322  WILD GINGER THAI RES SYDNEY 7456445908410719458 0182 CKCD 5812 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.83 |
| 03/25/19 | MOBILE PURCHASE 0323  MEJICO SYDNEY PTY LTD SYDNEY 7494052908380633172 7681 CKCD 5812 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.63 |
| 03/25/19 | MOBILE PURCHASE 0323  HARRY JUICE & CO PTY L SYDNEY 7494052908280634861 5649 CKCD 5814 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.25 |
| 03/26/19 | MOBILE PURCHASE 0322  MASALA BOWL SYDNEY 7456450908437000109 1932 CKCD 5814 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.53 |
| 03/26/19 | MOBILE PURCHASE 0323  FOUR FROGS CREPERIE SYDNEY 7456472908432494674 5056 CKCD 5812 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.45 |
| 03/28/19 | MOBILE PURCHASE 0327  NEKO NEKO FITZROY 7456445908610092509 0025 CKCD 5814 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.56 |
| 03/28/19 | CHECKCARD  0327 UBER  *TRIP HELP.UBER.COM 7455702908603211108 5719 CKCD 4121 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.49 |
| 03/28/19 | CHECKCARD  0327 UBER  *TRIP HELP.UBER.COM 7455702908603220753 4174 CKCD 4121 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.48 |

| **Total service fees** | **-$8.79** |
|---|---:|

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------:|------|-----------:|------|------------:|
| 03/01 | 3,057.45 | 03/06 | 3,062.82 | 03/14 | 9,980.38 |
| 03/04 | 2,944.54 | 03/11 | 2,907.81 | 03/15 | 10,110.21 |
| 03/05 | 3,073.36 | 03/13 | 2,881.20 | 03/18 | 9,611.09 |

*continued on the next page*


JOHN STODDART   |   Account # ▓▓▓▓▓ 5058   |   March 1, 2019 to March 31, 2019

## Daily ledger balances - continued

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 03/19 | 9,777.51 | 03/22 | 10,410.31 | 03/27 | 9,852.42 |
| 03/20 | 9,764.26 | 03/25 | 10,302.52 | 03/28 | 9,799.93 |
| 03/21 | 9,663.87 | 03/26 | 10,220.93 | | |

This page intentionally left blank