IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In the Matter of:           )        Bankruptcy Case #
**JOHN STODDART and**       )        **19-80272-TOM-11**
**HELEN POWELL-STODDART     Debtors** )

## MOTION FOR AN ORDER SETTING BAR DATE FOR FILING CLAIMS

COMES NOW the Bankruptcy Administrator for the Northern District of Alabama, by nd through the undersigned counsel, and moves this Honorable Court, pursuant to Rule 3003 of the Federal Rules of Bankruptcy Procedure, for an order setting a bar date for filing proofs of claim. In support thereof, the B.A. states as follows:

1. The debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the U.S. Bankruptcy Code on January 30, 2019.

2. The debtor is operating its businesses and managing its assets as debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the debtor's bankruptcy case.

3. Rule 3003(c)(3) of the Bankruptcy Rules of Procedure provides that "[t]he Court shall fix and for cause shown may extend the time within which proofs of claim or interest may be filed."

4. A bar date for filing proofs of claim and equity security interests is necessary to allow the debtor to proceed with the administration of their bankruptcy cases and to pursue confirmation and consummation of the Plan.

5. The administration of this case and the likelihood of a successful reorganization/liquidation is benefitted by the filing of claims by a date certain.

6. A date certain for the filing of claims does not impose an undue hardship, burden, or detriment on the debtors, creditors, or the estate.

WHEREFORE, these premises considered, the Bankruptcy Administrator respectfully requests that this Court enter an order setting a bar date for filing proofs of claim and equity security interests in the above-styled case.

Respectfully submitted this the 16th day of April, 2019.

/s/ Jon A. Dudeck
Jon A. Dudeck
Assistant U.S. Bankruptcy Administrator

Robert S. Vance Federal Building
1800 Fifth Avenue, North
Birmingham, Alabama   35203
(205)714-3840

## CERTIFICATE OF SERVICE

This is to certify that on this the 16th day of April, 2019, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

Tazewell Shepard, taze@ssmattorneys.com

/s/ Jon A. Dudeck
Jon A. Dudeck
Assistant U.S. Bankruptcy Administrator