**Van−002** [Notice of Hearing] (Rev. 05/14)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| In re: | **Case No.** 19−80272−TOM11 |
| John Stoddart | **Chapter** 11 |
| **SSN:** xxx−xx−7747 | |
| Helen Powell−Stoddart | |
| **SSN:** xxx−xx−0479 | |
|     **Debtor(s)** | |

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*44* − Bankruptcy Administrator's Motion for an Order Setting Bar Date for Filing Claims Filed by Bankruptcy Administrator Jon A Dudeck. (Dudeck, Jon)

**Date:** Monday, May 20, 2019      **Time:** 10:30 AM

**Location:** Robert S. Vance Federal Bldg, 1800 5th Ave No, Courtroom 3, Birmingham, AL 35203

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

| | |
|---|---|
| Dated: April 17, 2019 | By: |
| | Joseph E. Bulgarella, Clerk |
| | United States Bankruptcy Court |

klt