# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: John & Helen Stoddart       CASE NO. : 19-80272        MONTH ENDING: 4-30-19

### Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month

## INDIVIDUAL DEBTOR'S AFFIRMATIONS

YES ☑ NO ☐   All post petition individual taxes have been paid and the deposit slips are attached.

**If you answered "No" to the above, list the types of taxes that are now due and owing.**

| TYPE OF TAX | AMOUNT |
|---|---|
| Federal (2018) | $5,000 |
| AL State (2018) | $1,350 |
|  | $ |
|  | $ |

2.  YES ☑ NO ☐   Adequate insurance on all assets/property including fire, theft, liability, collision and casualty is currently in full force and effect.

If no, enter:       TYPE(S)_____ not in force.

| List **All** Bank Accounts | Bank | Account No. | Type of Acct. | Balance |
|---|---|---|---|---|
| 1. | Regions | ████4597 | Checking | $4,047.33 |
| 2. | Regions | ████4384 | Savings | $14,261.10 |
| 3. | Bank of America | ████5058 | Checking | $9,799.93 |

4.  YES ☑ NO ☐   Copies of **all** banks statements and reconciliations are attached.

5.  YES ☑ NO ☐   I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6.  YES ☑ NO ☐   All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

7.  YES ☐ NO ☐   I have attached a list of all post petition creditors that have been incurred since the filing of this case but that have not been paid, including Court approved professional (attorney, accountant, etc.) fees.

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE    4/10/2019
PHONE   (301) 254-5455

John Stoddart
RESPONSIBLE PARTY

**Bankruptcy Administrator Form Individual BA-01**

**CASE NAME:** John & Helen Stoddart    **CASE NO. :** 19-80272    **MONTH ENDING:** 3-31-19

## Individual Debtor's Cash Receipts and Disbursement  *BA-02*

| | |
|---|---|
| Receipts/Income  (GROSS) —Salary | $ 1,125 |
| Alimony, Maintenance, Support received | |
| Other Income | |
| Interest | |
| Sale/rent of real estate or personal property | |
| Home Insurance Claim Disbursement | $5,674.14 |
| Monthly Dividend Disbursement | $5,100 |
| Other (specify) Business Income | $7,245.84 |
| **TOTAL RECEIPTS/INCOME** | $19,144.98 |

| | |
|---|---|
| DISBURSEMENTS/EXPENSES (*INCLUDE EMPLOYER DEDUCTIONS*) | |
| Food | $941.72 |
| Home Expenses | |
| Rent or Home Loan | |
| Real Estate Tax | |
| Gas | |
| Water | |
| Telephone | |
| Other Utilities(specify)  Electric, Propane & Water | $537.49 |
| Home Maintenance (repairs and upkeep)Includes insurance Repairs | $7,892.89 |
| Insurance Payments | |
| Life | $425.92 |
| Health | |
| Auto | $319.41 |
| Home owners or renters | |
| Other (specify)_____ | |
| Installments Loan Payments | |
| Auto Loan | |
| Other loans (specify)_____ | |
| Taxes withheld or Quarterly Income Taxes | $235.25 |
| School or Day Care Expense | $1,003.50 |
| Laundry and Dry Cleaning | $57.00 |
| Other Personal (see attached) | $3,454.94  Includes 2018 State Tax |
| Total Business Expenses (see attached) | $7,236.87  Includes 2018 Federal Tax |
| **TOTAL ALL DISBURSEMENTS/EXPENDITURES** | $22,104.99 |
| **TOTAL INCOME LESS TOTAL EXPENDITURES** | $ -$2,960.01 |

Beginning Cash Balance$ 29,970.48      Ending Cash Balance $ 25,890.49

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY
KNOWLEDGE AND BELIEF.

Date 5-7-2019                          _____

RESPONSIBLE PARTY

## Other Personal Expenses - APR 2019

| | Personal |
|---|---|
| **Auto & Transport** | -$9.00 |
| **Charity** | -$1,100.67 |
| **Clothing** | -$195.10 |
| **Fees & Charges** | -$0.85 |
| **Gas & Fuel** | -$274.37 |
| **Gift** | -$3.92 |
| **Health & Fitness** | -$146.81 |
| **Personal Care** | -$145.84 |
| **Pet Food & Supplies** | -$63.74 |
| **Pharmacy** | -$18.53 |
| **Service Fee** | -$22.41 |
| **Shopping** | -$62.35 |
| **State Tax** | -$1,350.00 |
| **Television** | -$15.00 |
| **Travel** | -$46.35 |
| **Total** | **-$3,454.94** |

1

# Income Statement

## Urban Junction East Music
## UJE
## 1 April 2019 to 30 April 2019

|  | 30 Apr 19 |
|---|---|
| **Revenue** |  |
| Performance Income | 7,000 |
| Residual Income | 144 |
| Sales | 102 |
| **Total Revenue** | **7,246** |
| **Gross Profit** | **7,246** |
| **Operating Income / (Loss)** | **7,246** |
| **Other Income and Expense** |  |
| **Business Expenses** |  |
| Bank Service Charges | (15) |
| Meals & Entertainment | (120) |
| Research Expense | (22) |
| Telephone & Internet | (5) |
| Travel | (270) |
| **Total Business Expenses** | **(431)** |
| **Professional Services** |  |
| Legal & Professional Fees | (2,100) |
| **Total Professional Services** | **(2,100)** |
| **Taxes** |  |
| Federal Income Tax | (5,000) |
| **Total Taxes** | **(5,000)** |
| **Total Other Income and Expense** | **(7,531)** |
| **Net Income / (Loss) before Tax** | **(286)** |
| **Net Income** | **(286)** |
| **Total Comprehensive Income** | **(286)** |

Case 19-80272-TOM11    Doc 60    Filed 05/08/19    Entered 05/08/19 08:55:20    Desc Main
Document    Page 4 of 20


**REGIONS**

**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

JOHN FITZGERALD STODDART
HELEN JOYCE POWELL-STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE # 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

## MONEY MARKET
March 22, 2019 through April 22, 2019

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $14,260.97 | Minimum Balance | $14,260 |
| Deposits & Credits | $3,000.00 + | Average Balance | $14,260 |
| Net Interest Earned | $0.13 + | Annual Percentage Yield Earned | 0.01% |
| Withdrawals | $3,000.00 - | Interest This Period | $0.13 |
| Fees | $0.00 - | Average Collected Balance | $14,260.97 |
| Automatic Transfers | $0.00 + | 2019 YTD Interest | $0.33 |
| Checks | $0.00 - | | |
| Ending Balance | $14,261.10 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 04/17 | EB From Checking # ████4384 Ref# 000000 0000006 | 3,000.00 |

### INTEREST

| | | |
|---|---|---|
| 04/22 | Interest Payment | 0.13 |

### WITHDRAWALS

| | | |
|---|---|---|
| 04/17 | EB to Checking # ████4384 Ref# 000000 0000005 | 3,000.00 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance |
|---|---|---|---|
| 04/17 | 14,260.97 | 04/22 | 14,261.10 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**


EQUAL HOUSING LENDER

**Thank You For Banking With Regions!**
2019 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

JOHN FITZGERALD STODDART
HELEN JOYCE POWELL-STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE # 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

**ACCOUNT #**　█████4597

| | |
|---|---|
| | 001 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 2 of 3 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**You may save a considerable amount of money by
refinancing your mortgage.  If you haven't checked it out,
call your PFS officer for Regions' low rates today!**

## Easy Steps to Balance Your Account

4a List any checks, payments, transfers or other
withdrawals from your account that are not on
this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |



**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

HELEN JOYCE POWELL-STODDART
JOHN FITZGERALD STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE# 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

**ACCOUNT #** ▇▇▇▇▇**4384**

|  |  |
|---|---|
| | 001 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 1 of 5 |

## LIFEGREEN CHECKING
March 22, 2019 through April 22, 2019

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$5,860.24** | Minimum Balance | $4,592 |
| Deposits & Credits | $16,541.14 + | Average Balance | $7,144 |
| Withdrawals | $11,016.84 − | | |
| Fees | $23.09 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $5,288.13 − | | |
| **Ending Balance** | **$6,073.32** | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 03/27 | Deposit - Thank You | 500.00 |
| 03/29 | Oakwood Universi Payroll John Stoddart | 1,377.25 |
| 04/05 | Madison Surgery Payroll Powell-Stoddar | 5,100.00 |
| 04/17 | EB From Checking # 0272654597 Ref# 000000 0000005 | 3,000.00 |
| 04/17 | ATM Imaged Deposit | 5,674.14 |
| 04/18 | Candied Yam Tour 1V9Q John Stoddart | 889.75 |

| | Total Deposits & Credits | $16,541.14 |
|---|---|---|

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 03/25 | Card Purchase Sq *Nazree S  5399 Jonesboro  GA 30236  8069 | 41.04 |
| 03/25 | Card Purchase Costco Whse #03  5300 Huntsville  AL 35801  8069 | 32.67 |
| 03/25 | Card Purchase Costco Whse #03  5300 Huntsville  AL 35801  8069 | 5.44 |
| 03/25 | Card Purchase Marshalls #809  5651 Madison  AL 35758  8069 | 29.94 |
| 03/25 | Card Purchase Earth Fare #510  5411 Huntsville  AL 35806  8069 | 11.99 |
| 03/25 | Card Purchase Hair Queen  5698 Huntsville  AL 35816  8069 | 27.29 |
| 03/25 | Card Purchase Quay Pharmacy  5912 Sydney  02000  8085 | 22.72 |
| 03/25 | PIN Purchase Target T- 6275  5411 Huntsville  AL  8069 | 49.28 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**For new purchase or refinance mortgage information, contact your
Mortgage Loan Originator, Amy Osborne, NMLS 546504, at (256)535-6946
or online at www.regionsmortgage.com/amyosborne.**

**For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for Home Equity loans call 1- 800-231-7493.**



**Thank You For Banking With Regions!**
2019 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

HELEN JOYCE POWELL-STODDART
JOHN FITZGERALD STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE# 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

**ACCOUNT #** ████4384

| | |
|---|---|
| | 001 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 2 of 5 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 03/25 | Hsv Draft Dbt   Conc.Debt John Stoddart 211010163946 | 792.61 |
| 03/25 | PIN Purchase Costco Gas #03  5542 Huntsville  AL      8069 | 46.01 |
| 03/25 | PIN Purchase Costco Gas #03  5542 Huntsville  AL | 27.14 |
| 03/25 | PIN Purchase Publix Super M  5411 Owens Cross Ral      8069 | 41.65 |
| 03/26 | Card Purchase Raceway6892  3  5542 Brownsboro  AL 35741  8069 | 10.12 |
| 03/27 | Bank Debit | 500.00 |
| 03/27 | Card Purchase Marshalls #422  5651 Huntsville  AL 35802  8069 | 15.17 |
| 03/27 | PIN Purchase Wal-Mart #5197  5411 Owens Cross Ral | 31.38 |
| 03/28 | Recurring Card Transaction Orc*Cooks Pest  5969 800-2399898  AL 35601   8085 | 51.00 |
| 03/28 | Card Purchase Wal-Mart #5197  5411 Hampton Cove  AL 35763  8069 | 8.63 |
| 03/28 | Card Purchase Publix #573   5411 Owens X Rds  AL 35763  8069 | 22.91 |
| 03/29 | Card Purchase Sally Beauty 28  5977 Madison  AL 35758  8069 | 16.42 |
| 03/29 | Card Purchase Earth Fare #510  5411 Huntsville  AL 35806  8069 | 22.04 |
| 03/29 | Card Purchase Vitamin Shoppe  5999 Huntsville  AL 35806  8069 | 21.78 |
| 04/01 | Card Purchase Messina Circ Qu  5814 Sydney      8069 | 7.53 |
| 04/01 | Liberty Mutual   Payment Stoddart John | 319.41 |
| 04/02 | Card Purchase Maggies Cards A  5947 Burnie    73200  8069 | 3.92 |
| 04/03 | Card Purchase A H Pease Shoes  5661 Burnie    07320  8069 | 106.93 |
| 04/03 | Card Purchase 3072 Burnie    5691 Burnie    07320  8069 | 130.45 |
| 04/03 | Card Purchase Shiploads Retai  5310 Burnie    07320  8069 | 2.85 |
| 04/03 | Card Purchase Go Burgers     5814 South Wharf      8069 | 2.87 |
| 04/03 | Card Purchase Go Burgers     5814 South Wharf      8069 | 6.40 |
| 04/03 | Card Purchase Travellershop.C  5948 Melbourne      8069 | 10.57 |
| 04/03 | Card Purchase Sushi Hub Eliza  5812 Melbourne      8069 | 5.71 |
| 04/04 | Card Purchase Public Transpor  4111 Docklands    03008  8069 | 21.39 |
| 04/04 | Card Purchase Bags to Go     5948 South Wharf  03006  8069 | 46.35 |
| 04/08 | Card Purchase Edward Tamsett  5941 Eden    02551  8085 | 17.83 |
| 04/08 | Card Purchase Eden Tourism IN  5947 Eden    02551  8085 | 14.98 |
| 04/08 | Card Purchase Sq *Newcastle S  4121 Newcastle      8085 | 35.67 |
| 04/08 | Card Purchase Tree of Life    5621 Newcastle    02300  8085 | 44.12 |
| 04/08 | Card Purchase Bagga S Pharmac  5912 Newcastle    02300  8085 | 18.53 |
| 04/08 | Card Purchase City Sightseein  4131 Banksmeadow  20190  8069 | 82.75 |
| 04/08 | Card Purchase Hillsong Founda  8398 Baulkham Hill  02153  8085 | 35.67 |
| 04/08 | North American L Insurance John Stoddart | 182.60 |
| 04/08 | North American L Insurance Helen Powell-S | 243.32 |
| 04/09 | Card Purchase Bondi Convenien  5499 Bondi Beach    02026  8069 | 19.87 |
| 04/09 | Card Purchase 124 Day Street  5499 Sydney    02000  8069 | 18.87 |
| 04/09 | Card Purchase Merlin Attracti  7991 Sydney    02000  8069 | 31.39 |
| 04/09 | Card Purchase Darling Harbour  5411 Sydney    02000  8085 | 9.95 |
| 04/09 | Card Purchase Acellus Academy  8299 816-2293800  MO 64057  8085 | 79.00 |
| 04/09 | Card Purchase Wh Smith Syd T1  5994 Mascot    20200  8069 | 31.66 |
| 04/10 | Card Purchase Think Sydney    5947 Sydney Intern  02020  8069 | 40.28 |
| 04/10 | Adt Security Ser Adtpapach Stoddart, John 32415033 | 53.78 |
| 04/10 | PIN Purchase Costco Gas #03  5542 Huntsville  AL      8085 | 34.87 |
| 04/10 | PIN Purchase Publix Super M  5411 Owens Cross Ral      8085 | 49.71 |
| 04/11 | Card Purchase Marshalls #809  5651 Madison    AL 35758  8069 | 50.10 |
| 04/11 | Card Purchase Publix #573     5411 Owens X Rds  AL 35763  8069 | 88.45 |
| 04/11 | PIN Purchase Noodles & CO 4  5812 Bowie    MD  8085 | 18.55 |
| 04/12 | Card Purchase Panera Bread #2  5814 Gambrills  MD 21054  8085 | 13.45 |
| 04/12 | Card Purchase Dollar Tree    5331 Huntsville  AL 35801  8069 | 10.90 |
| 04/12 | PIN Purchase Costco Gas #03  5542 Huntsville  AL      8069 | 31.57 |
| 04/12 | PIN Purchase Costco Gas #03  5542 Huntsville  AL      8069 | 31.47 |
| 04/12 | PIN Purchase Blu By Jaydee  5631 Madison    AL      8069 | 38.07 |
| 04/15 | Card Purchase Hollywood Feed  5995 Huntsville  AL 35806  8069 | 63.74 |


HELEN JOYCE POWELL-STODDART
JOHN FITZGERALD STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE# 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

**ACCOUNT #** ████4384

|  |  |
|---|---|
| | 001 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 3 of 5 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 04/15 | Card Purchase Earth Fare #510  5411 Huntsville   AL 35806   8069 | 148.96 |
| 04/15 | Card Purchase Elevation Churc  8661 704-246-0800  NC 28105   8085 | 50.00 |
| 04/15 | Card Purchase Paypal *Renewed  8398 402-935-7733  GA 30088   8085 | 200.00 |
| 04/15 | Card Purchase Johnson Pools A  5996 256-5333118  AL 35805   8085 | 172.72 |
| 04/15 | Card Purchase Earth Fare #510  5411 Huntsville   AL 35806   8069 | 6.14 |
| 04/15 | Card Purchase Pure Flix Digit  7841 480-991-2258  AZ 85255   8069 | 99.99 |
| 04/15 | Card Purchase Fast Trac Car W  7542 Owens X Rds  AL 35763   8069 | 9.00 |
| 04/15 | Adventistgiving. Web Pmts John Stoddart  79M4Nb | 600.00 |
| 04/16 | Card Purchase Earth Fare #510  5411 Huntsville   AL 35806   8069 | 21.58 |
| 04/16 | Card Purchase Earth Fare #510  5411 Huntsville   AL 35806   8069 | 16.89 |
| 04/16 | Card Purchase Southeastern Sa  5712 Huntsville   AL 35816   8069 | 34.62 |
| 04/16 | Card Purchase Southeastern Sa  5712 Huntsville   AL 35816   8069 | 13.08 |
| 04/17 | EB to Checking # 0272654597 Ref# 000000 0000006 | 3,000.00 |
| 04/17 | Card Purchase USA*Innovative  5814 Philadelphia  PA 19153   8085 | 5.00 |
| 04/17 | Card Purchase MAPCO 5204    5542 Owens X Rds   AL 35763   8085 | 37.58 |
| 04/17 | AL-Dept of Rev Direct Dbt Stoddart        1035210368 | 1,350.00 |
| 04/18 | Zelle Debit to Michelle  Jones Ref# 91080020Lkd8 | 50.00 |
| 04/18 | Card Purchase Chipotle 1796   5814 Huntsville   AL 35806   8085 | 9.10 |
| 04/19 | Card Purchase Vitamin Shoppe   5999 Huntsville   AL 35806   8069 | 110.23 |
| 04/19 | Card Purchase Vitamin Shoppe   5999 Huntsville   AL 35806   8069 | 21.78 |
| 04/19 | Card Purchase Threading Eyebr  7230 Huntsville   AL 35810   8069 | 99.00 |
| 04/19 | PIN Purchase Costco Gas #03   5542 Huntsville   AL        8085 | 25.85 |
| 04/22 | Card Purchase Monaco Pictures  7832 Huntsville   AL 35806   8069 | 17.16 |
| 04/22 | Card Purchase Red Robin No 55  5812 Huntsville   AL 35806   8085 | 45.19 |
| 04/22 | Card Purchase Costco Whse #03  5300 Huntsville   AL 35801   8069 | 54.76 |
| 04/22 | Card Purchase Los Mariachis    5812 Huntsville   AL 35801   8069 | 8.70 |
| 04/22 | Card Purchase Cachet Cleaners  7216 Hampton Cove AL 35763   8085 | 12.00 |
| 04/22 | Card Purchase Cachet Cleaners  7216 Hampton Cove AL 35763   8085 | 45.00 |
| 04/22 | PIN Purchase Wm Superc Wal-   5411 Huntsville   AL        8085 | 3.75 |
| 04/22 | Nelnet        Conv Fee John Stoddart | 0.85 |
| 04/22 | Madison Academy  Schoolpymt John Stoddart | 47.50 |
| 04/22 | Madison Academy  Facts John Stoddart  000000083559289 | 777.00 |
| 04/22 | PIN Purchase Publix Super M   5411 Owens Cross Ral       8085 | 9.24 |
| 04/22 | PIN Purchase Costco Gas #03   5542 Huntsville   AL        8069 | 31.41 |
| | Total Withdrawals | $11,016.84 |

## FEES

| Date | Description | Amount |
|---|---|---|
| 03/25 | International Service Assessment Quay Pharmacy | 0.68 |
| 04/01 | International Service Assessment Messina Circ Qu | 0.23 |
| 04/02 | International Service Assessment Maggies Cards A | 0.12 |
| 04/03 | International Service Assessment Go Burgers | 0.09 |
| 04/03 | International Service Assessment Shiploads Retai | 0.09 |
| 04/03 | International Service Assessment Sushi Hub Eliza | 0.17 |
| 04/03 | International Service Assessment Go Burgers | 0.19 |
| 04/03 | International Service Assessment Travellershop.C | 0.32 |
| 04/03 | International Service Assessment A H Pease Shoes | 3.21 |
| 04/03 | International Service Assessment 3072 Burnie | 3.91 |
| 04/04 | International Service Assessment Public Transpor | 0.64 |
| 04/04 | International Service Assessment Bags to Go | 1.39 |
| 04/08 | International Service Assessment Eden Tourism IN | 0.45 |
| 04/08 | International Service Assessment Edward Tamsett | 0.53 |
| 04/08 | International Service Assessment Bagga S Pharmac | 0.56 |



**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

HELEN JOYCE POWELL-STODDART
JOHN FITZGERALD STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE# 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

## FEES (CONTINUED)

| | | |
|---|---|---:|
| 04/08 | International Service Assessment Hillsong Founda | 1.07 |
| 04/08 | International Service Assessment Sq *Newcastle S | 1.07 |
| 04/08 | International Service Assessment Tree of Life | 1.32 |
| 04/08 | International Service Assessment City Sightseein | 2.48 |
| 04/09 | International Service Assessment Darling Harbour | 0.30 |
| 04/09 | International Service Assessment 124 Day Street | 0.57 |
| 04/09 | International Service Assessment Bondi Convenien | 0.60 |
| 04/09 | International Service Assessment Merlin Attracti | 0.94 |
| 04/09 | International Service Assessment Wh Smith Syd T1 | 0.95 |
| 04/10 | International Service Assessment Think Sydney | 1.21 |
| | **Total Fees** | **$23.09** |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---:|---|---|---:|
| 04/15 | 1010 | 483.00 | 04/22 | 995003 * | 355.00 |
| 04/17 | 1011 | 4,450.13 | | | |
| | | | | **Total Checks** | **$5,288.13** |

\* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 03/25 | 4,731.78 | 04/03 | 5,304.61 | 04/12 | 8,995.38 |
| 03/26 | 4,721.66 | 04/04 | 5,234.84 | 04/15 | 7,161.83 |
| 03/27 | 4,675.11 | 04/05 | 10,334.84 | 04/16 | 7,075.66 |
| 03/28 | 4,592.57 | 04/08 | 9,651.89 | 04/17 | 6,907.09 |
| 03/29 | 5,909.58 | 04/09 | 9,457.79 | 04/18 | 7,737.74 |
| 04/01 | 5,582.41 | 04/10 | 9,277.94 | 04/19 | 7,480.88 |
| 04/02 | 5,578.37 | 04/11 | 9,120.84 | 04/22 | 6,073.32 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**You may save a considerable amount of money by
refinancing your mortgage. If you haven't checked it out,
call your PFS officer for Regions' low rates today!**

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

---

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for  further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |



**Bank of America** 🏃

P.O. Box 15284
Wilmington, DE 19850

JOHN STODDART
T/A URBAN JUNCTION EAST
3127 HADDONSTONE DR SE
OWENS CROSS ROADS, AL  35763-8435

Business Advantage

**Customer service information**

🕪  1.888.BUSINESS (1.888.287.4637)

🖳  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Fundamentals Checking

for April 1, 2019 to April 30, 2019

**JOHN STODDART    T/A URBAN JUNCTION EAST**

Account number: ▬▬▬▬ 5058

## Account summary

| | |
|---|---|
| Beginning balance on April 1, 2019 | $9,799.93 |
| Deposits and other credits | 7,245.84 |
| Withdrawals and other debits | -9,436.50 |
| Checks | -0.00 |
| Service fees | -27.21 |
| **Ending balance on April 30, 2019** | **$7,582.06** |

# of deposits/credits: 7

# of withdrawals/debits: 97

# of items-previous cycle[1]: 1

# of days in cycle: 30

Average ledger balance: $9,547.82

[1]*Includes checks paid,deposited items&other debits*

---

Bank of America **Business Advantage**

THE POWER TO

## build a thriving business

During National Small Business Week and throughout the month of May, we're celebrating the dedication
of small business owners and their commitment to achieving success.

Join in the conversation with other business owners by visiting the Small Business Community at
**bankofamerica.com/SBcelebrate**.

SSM-11-18-0541.B | ARQSHKBM

PULL: E   CYCLE: 51   SPEC: E   DELIVERY: E   TYPE:    IMAGE: B   BC: MD

Page 1 of 8

Case 19-80272-TOM11    Doc 60    Filed 05/08/19    Entered 05/08/19 08:55:20    Desc Main
Document    Page 13 of 20

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation



Bank of America, N.A. Member FDIC and    Equal Housing Lender

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 04/08/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:342685  INDN:JOHN STODDART DBA URBA  CO ID:XXXXXXXXXX CCD  PMT INFO:RMR*CM*IHEART**5.67\ | 5.67 |
| 04/12/19 | BKOFAMERICA MOBILE 04/12 3644108247 DEPOSIT          *MOBILE        MD | 7,000.00 |
| 04/15/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:347005  INDN:JOHN STODDART DBA URBA  CO ID:JXXXXXXXXX CCD  PMT INFO:RMR*CM*PANDORA**9\ | 9.00 |
| 04/16/19 | CD Baby          DES:ACCTSPYBLE ID:VPV04924049  INDN:Urban Junction East Mu  CO ID:9223328810 CCD | 101.77 |
| 04/17/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:351399  INDN:JOHN STODDART DBA URBA  CO ID:4954545798 CCD  PMT INFO:RMR*CM*AMAZON**14.7\ | 14.70 |
| 04/18/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:353583  INDN:JOHN STODDART DBA URBA  CO ID:4954545798 CCD  PMT INFO:RMR*CM*AMAZON**20.76\ | 20.76 |
| 04/30/19 | 62011 AFM & AFTR DES:PAYROLL    ID:XXXXXXXXX  INDN:STODDART, JOHN          CO ID:5112162011 PPD | 93.94 |
| **Total deposits and other credits** | | **$7,245.84** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 04/15/19 | IRS          DES:USATAXPYMT ID:222950574888871  INDN:J F STODDART & H J POW  CO ID:3387702000 WEB | -5,000.00 |
| 04/17/19 | Cole Classic Management Bill Payment | -2,100.00 |

Card account # XXXX XXXX XXXX 2907

| Date | Description | Amount |
|---|---|---|
| 04/01/19 | CHECKCARD  0330 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169089100284707591 RECURRING CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -21.79 |
| 04/01/19 | MOBILE PURCHASE 0331 Urban Orchard Sydney | -13.50 |
| 04/02/19 | MOBILE PURCHASE 0330  CIELO ITALIANO NEWCASTLE | -28.04 |
| 04/02/19 | CHECKCARD  0401 GOOGLE *GSUITE_johnsto cc@google.comCA 24692169091100413026307 CKCD 7311 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -5.00 |
| 04/03/19 | MOBILE PURCHASE 0402  WILKINSON PHARMACY BURNIE | -15.45 |
| 04/03/19 | MOBILE PURCHASE 0402  GRANT JOSEPH PARKE BURNIE | -12.34 |

*continued on the next page*



Bank of America **Business Advantage**                                    LIFE / BETTER CONNECTED*

Your Digital Tip

# Dreading the shredding?

Go paperless—stop storing or shredding old statements. Enjoy the convenience online access offers.

Enroll today by logging in to Online Banking at **bankofamerica.com/smallbusiness**. Then click on **Profiles & Settings** (in the upper right, next to **Sign Out**).

©2018 Bank of America Corporation  |  ARG4G3KD  |  SSM-04-18-0041.B

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 04/03/19 | CHECKCARD  0403 UBER help.uber.com 8005928996      74557029093031711877153 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -9.06 |
| 04/04/19 | MOBILE PURCHASE 0403  STARBUCKS 117 SWANSTON MELBOURNE | -3.21 |
| 04/04/19 | MOBILE PURCHASE 0403  GENKI SUSHI SOUTH WH SOUTH WHARF | -5.18 |
| 04/04/19 | MOBILE PURCHASE 0403  SOUTH WHARF JOOCE LA SOUTH WHARF | -4.06 |
| 04/04/19 | CHECKCARD  0403 UBER help.uber.com 8005928996      74557029093032110998772 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -25.27 |
| 04/05/19 | MOBILE PURCHASE 0403  THE VEGIE BAR PTY LTD FITZROY | -31.08 |
| 04/05/19 | CHECKCARD  0404 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169094100403025266 RECURRING CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -8.71 |
| 04/08/19 | MOBILE PURCHASE 0406  TREE OF LIFE NEWCASTLE | -17.83 |
| 04/08/19 | MOBILE PURCHASE 0406  SQ *SCHILLYKICKK Cooks Hill | -9.99 |
| 04/08/19 | MOBILE PURCHASE 0406  SQ *HELLO LEMONADE Newcastle | -7.13 |
| 04/08/19 | CHECKCARD  0407 NOORDAM SEATTLE      WA 24610439097004013085459 CKCD 4411 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -141.65 |
| 04/08/19 | CHECKCARD  0407 UBER help.uber.com 8005928996      74557029098071707572983 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -12.54 |
| 04/08/19 | CHECKCARD  0407 Uber Australia Pty Ltd Sydney      74773889097000000623926 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -14.94 |
| 04/08/19 | CHECKCARD  0407 UBER help.uber.com 8005928996      74557029098071204307594 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -7.35 |
| 04/08/19 | MOBILE PURCHASE 0407 Muum Maam Bara Barangaroo | -54.38 |
| 04/08/19 | CHECKCARD  0407 UBER help.uber.com 8005928996      74557029098071825555928 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -59.42 |
| 04/08/19 | MOBILE PURCHASE 0407  HILLSONG INTERNATI BAULKHAM HILL | -2.50 |
| 04/08/19 | CHECKCARD  0407 Uber Australia Pty Ltd Sydney      74773889097000349464941 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -10.97 |
| 04/08/19 | 56022000220320  04/08 #000009170 WITHDRWL CBA            SYDNEY | -37.79 |
| 04/09/19 | CHECKCARD  0409 West Hotel Sydney Sydney      46197090970093644806065 CKCD 7011 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -293.28 |
| 04/09/19 | MOBILE PURCHASE 0408  MARTHAS HEALTH EATERY SYDNEY | -10.34 |
| 04/09/19 | CHECKCARD  0408 UBER help.uber.com 8005928996      74557029098011825570576 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -3.19 |
| 04/10/19 | MOBILE PURCHASE 0409  GM CABS PTY LTD MASCOT | -12.77 |
| 04/10/19 | MOBILE PURCHASE 0409  AIRPORT RETAIL ENTER MASCOT | -38.83 |
| 04/11/19 | CHECKCARD  0409 CANTINA LAREDO DFW DALLAS      TX 24755429100161004281413 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -24.03 |
| 04/11/19 | CHECKCARD  0410 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169100100806774132 RECURRING CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -14.99 |
| 04/12/19 | MOBILE PURCHASE 0411  HUNTSVILLE 0361A 256-4611940  AL | -6.53 |
| 04/15/19 | CHECKCARD  0413 AMERICAN AIR00102872200 FORT WORTH  TX 24431069104978001157177 CKCD 3001 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -30.00 |
| 04/15/19 | CHECKCARD  0413 NATIONAL CAR RENTAL WASHINGTON   DC 24164079104060437669786 CKCD 3393 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -239.88 |
| 04/15/19 | MOBILE PURCHASE 0413  HUDSON NEWS  ST1304 WASHINGTON  DC | -6.35 |
| 04/15/19 | CHECKCARD  0414 WALKTHROUGH MARKET B PHILADELPHIA PA 24055239104796938210362 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -6.33 |
| 04/15/19 | CHECKCARD  0413 TOKYO HIBACHI & BAR WYOMISSING   PA 24323009104206472600153 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -11.61 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 04/15/19 | MOBILE PURCHASE 0414  PANERA BREAD #600742 P READING      PA | -10.05 |
| 04/15/19 | CHECKCARD  0414 UBER   TRIP HELP.UBER.COMCA 24492159104719874834434 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -7.45 |
| 04/16/19 | CHECKCARD  0415 UBER   TRIP HELP.UBER.COMCA 24492159105717932908116 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -19.22 |
| 04/16/19 | CHECKCARD  0415 HERSHEY HARVEST 610-9213151   PA 24821689105900014400370 CKCD 5462 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -11.54 |
| 04/16/19 | CHECKCARD  0415 UBER   TRIP HELP.UBER.COMCA 24492159105713957013387 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -16.57 |
| 04/17/19 | CHECKCARD  0416 UBER   TRIP HELP.UBER.COMCA 24492159106713993145531 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -18.33 |
| 04/17/19 | CHECKCARD  0416 HERSHEY HARVEST 610-9213151   PA 24821689106900014500277 CKCD 5462 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -3.24 |
| 04/17/19 | MOBILE PURCHASE 0416  JAMBA JUICE 1319 QSR PHILADELPHIA PA | -7.40 |
| 04/17/19 | MOBILE PURCHASE 0416  PARADIES #9391 DCA II 404-3447905  VA | -10.99 |
| 04/18/19 | CHECKCARD  0416 CROWNE PLAZA READING WYOMISSING    PA 24431069107708707112672 CKCD 3750 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -33.71 |
| 04/18/19 | CHECKCARD  0416 AMERICAN AIR00102875395 FORT WORTH   TX 24431069107978002144619 CKCD 3001 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -30.00 |
| 04/18/19 | CHECKCARD  0417 APL* ITUNES.COM/BILL 866-712-7753 CA 24692169107100941333433 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -16.34 |
| 04/19/19 | CHECKCARD  0416 HSV AIRPORT PARKING HUNTSVILLE   AL 24789309108356500392864 CKCD 7523 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -2.00 |
| 04/22/19 | CHECKCARD  0421 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169109100182643928 RECURRING CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -9.99 |
| 04/22/19 | MOBILE PURCHASE 0421  COMCAST 800-266-2278 GA | -89.95 |
| 04/22/19 | CHECKCARD  0421 SQ *HEALINGRIVERS Huntsville   AL 24692169111100384376257 CKCD 7929 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -20.00 |
| 04/22/19 | CHECKCARD  0421 SQ *GOSQ.COM DUAWNE LAUREL       MD 24492159111740330053923 CKCD 7299 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -15.00 |
| 04/24/19 | CHECKCARD  0423 ATT*BILL PAYMENT 800-288-2020 TX 24692169113100432260923 RECURRING CKCD 4899 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -10.50 |
| 04/24/19 | THE UPS STORE   04/24 #000452882 PURCHASE 4800 WHITESBURG D  HUNTSVILLE   AL | -47.04 |
| 04/26/19 | CHECKCARD  0424 BAR LOUIE HUNTSVILLE HUNTSVILLE   AL 24137469115100540100867 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -29.34 |
| 04/26/19 | CHECKCARD  0425 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169115100685397180 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -6.53 |
| 04/29/19 | CHECKCARD  0426 XERO US INV-1964457 HTTPSWWW.XEROCA 24492159116637575198139 RECURRING CKCD 5734 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -30.00 |
| 04/29/19 | CHECKCARD  0426 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169116100268773970 RECURRING CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -9.99 |
| 04/29/19 | CHECKCARD  0426 AT&T*BILL PAYMENT 800-331-0500 TX 24493989116083002958440 RECURRING CKCD 4814 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -522.68 |
| 04/29/19 | MOBILE PURCHASE 0427  HUNTSVILLE 0361A 256-4611940  AL | -9.80 |
| 04/29/19 | CHECKCARD  0427 LOTTA FRUTTA ATLANTA       GA 24073149118900017159069 CKCD 5814 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -9.02 |

*continued on the next page*

Case 19-80272-TOM11   Doc 60   Filed 05/08/19   Entered 05/08/19 08:55:20   Desc Main
Document      Page 17 of 20

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 04/29/19 | PUBLIX SUPER M  04/27 #000506478 PURCHASE PUBLIX SUPER MAR   PANAMA CITY B FL | -37.71 |
| 04/30/19 | CHECKCARD  0428 OISHI THAI RESTAURANT & PANAMA CITY BFL 2470780911903003253865 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -24.47 |
| 04/30/19 | CHECKCARD  0429 FIVE GUYS #GA-1582 SMYRNA,      GA 2422443912010400165111 CKCD 5814 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -3.99 |
| 04/30/19 | CHECKCARD  0429 APL* ITUNES.COM/BILL 866-712-7753 CA 2469216911910003937739 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -16.34 |
| | **Subtotal for card account # XXXX XXXX XXXX 2907** | **-$2,336.50** |
| | **Total withdrawals and other debits** | **-$9,436.50** |

## Service fees

The Monthly Fee on your Business Fundamentals Checking account was waived for the statement period ending 03/29/19. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ☑ $250+ in new net purchases on a linked Business debit card
- ◯ $250+ in new net purchases on a linked Business credit card
- ◯ $3,000+ minimum daily balance in primary checking account
- ☑ $5,000+ average monthly balance in primary checking account
- ◯ $15,000+ combined average monthly balance in linked business accounts
- ◯ enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 04/01/19 | MOBILE PURCHASE 0331 Urban Orchard Sydney CKCD 5812 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.41 |
| 04/02/19 | MOBILE PURCHASE 0330  CIELO ITALIANO NEWCASTLE 7456450909137000681507 CKCD 5812 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.84 |
| 04/03/19 | MOBILE PURCHASE 0402  WILKINSON PHARMACY BURNIE 7455702909302121343558 CKCD 5912 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.46 |
| 04/03/19 | MOBILE PURCHASE 0402  GRANT JOSEPH PARKE BURNIE 7494052909280617392118 CKCD 5814 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.37 |
| 04/03/19 | CHECKCARD  0403 UBER help.uber.com 8005928996 7455702909303171187715 CKCD 4121 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.27 |
| 04/04/19 | CHECKCARD  0403 UBER help.uber.com 8005928996 7455702909303211099877 CKCD 4121 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.76 |
| 04/04/19 | MOBILE PURCHASE 0403  GENKI SUSHI SOUTH WH SOUTH WHARF 7456445909310741654010 CKCD 5812 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.16 |
| 04/04/19 | MOBILE PURCHASE 0403  SOUTH WHARF JOOCE LA SOUTH WHARF 7494052909380621354408 CKCD 5814 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.12 |

*continued on the next page*

 **Bank of America**

**Your checking account**

JOHN STODDART | Account # ███████ 5058 | April 1, 2019 to April 30, 2019

## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 04/04/19 | MOBILE PURCHASE 0403 STARBUCKS 117 SWANSTON MELBOURNE 74940529093806272318696 CKCD 5814 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.10 |
| 04/05/19 | MOBILE PURCHASE 0403 THE VEGIE BAR PTY LTD FITZROY 74229859094913962531695 CKCD 5814 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.93 |
| 04/08/19 | 56022000220320 04/08 #000009170 WITHDRWL CBA     SYDNEY FEE CKCD     XXXXXXXXXXXX2907 | -5.00 |
| 04/08/19 | CHECKCARD 0407 UBER help.uber.com 8005928996 74557029098071825555928 CKCD 4121 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -1.78 |
| 04/08/19 | MOBILE PURCHASE 0407 Muum Maam Bara Barangaroo CKCD 5812 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -1.63 |
| 04/08/19 | 56022000220320 04/08 #000009170 WITHDRWL CBA     SYDNEY CKCD     XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -1.13 |
| 04/08/19 | MOBILE PURCHASE 0406 TREE OF LIFE NEWCASTLE 74940529097806211498407 CKCD 5621 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.53 |
| 04/08/19 | CHECKCARD 0407 Uber Australia Pty Ltd Sydney 7477388909700000623926 CKCD 4121 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.45 |
| 04/08/19 | CHECKCARD 0407 UBER help.uber.com 8005928996 74557029098071707572983 CKCD 4121 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.38 |
| 04/08/19 | CHECKCARD 0407 Uber Australia Pty Ltd Sydney 7477388909700349464941 CKCD 4121 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.33 |
| 04/08/19 | MOBILE PURCHASE 0406 SQ *SCHILLYKICKK Cooks Hill 74375889096031433362595 CKCD 5814 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.30 |
| 04/08/19 | CHECKCARD 0407 UBER help.uber.com 8005928996 74557029098071204307594 CKCD 4121 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.22 |
| 04/08/19 | MOBILE PURCHASE 0406 SQ *HELLO LEMONADE Newcastle 74375889096028897158915 CKCD 5814 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.21 |
| 04/08/19 | MOBILE PURCHASE 0407 HILLSONG INTERNATI BAULKHAM HILL 74557029098072106295945 CKCD 8661 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.08 |
| 04/09/19 | CHECKCARD 0409 West Hotel Sydney Sydney 46197090970093644806065 CKCD 7011 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -8.80 |

*continued on the next page*

## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 04/09/19 | MOBILE PURCHASE 0408  MARTHAS HEALTH EATERY SYDNEY 74940529098806279273949 CKCD 5814 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.31 |
| 04/09/19 | CHECKCARD  0408 UBER help.uber.com 8005928996 74557029098011825570576 CKCD 4121 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.10 |
| 04/10/19 | MOBILE PURCHASE 0409  AIRPORT RETAIL ENTER MASCOT 74940529099806926029149 CKCD 5814 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -1.16 |
| 04/10/19 | MOBILE PURCHASE 0409  GM CABS PTY LTD MASCOT 74564509099370000144545 CKCD 4121 XXXXXXXXXXXX2907 INTERNATIONAL TRANSACTION FEE | -0.38 |
| **Total service fees** | | **-$27.21** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------|------|------|------|------|
| 04/01 | 9,764.23 | 04/10 | 8,860.80 | 04/19 | 8,380.47 |
| 04/02 | 9,730.35 | 04/11 | 8,821.78 | 04/22 | 8,245.53 |
| 04/03 | 9,692.40 | 04/12 | 15,815.25 | 04/24 | 8,187.99 |
| 04/04 | 9,653.54 | 04/15 | 10,512.58 | 04/26 | 8,152.12 |
| 04/05 | 9,612.82 | 04/16 | 10,567.02 | 04/29 | 7,532.92 |
| 04/08 | 9,229.96 | 04/17 | 8,441.76 | 04/30 | 7,582.06 |
| 04/09 | 8,913.94 | 04/18 | 8,382.47 | | |