## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: John & Helen Stoddart          CASE NO.: 19-80272          MONTH ENDING: 5-31-19

**Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month**

### INDIVIDUAL DEBTOR'S AFFIRMATIONS

YES ☑ NO ☐  All post petition individual taxes have been paid and the deposit slips are attached.

If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

2. YES ☑ NO ☐  Adequate insurance on all assets/property including fire, theft, liability, collision and casualty is currently in full force and effect.

If no, enter:      TYPE(S)_____ not in force.

| List **All** Bank Accounts | Bank | Account No. | Type of Acct. | Balance |
|---|---|---|---|---|
| 1. | Regions | ████4597 | Checking | $ 7.415.44 |
| 2. | Regions | ████4384 | Savings | $ 14.261.22 |
| 3. | Bank of America | ████5058 | Checking | $ 6.895.24 |

4. YES ☑ NO ☐  Copies of **all** banks statements and reconciliations are attached.

5. YES ☑ NO ☐  I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES ☑ NO ☐  All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

7. YES ☐ NO ☐  I have attached a list of all post petition creditors that have been incurred since the filing of this case but that have not been paid, including Court approved professional (attorney, accountant, etc.) fees.

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE ____5/5/2019____
PHONE ____(301) 254-5455____

____John Stoddart____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form Individual BA-01**

CASE NAME: John & Helen Stoddart    CASE NO. : 19-80272    MONTH ENDING: 5-31-19

## Individual Debtor's Cash Receipts and Disbursement    *BA-02*

| | |
|---|---:|
| Receipts/Income  (GROSS)  —Salary | $ 4,400.00 |
|     Alimony, Maintenance, Support received | |
|     Other Income | |
|         Interest | |
|         Sale/rent of real estate or personal property | |
|         Social Security | |
|         Monthly Dividend Disbursement (May & June) | $10,200.00 |
|         Other (specify) Business Income | $   349.52 |
| **TOTAL RECEIPTS/INCOME** | $14,949.52 |
| | |
| DISBURSEMENTS/EXPENSES (*INCLUDE EMPLOYER DEDUCTIONS*) | |
|     Food | $   943.99 |
|     Home Expenses | |
|         Rent or Home Loan | |
|         Real Estate Tax | |
|         Gas | |
|         Water | |
|         Telephone | |
|         Other Utilities(specify)  Electric, Propane & Water | $   523.26 |
|     Home Maintenance (repairs and upkeep)Includes insurance Repairs | $   435.59 |
|     Insurance Payments | |
|         Life | $   425.92 |
|         Health | |
|         Auto (May & June) | $   627.50 |
|         Home owners or renters | |
|         Other (specify)_____ | |
|     Installments Loan Payments | |
|         Auto Loan | $   463.60 |
|         Other loans (specify)_____ | |
|     Taxes withheld or Quarterly Income Taxes | $   461.58 |
|     School or Day Care Expense | $ 1,928.92 |
|     Laundry and Dry Cleaning | $    18.91 |
|     Other Personal (see attached) | $ 3,454.94 |
|         Total Business Expenses (see attached) | $   801.77 |
| **TOTAL ALL DISBURSEMENTS/EXPENDITURES** | $13,565.33 |
| **TOTAL INCOME LESS TOTAL EXPENDITURES** | $   1,384.19 |

Beginning Cash Balance $ 25,890.49        Ending Cash Balance $ 28,571.90

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY
KNOWLEDGE AND BELIEF.

Date 5-7-2019                                   _____
                                               RESPONSIBLE PARTY

# Stoddart Home Additional Expenses

## Urban Junction East Music
## For the month ended May 31, 2019

|  | MAY 2019 |
|---|---|
| **Income** | |
| Residual Income | 10,200.00 |
| Salary Income | 4,400.00 |
| **Total Income** | **14,600.00** |
| | |
| **Gross Profit** | **14,600.00** |
| | |
| **Expenses Already Reported** | |
| Groceries | 943.99 |
| Utilities | 523.26 |
| Home Repairs & Maintenance | 435.59 |
| Life Insurance | 425.92 |
| Car Payment | 463.60 |
| Education | 1,928.92 |
| Laundry & Uniform | 18.91 |
| Taxes | 461.58 |
| **Total Expenses Already Reported** | **5,201.77** |
| | |
| **Operating Expenses** | |
| Charitable Contributions | 1,470.00 |
| Television | 249.57 |
| | |
| **Auto Expenses** | |
| Auto Insurance | 627.50 |
| Auto Repairs & Maintenance | 214.58 |
| Gas | 556.32 |
| **Total Auto Expenses** | **1,398.40** |
| | |
| **Business Expenses** | |
| Bank Service Charges | 0.88 |
| Meals & Entertainment | 523.97 |
| Postage & Delivery | 23.70 |
| Travel | 11.00 |
| **Total Business Expenses** | **559.55** |
| | |
| **Home Expenses** | |
| Lawn | 355.00 |
| Pet Expenses | 64.79 |
| Pool | 120.00 |
| **Total Home Expenses** | **539.79** |

Case 19-80272-TOM11    Doc 80    Filed 06/05/19    Entered 06/05/19 16:42:27    Desc Main
Document    Page 3 of 18

| | MAY 2019 |
|---|---:|
| **Household Expenses** | |
| Clothing | 900.46 |
| Gifts | 346.53 |
| Other Household Shopping | 281.72 |
| Personal Care | 121.68 |
| **Total Household Expenses** | **1,650.39** |
| | |
| **Medical Expenses** | |
| Doctor & Dentist | 1,548.90 |
| Pharmacy | 145.19 |
| **Total Medical Expenses** | **1,694.09** |
| | |
| **Total Operating Expenses** | **7,561.79** |

## Operating Income

7,038.21

## Net Income

7,038.21

# UJE Music Business Expenses

## Urban Junction East Music
## For the month ended May 31, 2019

| | MAY 2019 |
|---|---:|
| **Income** | |
| Residual Income | 349.52 |
| **Total Income** | **349.52** |
| **Gross Profit** | **349.52** |
| **Operating Expenses** | |
| Telephone | 336.34 |
| **Business Expenses** | |
| Dues & Subscriptions | 109.55 |
| Internet | 263.81 |
| Meals & Entertainment | 45.04 |
| Research Expense | 21.80 |
| Studio Supplies | 25.23 |
| **Total Business Expenses** | **465.43** |
| **Total Operating Expenses** | **801.77** |
| **Operating Income** | **(452.25)** |
| **Net Income** | **(452.25)** |

UJE Music Expenses   |   Urban Junction East Music



**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

JOHN FITZGERALD STODDART
HELEN JOYCE POWELL-STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE # 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

## MONEY MARKET
April 23, 2019 through May 22, 2019

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $14,261.10 | | Minimum Balance | $14,261 |
| Deposits & Credits | $0.00 + | | Average Balance | $14,261 |
| Net Interest Earned | $0.12 + | | Annual Percentage Yield Earned | 0.01% |
| Withdrawals | $0.00 − | | Interest This Period | $0.12 |
| Fees | $0.00 − | | Average Collected Balance | $14,261.10 |
| Automatic Transfers | $0.00 + | | 2019 YTD Interest | $0.45 |
| Checks | $0.00 − | | | |
| **Ending Balance** | **$14,261.22** | | | |

### INTEREST

| | | 0.12 |
|---|---|---|
| 05/22 | Interest Payment | |

| | Total For This<br>Statement Period | Total Calendar<br>Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

### DAILY BALANCE SUMMARY

| Date | Balance |
|---|---|
| 05/22 | 14,261.22 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)



**Thank You For Banking With Regions!**
2019 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

JOHN FITZGERALD STODDART
HELEN JOYCE POWELL-STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE # 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

You may save a considerable amount of money by
refinancing your mortgage.  If you haven't checked it out,
call your PFS officer for Regions' low rates today!

## Easy Steps to Balance Your Account

4a. List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

|  |  | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
   (1) Tell us your name and account number.
   (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |



**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

HELEN JOYCE POWELL-STODDART
JOHN FITZGERALD STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE# 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

**ACCOUNT #**   ▇▇▇▇4384

## LIFEGREEN CHECKING
April 23, 2019 through May 22, 2019

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $6,073.32 | Minimum Balance | $2,915 |
| Deposits & Credits | $9,704.95 + | Average Balance | $5,003 |
| Withdrawals | $8,943.08 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $3,096.50 − | | |
| Ending Balance | $3,738.69 | | |

### DEPOSITS & CREDITS

| Date | Description | | | | Amount |
|------|-------------|---|---|---|--------|
| 04/26 | New Payroll  PR Deposit Stoddard John | | | | 539.39 |
| 04/30 | Oakwood Universi Payroll John Stoddart | | | | 1,377.25 |
| 05/07 | Madison Surgery  Payroll Powell-Stoddar | | | | 5,100.00 |
| 05/08 | New Payroll  PR Deposit Stoddard John | | | | 539.39 |
| 05/10 | Card Credit Lowes #02451*   5200 Owens Cross R AL 35763 | 8085 | | | 108.96 |
| 05/13 | Card Credit Lowes #02451*   5200 Owens Cross R AL 35763 | 8085 | | | 49.14 |
| 05/16 | Card Credit Lowes #02451*   5200 Owens Cross R AL 35763 | 8085 | | | 0.22 |
| 05/16 | Candied Yam Tour 1V9Q John Stoddart | | | | 605.35 |
| 05/20 | Oakwood Universi Payroll John Stoddart | | | | 1,385.25 |
| | | | Total Deposits & Credits | | $9,704.95 |

### WITHDRAWALS

| Date | Description | | | | Amount |
|------|-------------|---|---|---|--------|
| 04/23 | Adventistgiving. Web Pmts John Stoddart  P9Txnb | | | | 140.00 |
| 04/24 | Card Purchase Sprouts Farmers  5411 Madison      AL 35758 | 8069 | | | 21.79 |
| 04/24 | Card Purchase Vitamin Shoppe  5999 Huntsville  AL 35806 | 8069 | | | 14.80 |
| 04/24 | Card Purchase Hair Queen      5698 Huntsville  AL 35816 | 8069 | | | 25.04 |
| 04/24 | Card Purchase Sq *Steel City  5499 Huntsville  AL 35806 | 8069 | | | 13.65 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**For new purchase or refinance mortgage information, contact your
Mortgage Loan Originator, Amy Osborne, NMLS 546504, at (256)535-6946
or online at www.regionsmortgage.com/amyosborne.**

**For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for  Home Equity loans call 1- 800-231-7493.**



**Thank You For Banking With Regions!**
2019 Regions Bank Member FDIC. All loans subject to credit approval.



HELEN JOYCE POWELL-STODDART
JOHN FITZGERALD STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE# 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

ACCOUNT # ████4384

| | | |
|---|---|---|
| | | 001 |
| Cycle | | 12 |
| Enclosures | | 0 |
| Page | | 2 of 6 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 04/24 | Hsv Draft Dbt  Conc.Debt John Stoddart 211010163946 | 537.49 |
| 04/25 | Card Purchase Kona Grill - Hu  5812 Huntsville  AL 35806  8069 | 14.00 |
| 04/26 | Zelle Debit to Norma  Powell Ref# 911600200IN0 | 100.00 |
| 04/26 | Zelle Debit to Norma  Powell Ref# 91160040Lfpr | 50.00 |
| 04/26 | Card Purchase Lowes #02451*  5200 Owens Cross R AL 35763  8085 | 21.77 |
| 04/26 | Recurring Card Transaction Orc*Cooks Pest  5969 800-2399898  AL 35601  8085 | 51.00 |
| 04/26 | Card Purchase Wpy*Oakwood Adv  8398 855-4693729  CA 94063  8085 | 75.00 |
| 04/26 | Card Purchase IN *Christy Elz  8099 Madison   AL 35758  8069 | 100.00 |
| 04/26 | Card Purchase Sling.Com   4899 888-388-6210  CO 80112  8085 | 15.00 |
| 04/26 | ATM Withdrawal Regions   Redstone Arse Huntsville  AL Rfc01084  8069 | 200.00 |
| 04/26 | PIN Purchase Costco Gas #03  5542 Huntsville  AL | 35.44 |
| 04/29 | Card Purchase Earth Fare #510  5411 Huntsville  AL 35806  8069 | 53.89 |
| 04/29 | Card Purchase Hair Queen   5698 Huntsville  AL 35816  8069 | 21.80 |
| 04/29 | Card Purchase Huntsville Whol  5261 Huntsville  AL 35801  8069 | 70.00 |
| 04/29 | Card Purchase Publix #573   5411 Owens X Rds  AL 35763  8069 | 10.29 |
| 04/29 | Card Purchase Sq *The Market  5499 Owens Cross R AL 35763  8069 | 20.00 |
| 04/29 | Card Purchase Lowes #02451*  5200 Owens Cross R AL 35763  8085 | 63.99 |
| 04/29 | Card Purchase MAPCO 5204   5542 Owens X Rds  AL 35763  8085 | 15.37 |
| 04/30 | PIN Purchase Costco Gas #03  5542 Huntsville  AL   8069 | 30.81 |
| 05/01 | Liberty Mutual  Payment Stoddart John | 313.75 |
| 05/01 | PIN Purchase Publix Super M  5411 Owens Cross Ral   8085 | 8.70 |
| 05/01 | PIN Purchase Costco Gas #03  5542 Huntsville  AL | 53.13 |
| 05/02 | Card Purchase Bj S Restaurant  5812 Huntsville  AL 35806  8085 | 15.85 |
| 05/02 | Card Purchase Johnson Pools A  5996 256-5333118  AL 35805  8085 | 120.00 |
| 05/02 | Card Purchase Jasons Deli - A  5814 Huntsville  AL 35806  8085 | 8.37 |
| 05/02 | Card Purchase Kona Grill - Hu  5812 Huntsville  AL 35806  8069 | 20.80 |
| 05/02 | Card Purchase Lowes #02451*  5200 Owens Cross R AL 35763  8085 | 143.20 |
| 05/02 | Card Purchase Walgreens #1554  5912 Owens X Rds  AL 35763  8069 | 7.95 |
| 05/02 | PIN Purchase Leesmagic Tunn  7542 Huntsville  AL   8085 | 145.00 |
| 05/03 | Zelle Debit to Norma  Powell Ref# 912300108Y8G | 125.00 |
| 05/03 | PIN Purchase Earth Fare #51  5411 Huntsville  AL   8085 | 19.13 |
| 05/06 | Card Purchase Tst* Local Taco  5812 Huntsville  AL 35801  8085 | 13.44 |
| 05/06 | Card Purchase Wholefds Hsv #1  5411 Huntsville  AL 35801  8069 | 11.87 |
| 05/06 | Card Purchase Fast Trac Car W  7542 Owens X Rds  AL 35763  8069 | 9.00 |
| 05/06 | Card Purchase Chick-Fil-A #00  5814 Huntsville  AL 35816  8085 | 2.02 |
| 05/06 | PIN Purchase Raceway6892   5542 Bobby King  AL   8085 | 33.07 |
| 05/06 | PIN Purchase Publix Super M  5411 Huntsville  AL   8085 | 13.59 |
| 05/06 | PIN Purchase Costco Gas #03  5542 Huntsville  AL   8085 | 36.95 |
| 05/06 | PIN Purchase Costco Gas #03  5542 Huntsville  AL   8069 | 30.53 |
| 05/07 | Card Purchase Acellus Academy  8299 816-2293800  MO 64057  8085 | 49.00 |
| 05/07 | Card Purchase Sq *The Corral  5499 Madison   AL 35758  8085 | 1.00 |
| 05/07 | Card Purchase Mercedes Benz O  5511 Huntsville  AL 35806  8085 | 23.98 |
| 05/07 | Card Purchase Costco Whse #03  5300 Huntsville  AL 35801  8069 | 65.12 |
| 05/07 | PIN Purchase Earth Fare #51  5411 Huntsville  AL   8085 | 13.05 |
| 05/07 | PIN Purchase Publix Super M  5411 Owens Cross Ral   8085 | 37.64 |
| 05/08 | Card Purchase Earth Fare #510  5411 Huntsville  AL 35806  8069 | 116.18 |
| 05/08 | Card Purchase Panera Bread #6  5814 Huntsville  AL 35802  8085 | 8.70 |
| 05/08 | Card Purchase Marx-Optical   8043 Huntsville  AL 35802  8085 | 139.52 |
| 05/08 | North American L Insurance John Stoddart | 182.60 |
| 05/08 | North American L Insurance Helen Powell-S | 243.32 |
| 05/09 | Card Purchase Petsense 369 Ha  5995 Owens X Rds  AL 35763  8085 | 64.79 |
| 05/09 | Card Purchase Paypal *Azharma  5999 402-935-7733  CA 95131  8069 | 14.99 |
| 05/09 | Card Purchase Wish.Com   5311 800-266-0172  CA 94111  8069 | 12.96 |
| 05/10 | Zelle Debit to Michelle  Jones Ref# 91300080Llxb | 134.21 |



**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

HELEN JOYCE POWELL-STODDART
JOHN FITZGERALD STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE# 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

ACCOUNT # ████4384

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 05/10 | Zelle Debit to Michelle Jones Ref# 913000107Qy3 | 200.00 |
| 05/10 | Card Purchase Lowes #02451* 5200 Owens Cross R AL 35763 8085 | 122.43 |
| 05/10 | Card Purchase Lowes #02451* 5200 Owens Cross R AL 35763 8085 | 49.14 |
| 05/10 | Adt Security Ser Adtpapach Stoddart, John 32415033 | 53.78 |
| 05/10 | PIN Purchase Wal-Mart #5197 5411 Owens Cross Ral 8085 | 21.21 |
| 05/10 | PIN Purchase Costco Gas #03 5542 Huntsville AL 8069 | 30.96 |
| 05/10 | PIN Purchase Publix Super M 5411 Owens Cross Ral 8085 | 78.17 |
| 05/13 | Card Purchase Chick-Fil-A #03 5814 Owens X Rds AL 35763 8085 | 2.02 |
| 05/13 | Card Purchase Lowes #02451* 5200 Owens Cross R AL 35763 8085 | 36.70 |
| 05/13 | Card Purchase Lowes #02451* 5200 Owens Cross R AL 35763 8085 | 5.43 |
| 05/13 | Card Purchase Lowes #02451* 5200 Owens Cross R AL 35763 8085 | 21.77 |
| 05/13 | Card Purchase Dantera Salon A 7230 Madison AL 35758 8069 | 45.00 |
| 05/13 | Card Purchase Lowes #02451* 5200 Owens Cross R AL 35763 8085 | 19.52 |
| 05/13 | Card Purchase Earth Fare #510 5411 Huntsville AL 35806 8069 | 18.70 |
| 05/13 | Card Purchase Envy Boutique 5621 Huntsville AL 35806 8069 | 15.26 |
| 05/13 | Card Purchase Four Leaves Asi 5812 Huntsville AL 35806 8085 | 65.85 |
| 05/13 | Card Purchase Four Leaves Asi 5812 Huntsville AL 35806 8085 | 10.36 |
| 05/13 | PIN Purchase Publix Super M 5411 Huntsville AL 8085 | 13.53 |
| 05/13 | Card Purchase Sq *Graze Nashv 5812 Nashville TN 37206 8085 | 44.52 |
| 05/13 | Card Purchase Nordstrom Rack 5311 Brentwood TN 37027 8085 | 542.36 |
| 05/13 | Card Purchase Trader Joe S #6 5411 Nashville TN 37215 8069 | 91.63 |
| 05/14 | Card Purchase Cachet Cleaners 7216 Hampton Cove AL 35763 8069 | 5.95 |
| 05/14 | Card Purchase Fade to Grey CO 8043 877-8801881 MO 64015 8085 | 250.00 |
| 05/14 | Card Purchase Chipotle 1796 5814 Owens Cross R AL 35806 8085 | 11.34 |
| 05/14 | Card Purchase Paypal *Renewed 8398 402-935-7733 GA 30088 8085 | 270.00 |
| 05/14 | PIN Purchase Costco Gas #03 5542 Huntsville AL 8069 | 33.96 |
| 05/14 | PIN Purchase Wal-Mart Super 5411 Huntsville AL 8085 | 18.19 |
| 05/15 | Zelle Debit to Norma Powell Ref# 913500700Uv3 | 35.00 |
| 05/15 | PIN Purchase Wm Superc Wal- 5411 Huntsville AL 8085 | 9.78 |
| 05/15 | PIN Purchase Publix Super M 5411 Owens Cross Ral 8085 | 3.80 |
| 05/16 | Card Purchase Paypal *Rangnid 5999 402-935-7733 CA 95131 8069 | 12.69 |
| 05/16 | Card Purchase Marshalls #809 5651 Madison AL 35758 8069 | 161.11 |
| 05/16 | Card Purchase Mail Pro Copy F 7399 Owens Cross R AL 35806 8085 | 16.35 |
| 05/16 | Card Purchase Lowes #02451* 5200 Owens Cross R AL 35763 8085 | 7.17 |
| 05/16 | Card Purchase Uncle Maddio S 5812 Madison AL 35757 8069 | 29.40 |
| 05/16 | PIN Purchase Costco Gas #03 5542 Huntsville AL 8085 | 53.57 |
| 05/16 | PIN Purchase Costco Whse #0 5300 Huntsville AL 8085 | 27.77 |
| 05/17 | Card Purchase Lowes #02451* 5200 Owens Cross R AL 35763 8085 | 58.86 |
| 05/17 | Card Purchase Lowes #02451* 5200 Owens Cross R AL 35763 8085 | 58.86 |
| 05/17 | Card Purchase Los Mariachis 5812 Huntsville AL 35801 8085 | 25.76 |
| 05/17 | Card Purchase IN *Christy Elz 8099 Madison AL 35758 8069 | 100.00 |
| 05/17 | PIN Purchase Publix Super M 5411 Owens Cross Ral 8085 | 23.40 |
| 05/17 | PIN Purchase Costco Gas #03 5542 Huntsville AL 8069 | 27.24 |
| 05/20 | Zelle Debit to Michelle Jones Ref# 914000304Hsr | 500.00 |
| 05/20 | Zelle Debit to Michelle Jones Ref# 914000602Etl | 60.00 |
| 05/20 | Card Purchase Bingham-Lester 8021 Cambrills MD 21054 8085 | 233.99 |
| 05/20 | Card Purchase Lee Smagic Tunn 7542 Huntsville AL 35801 8069 | 37.00 |
| 05/20 | Card Purchase Wholefds Hsv #1 5411 Huntsville AL 35801 8069 | 20.73 |
| 05/20 | Card Purchase Fast Trac Expre 7542 Owens X Rds AL 35763 8085 | 14.00 |
| 05/20 | Card Purchase IN *The Chamele 5970 Huntsville AL 35801 8069 | 10.90 |
| 05/20 | Card Purchase Costco Whse #03 5300 Huntsville AL 35801 8069 | 5.44 |
| 05/20 | Card Purchase Madison Drugs 5912 Huntsville AL 35806 8069 | 124.18 |
| 05/20 | Card Purchase Earth Fare #510 5411 Huntsville AL 35806 8069 | 14.47 |
| 05/20 | Card Purchase Wholefds Hsv #1 5411 Huntsville AL 35801 8085 | 13.93 |


HELEN JOYCE POWELL-STODDART
JOHN FITZGERALD STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE# 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

**ACCOUNT #** ████4384

| | |
|---|---|
| | 001 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 4 of 6 |

## WITHDRAWALS (CONTINUED)

| Date | Description | | Amount |
|---|---|---|---:|
| 05/20 | Card Purchase Walgreens #6430 5912 Huntsville AL 35801 | 8069 | 13.06 |
| 05/20 | Card Purchase Sq *The Market 5499 Owens Cross R AL 35763 | 8069 | 30.00 |
| 05/20 | Card Purchase Premier Parking 7523 Nashville TN 37203 | 8085 | 6.00 |
| 05/20 | Card Purchase BP#8774374MAPCO 5541 Brentwood TN 37027 | 8085 | 1.80 |
| 05/20 | PIN Purchase BP#8774374Mapc 5542 Brentwood TN | 8085 | 38.70 |
| 05/20 | PIN Purchase Publix Super M 5411 Owens Cross Ral | 8085 | 10.25 |
| 05/20 | Madison Academy Facts John Stoddart 000000085001153 | | 777.00 |
| 05/20 | PIN Purchase Publix Super M 5411 Owens Cross Ral | | 18.82 |
| 05/20 | PIN Purchase Costco Gas #03 5542 Huntsville AL | 8069 | 33.06 |
| 05/21 | Card Purchase Burkes Out(800- 5310 Huntsville AL 35806 | 8069 | 37.04 |
| 05/21 | Card Purchase Burkes Out(800- 5310 Huntsville AL 35806 | 8069 | 138.84 |
| 05/21 | Card Purchase Costco Whse #03 5300 Huntsville AL 35801 | 8069 | 6.52 |
| 05/21 | PIN Purchase Publix Super M 5411 Owens Cross Ral | 8085 | 18.39 |
| 05/22 | Card Purchase Mei Wei Asian C 5812 Huntsville AL 35801 | 8085 | 10.58 |
| 05/22 | Card Purchase Sq *Nazree S 5399 Atlanta GA 30331 | 8069 | 76.68 |
| 05/22 | PIN Purchase Wholefds Hsv # 5411 Huntsville AL | 8085 | 23.62 |
| | | **Total Withdrawals** | **$8,943.08** |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | | Date | Check No. | Amount |
|---|---|---:|---|---|---|---:|
| 04/30 | 1013 | 2,241.50 | | 05/14 | 995004 * | 355.00 |
| 05/14 | 1017 * | 500.00 | | | | |
| | | | | | **Total Checks** | **$3,096.50** |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | | Date | Balance | | Date | Balance |
|---|---:|---|---|---:|---|---|---:|
| 04/23 | 5,933.32 | | 05/03 | 3,066.45 | | 05/14 | 4,673.63 |
| 04/24 | 5,320.55 | | 05/06 | 2,915.98 | | 05/15 | 4,625.05 |
| 04/25 | 5,306.55 | | 05/07 | 7,826.19 | | 05/16 | 4,922.56 |
| 04/26 | 5,197.73 | | 05/08 | 7,675.26 | | 05/17 | 4,628.44 |
| 04/29 | 4,942.39 | | 05/09 | 7,582.52 | | 05/20 | 4,050.36 |
| 04/30 | 4,047.33 | | 05/10 | 7,001.58 | | 05/21 | 3,849.57 |
| 05/01 | 3,671.75 | | 05/13 | 6,118.07 | | 05/22 | 3,738.69 |
| 05/02 | 3,210.58 | | | | | | |



**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

HELEN JOYCE POWELL-STODDART
JOHN FITZGERALD STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE# 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

YOU MAY RECEIVE AUTOMATED ALERTS ABOUT
UNUSUAL OR SUSPICIOUS ACTIVITY ON YOUR
REGIONS VISA CHECKCARD, ATM CARD, CREDIT
CARD, NOW CARD AND HOME EQUITY LINE
OF CREDIT ACCESS PLATINUM CARD. WE MAY
TEXT, EMAIL AND/OR CALL TO NOTIFY YOU OF
A SUSPICIOUS CARD TRANSACTION AND YOU
CAN RESPOND TO CONFIRM WHETHER YOU
AUTHORIZED THE TRANSACTION. LEARN
MORE AT REGIONS.COM/CARDALERTS.

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

|     |                                                                          | Checking Account |
| --- | ------------------------------------------------------------------------ | ---------------- |
| 1.  | Write here the amount shown on statement for **ENDING BALANCE**          | $                |
| 2.  | Enter any deposits which have not been credited on this statement.       | $ +              |
| 3.  | Total lines 1 & 2                                                        | $ =              |
| 4.  | Enter total from 4a (column on right side of page)                      | $ -              |
| 5.  | Subtract line 4 from line 3. This should be your checkbook balance.      | $ =              |

| Check No. | Amount |   |
| --------- | ------ | - |
|           | $      |   |
|           | $      |   |
|           | $      |   |
|           | $      |   |
|           | $      |   |
|           | $      |   |
|           | $      |   |
|           | $      |   |
|           | $      |   |
|           | $      |   |
|           | $      |   |
|           | $      |   |
|           | $      |   |
| Total Enter in Line 4 at Left |  |  |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
  (1) Tell us your name and account number.
  (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| --- | --- | --- | --- | --- |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

Business Advantage

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖱 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

JOHN STODDART
T/A URBAN JUNCTION EAST
3127 HADDONSTONE DR SE
OWENS CROSS ROADS, AL  35763-8435

## Your Business Fundamentals Checking

for May 1, 2019 to May 31, 2019

Account number: ▮▮▮▮ 5058

**JOHN STODDART      T/A URBAN JUNCTION EAST**

## Account summary

| | |
|---|---:|
| Beginning balance on May 1, 2019 | $7,582.06 |
| Deposits and other credits | 349.52 |
| Withdrawals and other debits | -1,036.34 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on May 31, 2019** | **$6,895.24** |

# of deposits/credits: 2

# of withdrawals/debits: 18

# of items-previous cycle[1]: 1

# of days in cycle: 31

Average ledger balance: $7,470.42

[1]Includes checks paid,deposited items&other debits

Bank of America **Business Advantage**

## What's on your mind?

Business owners like you can join the Bank of America® Advisory Panel to help us understand what you like and don't like.
Enter code **SBDD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-01-19-2128.D1 | ARG377KX

PULL: E   CYCLE: 51   SPEC: E   DELIVERY: E   TYPE:     IMAGE: B   BC: MD

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  – Tell us your name and account number.
  – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

 **Bank of America, N.A. Member FDIC and** **Equal Housing Lender**

# Bank of America 🇺🇸

JOHN STODDART   |   Account # ███████ 5058   |   May 1, 2019 to May 31, 2019

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 05/13/19 | WARNER MUSIC INC DES:2001639583 ID:2001639583 INDN:JOHN STODDART      CO ID:8133565869 CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.  CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 9.47 |
| 05/16/19 | BKOFAMERICA MOBILE 05/16 3631272832 DEPOSIT           *MOBILE     MD | 340.05 |
| **Total deposits and other credits** | | **$349.52** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| | Card account # XXXX XXXX XXXX 2907 | |
| 05/02/19 | MOBILE PURCHASE 0430  MONACO PICTURES 1131 HUNTSVILLE   AL | -21.80 |
| 05/02/19 | CHECKCARD  0501 GOOGLE *GSUITE_johnsto cc@google.comCA 24692169121100163243056 CKCD 7311 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -5.86 |
| 05/06/19 | CHECKCARD  0503 AMZN MKTP US*MN1WO7CW1 AMZN.COM/BILLWA 2443106912308322035991 CKCD 5942 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -10.12 |
| 05/06/19 | CHECKCARD  0505 APL* ITUNES.COM/BILL 866-712-7753 CA 24692169125100765410646 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -8.71 |
| 05/08/19 | CHECKCARD  0508 AMZN Mktp US*MN8YX3NM1 Amzn.com/billWA 24692169128100023349286 CKCD 5942 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -15.11 |
| 05/09/19 | CHECKCARD  0508 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169128100345630967 RECURRING CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -4.35 |
| 05/09/19 | CHECKCARD  0508 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169128100345442298 RECURRING CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -24.99 |
| 05/13/19 | CHECKCARD  0510 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169130100649729719 RECURRING CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -14.99 |
| 05/14/19 | CHECKCARD  0512 LALIBELA ETHIOPIAN REST DALLAS       TX 2420785913331690023579 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -17.06 |
| 05/16/19 | CHECKCARD  0512 Wix.Com, Inc. 415-6399034  CA 2448347913500063184832 CKCD 5734 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -168.00 |
| 05/21/19 | CHECKCARD  0520 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169140100182600069 RECURRING CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -9.99 |
| 05/21/19 | MOBILE PURCHASE 0521  COMCAST 800-266-2278 GA | -89.95 |

*continued on the next page*

Bank of America **Business Advantage**

## Thank you for your business

We're committed to finding the smartest path to long-term growth for your business.

Our Small Business Specialists will work with you to help strengthen your business and plan for the future.

Please visit **bankofamerica.com/SmallBusiness** to learn more.

AR7RN9G|SSM-01-19-2811.B

# Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 05/24/19 | CHECKCARD  0523 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169143100091325516 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -6.53 |
| 05/28/19 | CHECKCARD  0526 XERO US INV-2011348 HTTPSWWW.XEROCA 24492159146637504306369 RECURRING CKCD 5734 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -30.00 |
| 05/28/19 | CHECKCARD  0526 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169146100988206628 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -9.99 |
| 05/28/19 | CHECKCARD  0526 AT&T*BILL PAYMENT 800-331-0500 TX 24493989146083027608172 RECURRING CKCD 4814 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -336.34 |
| 05/29/19 | CHECKCARD  0528 CANTINA LAREDO 190 HUNTSVILLE  AL 24692169149100230352417 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -27.98 |
| 05/29/19 | CHECKCARD  0528 ATT*BILL PAYMENT 800-288-2020 TX 24692169148100991349363 RECURRING CKCD 4899 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -234.57 |
| **Subtotal for card account # XXXX XXXX XXXX 2907** | | **-$1,036.34** |
| **Total withdrawals and other debits** | | **-$1,036.34** |

# Service fees

The Monthly Fee on your Business Fundamentals Checking account was waived for the statement period ending 04/30/19. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ✓ $250+ in new net purchases on a linked Business debit card
- ○ $250+ in new net purchases on a linked Business credit card
- ✓ $3,000+ minimum daily balance in primary checking account
- ✓ $5,000+ average monthly balance in primary checking account
- ○ $15,000+ combined average monthly balance in linked business accounts
- ○ enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

# Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 05/01 | 7,582.06 | 05/09 | 7,491.12 | 05/21 | 7,540.65 |
| 05/02 | 7,554.40 | 05/13 | 7,485.60 | 05/24 | 7,534.12 |
| 05/06 | 7,535.57 | 05/14 | 7,468.54 | 05/28 | 7,157.79 |
| 05/08 | 7,520.46 | 05/16 | 7,640.59 | 05/29 | 6,895.24 |

Case 19-80272-TOM11    Doc 80    Filed 06/05/19    Entered 06/05/19 16:42:27    Desc Main
Document      Page 18 of 18