# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN STODDART and | ) | Case No.: 19-80272-TOM-11 |
| HELEN POWELL-STODDART | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | |

## ORDER ON MOTION FOR AUTHORITY TO SELL

This matter came before the Court for hearing upon the Debtors' Motion for Authority to Sell Assets Free and Clear of Liens and Notice of Sale and Deadline for Submitting Objections filed on May 16, 2019 [Doc. 63] (the "Motion"). After proper notice, a hearing was held on June 12, 2019, whereupon Tazewell T. Shepard appeared on behalf of the Debtors and Jon A. Dudeck appeared on behalf of the Bankruptcy Administrator.

The Debtors sought authority in the Motion to sell their primary residence located at 3127 Haddonstone Drive SE, Owens Cross Roads, AL 35763 (the "Property") to Cliff White, or Assigns (the "Buyer") free and clear of all liens and encumbrances for a total purchase price of $950,000.00. The Motion's Certificate of Service indicates that the Debtors served a copy of the Motion on the Clerk's Bankruptcy Matrix, the Office of the Bankruptcy Administrator, the Buyer, and the Buyers' real estate agent. Per their filed proofs of claim, mortgage holders IberiaBank's and Compass Bank's addresses for service of notice are included on the Clerk's Bankruptcy Matrix.

Upon due consideration by the Court, and with no objections having been filed, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the Debtors' Motion for Authority to Sell Assets Free and Clear of Liens and Notice of Sale and Deadline for Submitting Objections is hereby **GRANTED**;

Pursuant to 11 U.S.C. § 363(f), the Property shall be sold and transferred to the Buyer free and clear and clear of all liens, security interests, or other encumbrances of any kind with all such liens, security interests, or other encumbrances attaching to the proceeds of sale to the same extent and in the same order of propriety as each such interest now attaches to or otherwise affects the Property;

The Buyer's real estate closing attorney is hereby authorized to use the cash proceeds from the sale of the Property to pay **any required Seller paid items as per the cash sales contract,** any applicable liens, security interests, or other encumbrances on the Property in their order of priority; and

The Debtors and the Buyer are authorized and directed to take all necessary actions to consummate the transaction contemplated by the Motion and execute all documents or instruments necessary to implement this Order.

Dated this the 14th day of June 2019.

                                             */s/ Tamara O. Mitchell*
                                             Tamara O. Mitchell
                                             United States Bankruptcy Judge

Prepared by:                                  Approved by:
Tazewell T. Shepard IV                Jon A. Dudeck
Attorney for Debtor                    Attorney for the Bankruptcy Administrator