# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: John & Helen Stoddart     CASE NO. : 19-80272     MONTH ENDING: 6-30-19

Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month

## INDIVIDUAL DEBTOR'S AFFIRMATIONS

YES ☑ NO ☐  All post petition individual taxes have been paid and the deposit slips are attached.

If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

2. YES ☑ NO ☐  Adequate insurance on all assets/property including fire, theft, liability, collision and casualty is currently in full force and effect.

If no, enter:     TYPE(S) _____ not in force.

List **All** Bank Accounts

| Bank | Account No. | Type of Acct. | Balance |
|---|---|---|---|
| 1. Regions | ████████4597 | Checking | $ 2.626.41 |
| 2. Regions | ████████4384 | Savings | $ 14.261.33 |
| 3. Bank of America | ████████5058 | Checking | $ 5.428.78 |

4. YES ☑ NO ☐  Copies of all banks statements and reconciliations are attached.

5. YES ☑ NO ☐  I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES ☑ NO ☐  All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

7. YES ☐ NO ☐  I have attached a list of all post petition creditors that have been incurred since the filing of this case but that have not been paid, including Court approved professional (attorney, accountant, etc.) fees.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _____5/5/2019_____
PHONE ___(301) 254-5455___

John Stoddart
RESPONSIBLE PARTY

Bankruptcy Administrator Form Individual BA-01

CASE NAME: John & Helen Stoddart    CASE NO. : 19-80272    MONTH ENDING: 6-30-19

## Individual Debtor's Cash Receipts and Disbursement *BA-02*

| | | |
|---|---|---|
| Receipts/Income  (GROSS) —Salary | $ | 4,925.00 |
| Alimony, Maintenance, Support received | | |
| Other Income | | |
| Interest | | |
| Sale/rent of real estate or personal property | | |
| Social Security | | |
| Monthly Dividend Disbursement (May & June) | | |
| Other (specify) Business Income | $ | 2,052.95 |
| **TOTAL RECEIPTS/INCOME** | $ | 6,977.95 |
| | | |
| DISBURSEMENTS/EXPENSES (*INCLUDE EMPLOYER DEDUCTIONS*) | | |
| Food | $ | 480.19 |
| Home Expenses | | |
| Rent or Home Loan | | |
| Real Estate Tax | | |
| Gas | | |
| Water | | |
| Telephone | | |
| Other Utilities(specify)  Electric, Propane & Water | $ | 1,235.72 |
| Home Maintenance (repairs and upkeep)Includes insurance Repairs | $ | 112.61 |
| Insurance Payments | | |
| Life | $ | 425.92 |
| Health | $ | |
| Auto | $ | |
| Home owners or renters | | |
| Other (specify)_____ | | |
| Installments Loan Payments | | |
| Auto Loan | $ | 463.60 |
| Other loans (specify)_____ | | |
| Taxes withheld or Quarterly Income Taxes | $ | 892.35 |
| School or Day Care Expense | $ | 986.00 |
| Laundry and Dry Cleaning | $ | 12.08 |
| Other Personal (see attached) | $ | 3,454.94 |
| Total Business Expenses (see attached) | $ | 801.77 |
| **TOTAL ALL DISBURSEMENTS/EXPENDITURES** | $ | 8,865.18 |
| **TOTAL INCOME LESS TOTAL EXPENDITURES** | $ | -1,887.23 |

Beginning Cash Balance $ 28,571.90      Ending Cash Balance $ 22,316.52

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY
KNOWLEDGE AND BELIEF.

Date 6-10-2019

_____
RESPONSIBLE PARTY

# Stoddart Home Additional Expenses

**Urban Junction East Music**
**For the month ended June 30, 2019**

| | JUN 2019 |
|---|---|
| **Income** | |
| Salary Income | 4,425.00 |
| Uncategorized Income | 500.00 |
| **Total Income** | **4,925.00** |
| | |
| **Gross Profit** | **4,925.00** |
| | |
| **Expenses Already Reported** | |
| Groceries | 480.19 |
| Utilities | 1,235.72 |
| Home Repairs & Maintenance | 112.61 |
| Life Insurance | 425.92 |
| Car Payment | 463.60 |
| Education | 986.00 |
| Laundry & Uniform | 12.08 |
| Taxes | 892.35 |
| **Total Expenses Already Reported** | **4,608.47** |
| | |
| **Operating Expenses** | |
| Charitable Contributions | 380.00 |
| | |
| **Auto Expenses** | |
| Auto Repairs & Maintenance | 644.75 |
| Gas | 428.49 |
| **Total Auto Expenses** | **1,073.24** |
| | |
| **Business Expenses** | |
| Dues & Subscriptions | 8.71 |
| Meals & Entertainment | 334.42 |
| Postage & Delivery | 14.07 |
| **Total Business Expenses** | **357.20** |
| | |
| **Home Expenses** | |
| Lawn | 355.00 |
| Pet Expenses | 53.94 |
| Pool | 514.30 |
| **Total Home Expenses** | **923.24** |
| | |
| **Household Expenses** | |
| Clothing | 480.28 |
| Gifts | 533.80 |
| Other Household Shopping | 97.42 |

|  | JUN 2019 |
|---|---|
| Personal Care | 495.65 |
| **Total Household Expenses** | **1,607.15** |
|  |  |
| Medical Expenses |  |
| Doctor & Dentist | 546.32 |
| Pharmacy | 42.41 |
| **Total Medical Expenses** | **588.73** |
|  |  |
| **Total Operating Expenses** | **4,929.56** |
| **Operating Income** | **(4.56)** |
| **Net Income** | **(4.56)** |

# UJE Music Business Expenses

**Urban Junction East Music**
**For the month ended June 30, 2019**

| | JUN 2019 |
|---|---:|
| **Income** | |
| Production Income | 750.00 |
| Residual Income | 902.95 |
| Sales | 400.00 |
| **Total Income** | **2,052.95** |
| **Gross Profit** | **2,052.95** |
| **Expenses Already Reported** | |
| Laundry & Uniform | 64.10 |
| **Total Expenses Already Reported** | **64.10** |
| **Operating Expenses** | |
| **Business Expenses** | |
| Dues & Subscriptions | 169.96 |
| Internet | 531.29 |
| Meals & Entertainment | 345.15 |
| Office Expense | 9.69 |
| Research Expense | 35.34 |
| Studio Supplies | 399.00 |
| Travel | 190.88 |
| **Total Business Expenses** | **1,681.31** |
| **Total Operating Expenses** | **1,681.31** |
| **Operating Income** | **371.64** |
| **Net Income** | **371.64** |



**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

JOHN FITZGERALD STODDART
HELEN JOYCE POWELL-STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE # 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

## MONEY MARKET
May 23, 2019 through June 20, 2019

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | $14,261.22 | Minimum Balance | | $14,261 |
| Deposits & Credits | $0.00 + | Average Balance | | $14,261 |
| Net Interest Earned | $0.11 + | Annual Percentage Yield Earned | | 0.01 % |
| Withdrawals | $0.00 − | Interest This Period | | $0.11 |
| Fees | $0.00 − | Average Collected Balance | | $14,261.22 |
| Automatic Transfers | $0.00 + | 2019 YTD Interest | | $0.56 |
| Checks | $0.00 − | | | |
| **Ending Balance** | $14,261.33 | | | |

### INTEREST

| | | 0.11 |
|---|---|---|
| 06/20 | Interest Payment | |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

### DAILY BALANCE SUMMARY

| Date | Balance |
|---|---|
| 06/20 | 14,261.33 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**



**Thank You For Banking With Regions!**
2019 Regions Bank Member FDIC. All loans subject to credit approval.

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for  further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |


**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

HELEN JOYCE POWELL-STODDART
JOHN FITZGERALD STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE# 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

**ACCOUNT #** ████4384

|  |  |
|---|---|
| | 001 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 1 of 5 |

## LIFEGREEN CHECKING
May 23, 2019 through June 20, 2019

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $3,738.69 | Minimum Balance | $1,170 |
| Deposits & Credits | $8,734.95 + | Average Balance | $4,255 |
| Withdrawals | $7,986.76 − | | |
| Fees | $0.03 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $1,070.00 − | | |
| Ending Balance | $3,416.85 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 05/29 | Card Credit Paypal *Yangqin 5699 4029357733 8069 | 1.04 |
| 05/29 | Card Credit Paypal *Hefeiba 5699 402-935-7733 CA 95131 8069 | 1.72 |
| 05/29 | Card Credit Earth Fare #510 5411 Huntsville AL 35806 8069 | 4.36 |
| 05/29 | Card Credit Earth Fare #510 5411 Huntsville AL 35806 8069 | 9.80 |
| 05/29 | Card Credit Paypal *Ifavor1 5999 402-935-7733 CA 95131 8069 | 13.46 |
| 05/29 | Card Credit Mercedes Benz O 5511 Huntsville AL 35806 8085 | 23.98 |
| 05/31 | Oakwood Universi Payroll John Stoddart | 1,377.25 |
| 05/31 | Madison Surgery Payroll Powell-Stoddar | 5,100.00 |
| 06/05 | Mobile Deposit-Avail Tonight | 500.00 |
| 06/06 | Candied Yam Tour 1v9q John Stoddart | 529.41 |
| 06/20 | Candied Yam Tour 1v9q John Stoddart | 1,173.93 |
| | Total Deposits & Credits | $8,734.95 |

### WITHDRAWALS

| | | |
|---|---|---|
| 05/23 | Card Purchase Autozone #4983 5533 Owens X Rds AL 35763 8085 | 9.58 |
| 05/24 | Card Purchase Tst* Farm Burge 5812 Huntsville AL 35801 8085 | 2.72 |
| 05/24 | Card Purchase Cke*ruchi Resta 5812 Huntsville AL 35802 8085 | 30.04 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)

For new purchase or refinance mortgage information, contact your
Mortgage Loan Originator, Amy Osborne, NMLS 546504, at (256)535-6946
or online at www.regionsmortgage.com/amyosborne.

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for  Home Equity loans call 1-800-231-7493.


**Thank You For Banking With Regions!**
2019 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

HELEN JOYCE POWELL-STODDART
JOHN FITZGERALD STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE# 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 05/24 | Card Purchase Grille 29 Hunts  5812 Huntsville   AL 35806   8085 | 70.95 |
| 05/24 | Card Purchase Cvs/Pharmacy #0  5912 Huntsville   AL 35806   8085 | 6.53 |
| 05/24 | Suntrust Cls   Suntrustsp John Stoddart  1240000012403537 | 463.60 |
| 05/24 | PIN Purchase Costco Gas #03  5542 Huntsville   AL    8085 | 28.80 |
| 05/24 | PIN Purchase H&m0273       5651 Huntsville   AL    8085 | 93.68 |
| 05/24 | PIN Purchase Costco Gas #03  5542 Huntsville   AL 8069 | 40.93 |
| 05/24 | PIN Purchase Publix Super M  5411 Huntsville   AL    8085 | 37.53 |
| 05/28 | Card Purchase Chipotle 1796  5814 Huntsville   AL 35806   8085 | 24.09 |
| 05/28 | Card Purchase Monaco Pictures  7832 Huntsville   AL 35806   8085 | 22.88 |
| 05/28 | Card Purchase H&m0273      5651 Huntsville   AL 35806   8085 | 5.44 |
| 05/28 | Card Purchase Sq *The Pretzel  5462 Huntsville   AL 35806   8085 | 8.72 |
| 05/28 | Card Purchase Maggie Moos Ice  5499 Huntsville   AL 35806   8085 | 5.44 |
| 05/28 | Card Purchase Costco Whse #03  5300 Huntsville   AL 35801   8069 | 92.01 |
| 05/28 | Card Purchase Costco Whse #03  5300 Huntsville   AL 35801   8069 | 5.44 |
| 05/28 | Card Purchase Publix #1629    5411 Huntsville   AL 35824   8069 | 21.54 |
| 05/28 | Card Purchase Lowes #02451*   5200 Owens Cross R AL 35763   8085 | 21.77 |
| 05/28 | Recurring Card Transaction Sling.Com    4899 888-388-6210  CO 80112   8085 | 15.00 |
| 05/28 | Card Purchase Earth Fare #510  5411 Huntsville   AL 35806   8069 | 10.88 |
| 05/28 | Card Purchase Earth Fare #510  5411 Huntsville   AL 35806   8085 | 16.32 |
| 05/28 | Card Purchase Earth Fare #510  5111 Huntsville   AL 35806   8085 | 9.80 |
| 05/28 | PIN Purchase Publix Super M  5411 Owens Cross Ral    8085 | 9.03 |
| 05/28 | Hsv Draft Dbt    Conc.Debt John Stoddart  211010163946 | 447.71 |
| 05/28 | PIN Purchase USPS PO 014243  9402 Huntsville   AL    8085 | 7.35 |
| 05/28 | PIN Purchase Publix Super M  5411 Owens Cross Ral    8085 | 25.07 |
| 05/29 | Card Purchase Paypal *Hefeiba  5699 402-935-7733  CA 95131   8069 | 1.72 |
| 05/29 | Card Purchase Paypal *Wuqingx  5699 402-935-7733  CA 95131   8069 | 15.99 |
| 05/29 | Card Purchase Paypal *Huanjia  5331 402-935-7733  CA 95131   8069 | 5.70 |
| 05/29 | Card Purchase Paypal *Yangqin  5699 4029357733    8069 | 1.04 |
| 05/29 | Card Purchase Paypal *Ifavor1  5999 402-935-7733  CA 95131   8069 | 13.46 |
| 05/29 | Card Purchase Paypal *WhATMea  5999 402-935-7733  CA 95131   8069 | 3.29 |
| 05/29 | PIN Purchase Costco Gas #03  5542 Huntsville   AL    8069 | 48.80 |
| 05/29 | Nelnet      Conv Fee John Stoddart | 0.85 |
| 05/29 | Madison Academy  Schoolpymt John Stoddart | 84.25 |
| 05/30 | Card Purchase Lowes #02451*   5200 Owens Cross R AL 35763   8085 | 38.26 |
| 05/30 | Card Purchase Lowes #02451*   5200 Owens Cross R AL 35763   8085 | 32.57 |
| 05/30 | Card Purchase Paypal *Zhongzh  5999 402-935-7733  CA 95131   8069 | 13.99 |
| 05/30 | Card Purchase Sq *Steel City  5499 Huntsville   AL 35806   8085 | 7.83 |
| 05/30 | Liberty Mutual   Payment Stoddart John | 313.75 |
| 05/30 | PIN Purchase Publix Super M  5411 Owens Cross Ral    8085 | 17.99 |
| 05/31 | Card Purchase Barnes & Noble  5942 Huntsville   AL 35806   8085 | 8.67 |
| 05/31 | Card Purchase Paypal *Kryptov  5331 402-935-7733  CA 95131   8069 | 10.99 |
| 05/31 | Card Purchase Target      0 5411 Huntsville   AL 35806   8085 | 26.45 |
| 05/31 | Card Purchase Target      0 5411 Huntsville   AL 35806   8085 | 1.95 |
| 05/31 | Card Purchase Los Mariachis  5812 Huntsville   AL 35801   8085 | 8.56 |
| 05/31 | PIN Purchase Costco Gas #03  5542 Huntsville   AL    8085 | 32.73 |
| 05/31 | PIN Purchase Publix Super M  5411 Owens Cross Ral    8085 | 9.25 |
| 05/31 | PIN Purchase Raceway6892   5542 Bobby King   AL 8069 | 33.89 |
| 06/03 | Card Purchase Solid Gold Beau  5977 Huntsville   AL 35816   8085 | 21.75 |
| 06/03 | Recurring Card Transaction Orc*cooks Pest  5969 800-2399898  AL 35601   8085 | 51.00 |
| 06/03 | Card Purchase Johnson Pools A  5996 256-5333118  AL 35805   8085 | 514.30 |
| 06/03 | Card Purchase Earth Fare #510  5411 Huntsville   AL 35806   8085 | 10.88 |
| 06/03 | Card Purchase Fast Trac Expre  7542 Owens X Rds  AL 35763   8085 | 14.00 |
| 06/03 | Card Purchase Paypal *Renewed  8398 402-935-7733  GA 30088   8085 | 260.00 |
| 06/03 | PIN Purchase Costco Gas #03  5542 South Memphistn    8085 | 26.26 |


HELEN JOYCE POWELL-STODDART
JOHN FITZGERALD STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE# 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

**ACCOUNT #** ████4384

| | |
|---|---|
| | 001 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 3 of 5 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 06/03 | Adventistgiving. Web Pmts John Stoddart Kh3Itb | 700.00 |
| 06/03 | PIN Purchase Costco Gas #03  5542 Huntsville  AL      8085 | 26.32 |
| 06/04 | Card Purchase Acellus Academy  8299 816-2293800  MO 64057  8085 | 49.00 |
| 06/04 | Card Purchase Fast Trac Expre  7542 Owens X Rds  AL 35763  8085 | 14.00 |
| 06/05 | Card Purchase Burkes Out(800-  £310 Huntsville  AL 35806  8069 | 104.25 |
| 06/05 | Card Purchase Publix #598    5411 Madison    AL 35758  8069 | 31.61 |
| 06/05 | PIN Purchase 0316 Forever 2  5621 Huntsville  AL      8085 | 57.44 |
| 06/06 | Card Purchase Mei Wei Asian B  5812 Huntsville  AL 35806  8085 | 19.79 |
| 06/06 | Card Purchase Wilson Cleaners  7216 Owens Cross R AL 35763  8069 | 12.08 |
| 06/06 | Card Purchase Sq *Metropolita  8011 877-417-4551  MD 20770  8085 | 100.89 |
| 06/06 | Card Purchase Walgreens #1554  5912 Owens X Rds  AL 35763  8069 | 15.89 |
| 06/06 | North American L Insurance John Stoddart | 182.60 |
| 06/06 | North American L Insurance Helen Powell-S | 243.32 |
| 06/06 | PIN Purchase Publix Super M  5411 Owens Cross Ral      8085 | 3.80 |
| 06/07 | Card Purchase Carrabbas 6204  5812 Huntsville  AL 35801  8085 | 16.53 |
| 06/07 | Card Purchase Lowes #02451*   5200 Owens Cross R AL 35763  8069 | 9.33 |
| 06/07 | Card Purchase MAPCO 5204    5542 Owens X Rds  AL 35763  8085 | 14.86 |
| 06/07 | PIN Purchase Wholefds Hsv #  5411 Huntsville  AL      8085 | 13.61 |
| 06/10 | Card Purchase Old Navy US 503  5651 Huntsville  AL 35806  8085 | 4.35 |
| 06/10 | Card Purchase Golden Krust    5814 Snellville  GA 30078  8069 | 11.53 |
| 06/10 | Card Purchase Red Robin No 55  5812 Huntsville  AL 35806  8085 | 15.30 |
| 06/10 | Card Purchase Red Robin No 55  5812 Huntsville  AL 35806  8085 | 14.84 |
| 06/10 | Card Purchase Necessities    5699 Snellville  GA 30078  8069 | 211.79 |
| 06/10 | Card Purchase Nails For You   7230 Huntsville  AL 35801  8085 | 70.00 |
| 06/10 | PIN Purchase Costco Gas #03  5542 Huntsville  AL      8085 | 46.93 |
| 06/10 | PIN Purchase The Home Depot  5200 Huntsville  AL      8085 | 5.14 |
| 06/10 | PIN Purchase Quiktrip    5542 Snellville  GA      8069 | 34.62 |
| 06/10 | Card Purchase Vegreen Vegtari  5812 Duluth    GA 30096  8069 | 30.64 |
| 06/10 | Card Purchase Cke*ruchi Resta  5812 Huntsville  AL 35802  8085 | 17.16 |
| 06/10 | PIN Purchase Hair Queen    5698 Huntsville  AL      8069 | 50.63 |
| 06/10 | PIN Purchase Costco Gas #03  5542 Huntsville  AL      8085 | 30.25 |
| 06/10 | Adt Security Ser Adtpapach Stodd.irt, John 32415033 | 53.78 |
| 06/11 | Card Purchase Mango S Caribbe  5812 724-2831878  AL 35816  8085 | 33.19 |
| 06/11 | Card Purchase New York & Comp  5621 Huntsville  AL 35806  8069 | 81.68 |
| 06/11 | Card Purchase Felt App    7372 8665085543  CO 81435  8085 | 36.00 |
| 06/11 | Adventistgiving. Web Pmts John Stoddart D0dvvb | 120.00 |
| 06/11 | PIN Purchase Costco Gas #03  5542 Huntsville  AL      8069 | 34.01 |
| 06/12 | Card Purchase Dantera Salon A  7230 Madison    AL 35758  8069 | 45.00 |
| 06/13 | Card Purchase Bingham-Lester  8021 Cambrills  MD 21054  8085 | 436.00 |
| 06/13 | Card Purchase Hair Queen    5698 Huntsville  AL 35816  8069 | 9.36 |
| 06/13 | PIN Purchase Mac ST 2743    5699 Atlanta    GA      8069 | 37.98 |
| 06/13 | PIN Purchase Costco Gas #03  5542 Huntsville  AL      8085 | 27.56 |
| 06/13 | PIN Purchase Costco Whse #0  5300 Huntsville  AL      8085 | 135.54 |
| 06/14 | Card Purchase Solid Gold Beau  5977 Huntsville  AL 35810  8069 | 30.44 |
| 06/14 | Card Purchase Marshalls #809  5651 Madison  AL 35758  8069 | 52.30 |
| 06/14 | Card Purchase The Juicery Pre  5812 Madison  AL 35758  8069 | 12.43 |
| 06/14 | Card Purchase Chipotle 1796  5814 Huntsville  AL 35806  8085 | 9.10 |
| 06/14 | PIN Purchase USPS PO 014246  9402 Huntsville  AL      8085 | 7.35 |
| 06/14 | PIN Purchase Target T- 6275  5411 Huntsville  AL      8085 | 9.45 |
| 06/17 | Card Purchase Papa Gyros    5812 Huntsville  AL 35816  8085 | 18.64 |
| 06/17 | Card Purchase Publix #573    5411 Owens X Rds  AL 35763  8069 | 64.11 |
| 06/17 | Card Purchase Dfw Airport    5441 Chicago    IL 60611  8085 | 6.87 |
| 06/17 | PIN Purchase Costco Gas #03  5542 Huntsville  AL      8085 | 28.37 |
| 06/18 | Card Purchase Fast Trac Expre  7542 Owens X Rds  AL 35763  8069 | 9.00 |

 **REGIONS**

**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

HELEN JOYCE POWELL-STODDART
JOHN FITZGERALD STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE# 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

## WITHDRAWALS (CONTINUED)

| Date | Description | | Amount |
|---|---|---|---|
| 06/18 | Card Purchase Paypal *Techgoo  5331 402-935-7733  CA 95131 | 8069 | 23.99 |
| 06/18 | Card Purchase Dfw Airport     5441 Chicago      IL 60611 | 8085 | 10.93 |
| 06/18 | PIN Purchase Publix Super M  5411 Owens Cross Ral | 8085 | 4.46 |
| 06/18 | Suntrust Bk Loan Online Pmt Stoddart,John  Ckf920729649pos | | 463.60 |
| 06/18 | PIN Purchase Chevron/Ardmor  5542 Ardmore      TN | 8085 | 26.33 |
| 06/19 | Card Purchase Nashville Zoo,  8699 6158331534  TN 37211 | 8085 | 41.00 |
| 06/19 | PIN Purchase Earth Fare #51  5411 Huntsville  AL | 8085 | 8.70 |
| 06/19 | PIN Purchase Earth Fare #51  5411 Huntsville  AL | 8085 | 4.35 |
| 06/19 | PIN Purchase USPS PO 014243  9402 Huntsville  AL | 8085 | 6.72 |
| 06/20 | Madison Academy  Facts John Stoddart  000000086295950 | | 777.00 |

Total Withdrawals  **$7,986.76**

## FEES

| Date | Description | Amount |
|---|---|---|
| 05/29 | International Service Assessment Paypal *Yangqin | 0.03 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 06/04 | 1014 | 100.00 | 06/03 | 1021 | 250.00 |
| 05/28 | 1016 * | 100.00 | 05/31 | 1022 | 100.00 |
| 06/05 | 1018 * | 50.00 | 06/10 | 1023 | 40.00 |
| 06/04 | 1019 | 40.00 | 05/28 | 1024 | 100.00 |
| 05/29 | 1020 | 40.00 | 05/30 | 1025 | 250.00 |
| | | | | Total Checks | $1,070.00 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/23 | 3,729.11 | 06/04 | 5,337.93 | 06/13 | 3,858.06 |
| 05/24 | 2,954.33 | 06/05 | 5,594.63 | 06/14 | 3,736.99 |
| 05/28 | 2,005.84 | 06/06 | 5,545.67 | 06/17 | 3,619.00 |
| 05/29 | 1,845.07 | 06/07 | 5,491.34 | 06/18 | 3,080.69 |
| 05/30 | 1,170.68 | 06/10 | 4,854.38 | 06/19 | 3,019.92 |
| 05/31 | 7,415.44 | 06/11 | 4,549.50 | 06/20 | 3,416.85 |
| 06/03 | 5,540.93 | 06/12 | 4,504.50 | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

**4a** List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

JOHN STODDART
T/A URBAN JUNCTION EAST
3127 HADDONSTONE DR SE
OWENS CROSS ROADS, AL  35763-8435

**Business Advantage**

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Fundamentals Checking

for June 1, 2019 to June 30, 2019

**JOHN STODDART    T/A URBAN JUNCTION EAST**

Account number: ▓▓▓▓▓ 5058

## Account summary

| | |
|---|---:|
| Beginning balance on June 1, 2019 | $6,895.24 |
| Deposits and other credits | 1,408.88 |
| Withdrawals and other debits | -2,875.34 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on June 30, 2019** | **$5,428.78** |

# of deposits/credits: 12
# of withdrawals/debits: 51
# of items-previous cycle¹: 1
# of days in cycle: 30
Average ledger balance: $5,902.44

¹Includes checks paid,deposited items&other debits

Bank of America **Business Advantage**

**Your Digital Tip**

For the second year in a row, J.D. Power® has certified
our Mobile Banking app¹ for providing

"An Outstanding Customer Experience."²

Download the app today from your app store or visit **bankofamerica.com/GetMobileApp**.

¹ Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
² For J.D. Power 2019 award information, visit jdpower.com/awards.

ARMKVN9 | SSM-01-19-2814.B

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**


JOHN STODDART  |  Account # ⬛⬛⬛⬛ 5058  |  June 1, 2019 to June 30, 2019

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 06/05/19 | BKOFAMERICA MOBILE 06/05 3678067057 DEPOSIT          *MOBILE      MD | 6.60 |
| 06/12/19 | Counter Credit | 400.00 |
| 06/12/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:363464 INDN:JOHN STODDART DBA URBA  CO ID:KXXXXXXXXX CCD  PMT INFO:RMR*CM*IHEART**5.03\ | 5.03 |
| 06/14/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:365421 INDN:JOHN STODDART DBA URBA  CO ID:JXXXXXXXXX CCD  PMT INFO:RMR*CM*PANDORA**10.01\ | 10.01 |
| 06/19/19 | CHECKCARD  0618 FAIRFIELD INN MANHATTN MANHATTAN   KS 7469216916910035517 | 105.93 |
| 06/20/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:367845 INDN:JOHN STODDART DBA URBA  CO ID:JXXXXXXXXX CCD  PMT INFO:RMR*CM*PANDORA**7.75\ | 7.75 |
| 06/21/19 | BROADCAST MUSIC  DES:ROYALTIES  ID:000439621 INDN:JOHN STODDART          CO ID:3130524209 PPD | 421.35 |
| 06/21/19 | BROADCAST MUSIC  DES:ROYALTIES  ID:000578936 INDN:JOHN STODDART          CO ID:3130524209 PPD | 383.79 |
| 06/24/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:377967 INDN:JOHN STODDART DBA URBA  CO ID:4954545798 CCD  PMT INFO:RMR*CM*AMAZON**64.08\ | 64.08 |
| 06/24/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:420698 INDN:JOHN STODDART DBA URBA  CO ID:4954545798 CCD  PMT INFO:RMR*CM*AMAZON**1.27\ | 1.27 |
| 06/24/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:390429 INDN:JOHN STODDART DBA URBA  CO ID:4954545798 CCD  PMT INFO:RMR*CM*AMAZON**.21\ | 0.21 |
| 06/27/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:428724 INDN:JOHN STODDART DBA URBA  CO ID:3954545798 CCD  PMT INFO:RMR*CM*MIDWEST TAPE**2.86\ | 2.86 |

**Total deposits and other credits** — **$1,408.88**

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 06/28/19 | PAYPAL          DES:INST XFER  ID:SPECTRASONI  INDN:URBAN JUNCTION EAST MU  CO ID:PAYPALSI77 WEB | -399.00 |

*continued on the next page*

---



**Your Digital Tip**

Bank of America **Business Advantage**

## Sign up for online alerts today[1]

Stay up to date on your balances, and receive alerts when transactions have posted and when your payments are due.

Log in or enroll at **bankofamerica.com/SmallBusiness** and click on **Alerts** in the Activity Center.

[1] You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage. You must be enrolled in Online Banking.          ARJ5TCBJ | SSM-02-19-0703.B

Case 19-80272-TOM11   Doc 88   Filed 07/11/19   Entered 07/11/19 09:00:34   Desc Main
Document      Page 15 of 18

# Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|-------:|
| | Card account # XXXX XXXX XXXX 2907 | |
| 06/03/19 | CHECKCARD  0530 BINGHAM-LESTER DENTIST CAMBRILLS   MD 24071059151627171579268 CKCD 8021 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -500.00 |
| 06/03/19 | CHECKCARD  0530 WOODY ANDERSON FORD - H HUNTSVILLE   AL 24207859151167300536137 CKCD 5511 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -607.75 |
| 06/03/19 | MOBILE PURCHASE 0601  EARTH FARE #510 HUNTSVILLE  AL | -6.19 |
| 06/03/19 | CHECKCARD  0602 GOOGLE*GSUITE JOHNSTOD INTERNET   CA 24013089154090915846250 CKCD 5817 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -6.00 |
| 06/03/19 | CHECKCARD  0603 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169154100290831807 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -13.05 |
| 06/03/19 | KROGER #402    06/02 #000503626 PURCHASE 1759 UNION AVENUE  MEMPHIS      TN | -3.21 |
| 06/04/19 | CHECKCARD  0603 TST* CAFE ECLECTIC MEMPHIS      TN 24445009154100208412755 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -27.78 |
| 06/05/19 | CHECKCARD  0604 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169155100134588901 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -8.70 |
| 06/10/19 | CHECKCARD  0608 AMZN MKTP US*M62KC3AH2 AMZN.COM/BILLWA 24431069159083351075287 CKCD 5942 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -9.69 |
| 06/10/19 | CHECKCARD  0608 APL* ITUNES.COM/BILL 866-712-7753 CA 24692169159100674924116 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -8.71 |
| 06/11/19 | CHECKCARD  0610 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169161100620789262 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -4.35 |
| 06/11/19 | CHECKCARD  0610 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169161100609257935 RECURRING CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -14.99 |
| 06/11/19 | CHECKCARD  0611 TGI FRIDAYS 1935 ATLANTA      GA 24431069162400244009056 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -6.24 |
| 06/11/19 | CHECKCARD  0611 UBER   TRIP HELP.UBER.COMCA 24492159162715585833375 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -7.82 |
| 06/11/19 | CHECKCARD  0611 UBER   TRIP HELP.UBER.COMCA 24492159162719590341309 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -14.24 |
| 06/11/19 | MOBILE PURCHASE 0610  CVS/PHARMACY #02755 PHILADELPHIA PA | -21.38 |
| 06/11/19 | FRESHGROCERWAL  06/10 #000501791 PURCHASE FRESHGROCERWALNUT  PHILADELPHIA  PA | -2.94 |
| 06/12/19 | CHECKCARD  0611 MESKERM ETHIO RESTAURAN PHILADELPHIA PA 24733099163400371000069 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -12.80 |
| 06/12/19 | CHECKCARD  0611 DOUBLETREE PHILAD REST PHILADELPHIA PA 24431069163200388300355 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -17.12 |
| 06/14/19 | CHECKCARD  0613 CURRITO PHILLY AIRPORT PHILADELPHIA PA 24801979164034033547438 CKCD 5814 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -21.35 |
| 06/14/19 | CHECKCARD  0613 UBER   TRIP HELP.UBER.COMCA 24492159164717718670466 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -29.14 |
| 06/17/19 | CHECKCARD  0612 GREEKTOWN RETAIL 313-2232999  MI 24789309165712200220955 CKCD 5999 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -17.84 |
| 06/17/19 | CHECKCARD  0612 GREEKTOWN RETAIL 313-2232999  MI 24789309165712200221144 CKCD 5999 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -29.36 |
| 06/17/19 | MOBILE PURCHASE 0613  MONROE MARKET 313-2232999  MI | -5.30 |
| 06/17/19 | CHECKCARD  0613 HSV AIRPORT PARKING HUNTSVILLE   AL 24789309165713800810799 CKCD 7523 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -2.00 |
| 06/17/19 | MOBILE PURCHASE 0615  STARBUCKS E SATELLITE DALLAS      TX | -3.00 |
| 06/17/19 | MOBILE PURCHASE 0615  CMSVEND*PEPSI MARYSVILL MARYSVILLE  KS | -0.85 |
| 06/17/19 | CHECKCARD  0615 EL PATRON 785-3207385  KS 24000979167726603422035 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -10.81 |

*continued on the next page*


JOHN STODDART  |  Account #  ● ●●● 5058  |  June 1, 2019 to June 30, 2019

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 06/17/19 | CHECKCARD 0617 INDIA 101 IRVING     TX 24431069168091279003793 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -41.11 |
| 06/17/19 | CHECKCARD 0617 DROPBOX*8JSQTZTWT4VS DROPBOX.COM  CA 24692169168100534787447 RECURRING CKCD 4816 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -99.00 |
| 06/18/19 | CHECKCARD 0617 FAIRFIELD INN MANHATTN MANHATTAN    KS 24692169168100766280830 CKCD 3715 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -105.93 |
| 06/18/19 | MOBILE PURCHASE 0616 SUBWAY      03227212 DALLAS      TX | -7.24 |
| 06/18/19 | MOBILE PURCHASE 0617 MODERNMKT LASCO 015 VER IRVING     TX | -8.12 |
| 06/18/19 | VEGE-LICIOUS   06/18 #000551030 PURCHASE 513 B FISK ST      NASHVILLE    TN | -40.15 |
| 06/19/19 | CHECKCARD 0617 740 NYLO LAS COLINAS IRVING      TX 24798659169036000536748 CKCD 7011 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -122.84 |
| 06/19/19 | CHECKCARD 0617 U FOOD GRAPEVINE    TX 24428069169100230869442 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -10.81 |
| 06/20/19 | CHECKCARD 0618 BURGER KING #21523 COLUMBIA     TN 24186169170400700000248 CKCD 5814 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -2.06 |
| 06/20/19 | CHECKCARD 0619 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169170100967898410 RECURRING CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -9.99 |
| 06/20/19 | CHECKCARD 0619 CACHET CLEANERS HAMPTON COVE AL 24122599170027010780402 CKCD 7216 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -64.10 |
| 06/21/19 | MOBILE PURCHASE 0621  COMCAST 800-266-2278 GA | -89.95 |
| 06/24/19 | CHECKCARD 0621 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169172100309587638 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -15.23 |
| 06/24/19 | MOBILE PURCHASE 0621 CNNST2696 ATLANTA     GA | -4.15 |
| 06/24/19 | CHECKCARD 0622 0024 First Watch Restau CINCINNATI   OH 24013399173002941223933 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -19.55 |
| 06/24/19 | CHECKCARD 0622 MAPLEWOOD KITCHEN & BAR CINCINNATI  OH 24013399174003051611015 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -24.40 |
| 06/24/19 | MOBILE PURCHASE 0622 WALGREENS #7053 CINCINNATI  OH | -5.28 |
| 06/25/19 | CHECKCARD 0623 HYATT REGENCY CINCINNAT CINCINNATI   OH 24431069175722761789348 CKCD 3640 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -14.84 |
| 06/25/19 | MOBILE PURCHASE 0623 STARBUCKS B CVG CINCINNATI  OH | -2.65 |
| 06/27/19 | CHECKCARD 0626 XERO US INV-2057824 HTTPSWWW.XEROCA 24492159177637052747933 RECURRING CKCD 5734 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -30.00 |
| 06/27/19 | CHECKCARD 0626 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169177100300304285 RECURRING CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -9.99 |
| 06/27/19 | CHECKCARD 0626 AT&T*BILL PAYMENT 800-331-0500 TX 24493989177083022417860 RECURRING CKCD 4814 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -336.34 |

**Subtotal for card account # XXXX XXXX XXXX 2907**    -$2,476.34

**Total withdrawals and other debits**    -$2,875.34

Case 19-80272-TOM11    Doc 88    Filed 07/11/19    Entered 07/11/19 09:00:34    Desc Main
Document      Page 17 of 18

## Service fees

The Monthly Fee on your Business Fundamentals Checking account was waived for the statement period ending 05/31/19. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ✓ $250+ in new net purchases on a linked Business debit card
- ○ $250+ in new net purchases on a linked Business credit card
- ✓ $3,000+ minimum daily balance in primary checking account
- ✓ $5,000+ average monthly balance in primary checking account
- ○ $15,000+ combined average monthly balance in linked business accounts
- ○ enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 06/01 | 6,895.24 | 06/12 | 6,013.91 | 06/21 | 6,221.79 |
| 06/03 | 5,759.04 | 06/14 | 5,973.43 | 06/24 | 6,218.74 |
| 06/04 | 5,731.26 | 06/17 | 5,764.16 | 06/25 | 6,201.25 |
| 06/05 | 5,729.16 | 06/18 | 5,602.72 | 06/27 | 5,827.78 |
| 06/10 | 5,710.76 | 06/19 | 5,575.00 | 06/28 | 5,428.78 |
| 06/11 | 5,638.80 | 06/20 | 5,506.60 | | |

Case 19-80272-TOM11    Doc 88    Filed 07/11/19    Entered 07/11/19 09:00:34    Desc Main
Document      Page 18 of 18