# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: John & Helen Stoddart          CASE NO.: 19-80272          MONTH ENDING: 7-31-19

### Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month

## INDIVIDUAL DEBTOR'S AFFIRMATIONS

YES ☑ NO ☐   All post petition individual taxes have been paid and the deposit slips are attached.

**If you answered "No" to the above, list the types of taxes that are now due and owing.**

| TYPE OF TAX | AMOUNT |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

2. YES ☑ NO ☐   Adequate insurance on all assets/property including fire, theft, liability, collision and casualty is currently in full force and effect.

If no, enter:   TYPE(S)_____ not in force.

| List **All** Bank Accounts | Bank | Account No. | Type of Acct. | Balance |
|---|---|---|---|---|
| 1. | Regions | ████4597 | Checking | $ 854.51 |
| 2. | Regions | ████4384 | Savings | $14.261.45 |
| 3. | Bank of America | ████5058 | Checking | $ 3.585.14 |
| 4. | Regions | ████3433 | Secured Credit | $ 1,000.00 |

4. YES ☑ NO ☐   Copies of all banks statements and reconciliations are attached.

5. YES ☑ NO ☐   I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES ☑ NO ☐   All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

7. YES ☐ NO ☐   I have attached a list of all post petition creditors that have been incurred since the filing of this case but that have not been paid, including Court approved professional (attorney, accountant, etc.) fees.

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _____8/7/2019_____

PHONE _____(301) 254-5455_____

John Stoddart
RESPONSIBLE PARTY

Bankruptcy Administrator Form Individual BA-01

CASE NAME: __John & Helen Stoddart__   CASE NO. : __19-80272__   MONTH ENDING: __7-31-19__

## Individual Debtor's Cash Receipts and Disbursement   *BA-02*

| | | |
|---|---|---:|
| Receipts/Income  (GROSS) —Salary | $ | 5,873.08 |
| Alimony, Maintenance, Support received | | |
| Other Income | | |
| Interest | | |
| Sale/rent of real estate or personal property | | |
| Social Security | | |
| Monthly Dividend Disbursement | $ | 5,100.00 |
| Other (specify) Business Income | $ | 1,174.56 |
| **TOTAL RECEIPTS/INCOME** | | $12,147.64 |

| | | |
|---|---|---:|
| DISBURSEMENTS/EXPENSES (*INCLUDE EMPLOYER DEDUCTIONS*) | | |
| Food | $ | 814.00 |
| Home Expenses | | |
| Rent or Home Loan | | |
| Real Estate Tax | | |
| Gas | | |
| Water | | |
| Telephone | | |
| Other Utilities(specify)  Electric, Propane & Water | $ | 1,124.02 |
| Home Maintenance (repairs and upkeep)Includes insurance Repairs | $ | 877. |
| Insurance Payments | | |
| Life | $ | 425.90 |
| Health | | |
| Auto | $ | |
| Home owners or renters | | |
| Other (specify)_____ | | |
| Installments Loan Payments | | |
| Auto Loan | $ | 463.92 |
| Other loans (specify)_____ | | |
| Taxes withheld or Quarterly Income Taxes | $ | 1,166.33 |
| School or Day Care Expense | $ | 1,416.00 |
| Laundry and Dry Cleaning | $ | 44.85 |
| Other Personal (see attached)_____ | $ | 5,762.56 |
| Total Business Expenses (see attached) | $ | 2,652.15 |
| **TOTAL ALL DISBURSEMENTS/EXPENDITURES** | | $13,849.88 |
| **TOTAL INCOME LESS TOTAL EXPENDITURES** | $ | -2,615.54 |

Beginning Cash Balance $ __22,316.52__     Ending Cash Balance $ __19,700.98__

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY
KNOWLEDGE AND BELIEF.

Date __8-7-2019__

_____
RESPONSIBLE PARTY

# UJE Music Business Expenses

## Urban Junction East Music
## For the month ended July 31, 2019

|  | JUL 2019 |
|---|---:|
| **Income** | |
| Performance Income | 1,000.00 |
| Residual Income | 64.00 |
| Sales | 110.56 |
| **Total Income** | **1,174.56** |
| | |
| **Gross Profit** | **1,174.56** |
| | |
| **Expenses Already Reported** | |
| Laundry & Uniform | 15.95 |
| **Total Expenses Already Reported** | **15.95** |
| | |
| **Operating Expenses** | |
| Business Development | 25.00 |
| Telephone | 249.44 |
| **Business Expenses** | |
| Dues & Subscriptions | 93.29 |
| Internet | 95.95 |
| Meals & Entertainment | 818.12 |
| Research Expense | 53.23 |
| Studio Supplies | 38.14 |
| Travel | 316.68 |
| **Total Business Expenses** | **1,415.41** |
| Equipment Repairs & Maintenance | 49.00 |
| **Total Operating Expenses** | **1,738.85** |
| | |
| **Operating Income** | **(564.29)** |
| | |
| **Net Income** | **(564.29)** |

## Equipment Purchase (Payoff)

Computer & Office Equipment (paid off remaining balance) ................................................................................................ 913.30

Case 19-80272-TOM11   Doc 91   Filed 08/07/19   Entered 08/07/19 15:14:02   Desc Main
Document     Page 3 of 21

# Stoddart Home Additional Expenses

## Urban Junction East Music
## For the month ended July 31, 2019

|  | JUL 2019 |
|---|---|
| **Income** | |
| Performance Income | 1,950.00 |
| Residual Income | 5,100.00 |
| Salary Income | 3,923.08 |
| **Total Income** | **10,973.08** |
| | |
| **Gross Profit** | **10,973.08** |
| | |
| **Expenses Already Reported** | |
| Groceries | 814.00 |
| Utilities | 1,124.02 |
| Home Repairs & Maintenance | 877.80 |
| Life Insurance | 425.92 |
| Car Payment | 463.60 |
| Education | 1,416.00 |
| Laundry & Uniform | 44.85 |
| Taxes | 1,166.33 |
| **Total Expenses Already Reported** | **6,332.52** |
| | |
| **Operating Expenses** | |
| Charitable Contributions | 1,106.00 |
| | |
| **Auto Expenses** | |
| Auto Insurance | 627.50 |
| Auto Repairs & Maintenance | 47.58 |
| Gas | 321.08 |
| **Total Auto Expenses** | **996.16** |
| | |
| **Business Expenses** | |
| Dues & Subscriptions | 37.01 |
| Meals & Entertainment | 109.45 |
| Rent | 50.00 |
| Travel | 851.21 |
| **Total Business Expenses** | **1,047.67** |
| | |
| **Home Expenses** | |
| Lawn | 355.00 |
| **Total Home Expenses** | **355.00** |
| | |
| **Household Expenses** | |
| Clothing | 668.33 |
| Gifts | 65.54 |

| | JUL 2019 |
|---|---|
| Other Household Shopping | 222.03 |
| Personal Care | 462.40 |
| **Total Household Expenses** | **1,418.30** |
| | |
| **Medical Expenses** | |
| Doctor & Dentist | 189.43 |
| **Total Medical Expenses** | **189.43** |
| | |
| **Professional Services** | |
| Legal & Professional Fees | 650.00 |
| **Total Professional Services** | **650.00** |
| | |
| **Total Operating Expenses** | **5,762.56** |
| | |
| **Operating Income** | **5,210.52** |
| | |
| **Net Income** | **5,210.52** |



**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

JOHN FITZGERALD STODDART
HELEN JOYCE POWELL-STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE # 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

**ACCOUNT #** ████4597

|  |  |
|---|---|
|  | 001 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 1 of 3 |

## MONEY MARKET
June 21, 2019 through July 23, 2019

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $14,261.33 | Minimum Balance | $11,261 |
| Deposits & Credits | $3,000.00 + | Average Balance | $13,806 |
| Net Interest Earned | $0.12 + | Annual Percentage Yield Earned | 0.01% |
| Withdrawals | $3,000.00 − | Interest This Period | $0.12 |
| Fees | $0.00 − | Average Collected Balance | $13,806.78 |
| Automatic Transfers | $0.00 + | 2019 YTD Interest | $0.68 |
| Checks | $0.00 − | | |
| **Ending Balance** | $14,261.45 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 07/16 | EB From Checking # ████4384 Ref# 000000 0000013 | 3,000.00 |

### INTEREST

| | | |
|---|---|---|
| 07/23 | Interest Payment | 0.12 |

### WITHDRAWALS

| | | |
|---|---|---|
| 07/11 | EB to Checking # ████4384 Ref# 000000 0000012 | 3,000.00 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/11 | 11,261.33 | 07/16 | 14,261.33 | 07/23 | 14,261.45 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**



**Thank You For Banking With Regions!**
2019 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

JOHN FITZGERALD STODDART
HELEN JOYCE POWELL-STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE # 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

**4a** List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

 **REGIONS**

**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

HELEN JOYCE POWELL-STODDART
JOHN FITZGERALD STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE# 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

**ACCOUNT #** ████4384

| | |
|---|---|
| | 001 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 1 of 5 |

## LIFEGREEN CHECKING
June 21, 2019 through July 23, 2019

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$3,416.85** | Minimum Balance | $1,107 |
| Deposits & Credits | $13,636.33 + | Average Balance | $3,339 |
| Withdrawals | $11,435.59 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $1,485.00 − | | |
| **Ending Balance** | **$4,132.59** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 06/21 | New Payroll  PR Deposit Stoddard John | 1,280.49 |
| 06/25 | Card Credit Paypal *Techgoo  5331 402-935-7733  CA 95131    8069 | 23.99 |
| 06/26 | Card Credit Wish.Com     5311 800-266-0172  CA 94111    8069 | 7.56 |
| 06/27 | Card Credit Paypal *Jgnritz  5732 402-935-7733  CA 95131    8069 | 16.50 |
| 06/28 | New Payroll  PR Deposit Stoddard John | 539.39 |
| 07/03 | New Payroll  PR Deposit Stoddard John | 539.39 |
| 07/11 | Candied Yam Tour 1v9q John Stoddart | 529.40 |
| 07/11 | EB From Checking # ████4597 Ref# 000000 0000012 | 3,000.00 |
| 07/15 | Card Credit Ulta #1391     5399 Huntsville    AL 35801    8069 | 15.26 |
| 07/15 | Card Credit Ulta #1391     5399 Huntsville    AL 35801    8069 | 15.94 |
| 07/16 | Madison Surgery  Payroll Powell-Stoddar | 5,100.00 |
| 07/19 | New Payroll  PR Deposit Stoddard John | 1,033.65 |
| 07/19 | Pain 2 Wellness  Payroll Helen Powell-S | 1,534.76 |
| | Total Deposits & Credits | $13,636.33 |

### WITHDRAWALS

| | | |
|---|---|---|
| 06/21 | Card Purchase Fitness For Lif  7997 Big Cove    AL 35763    8085 | 10.00 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**For new purchase or refinance mortgage information, contact your
Mortgage Loan Originator, Amy Osborne, NMLS 546504, at (256)535-6946
or online at www.regionsmortgage.com/amyosborne.**

**For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for  Home Equity loans call 1- 800-231-7493.**

 EQUAL HOUSING
LENDER

**Thank You For Banking With Regions!**
2019 Regions Bank Member FDIC. All loans subject to credit approval.



Regions Bank
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

HELEN JOYCE POWELL-STODDART
JOHN FITZGERALD STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE# 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

**ACCOUNT #** ▨▨▨▨**4384**

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 06/21 | PIN Purchase Costco Gas #03  5542 Huntsville  AL        8069 | 29.26 |
| 06/24 | Card Purchase Hsv Airport Par  7523 Huntsville  AL 35824  8085 | 2.00 |
| 06/24 | Card Purchase Costco Whse #03  5300 Huntsville  AL 35801  8069 | 132.49 |
| 06/24 | Card Purchase Earth Fare #510  5411 Huntsville  AL 35806  8069 | 55.07 |
| 06/24 | Card Purchase Earth Fare #510  5411 Huntsville  AL 35806  8069 | 3.80 |
| 06/24 | Card Purchase Tjmaxx /0705  5651 Huntsville  AL 35801  8069 | 37.63 |
| 06/24 | Card Purchase Kobe Sushi and  5812 Guntersville  AL 35976  8069 | 29.08 |
| 06/24 | PIN Purchase Marshalls 7950  5651 Madison  AL        8069 | 92.04 |
| 06/24 | PIN Purchase Marshalls 7950  5651 Madison  AL        8069 | 3.26 |
| 06/24 | PIN Purchase Costco Gas #03  5542 Huntsville  AL        8069 | 30.63 |
| 06/24 | Card Purchase 5368 Dominos Pi  5814 Brownsboro  AL 35741  8085 | 14.42 |
| 06/25 | Card Purchase Hollywood Feed  5995 Huntsville  AL 35806  8085 | 53.94 |
| 06/25 | Card Purchase Earth Fare #510  5411 Huntsville  AL 35806  8069 | 43.01 |
| 06/26 | Card Purchase Cantina Laredo  5812 Huntsville  AL 35806  8085 | 19.29 |
| 06/26 | Card Purchase Lowes #02451*  5200 Owens Cross R AL 35763  8069 | 52.28 |
| 06/26 | Card Purchase Panera Bread #6  5814 Huntsville  AL 35806  8085 | 10.69 |
| 06/26 | Card Purchase Tjmaxx /0279  5651 Huntsville  AL 35806  8069 | 92.61 |
| 06/26 | Card Purchase Sqc*cash App Ll  4829 8774174551  CA 94103  8085 | 160.00 |
| 06/26 | PIN Purchase Publix Super M  5411 Owens Cross Ral        8085 | 63.75 |
| 06/26 | PIN Purchase Tjmaxx #0 930  5651 Huntsville  AL        8085 | 29.41 |
| 06/26 | PIN Purchase Costco Gas #03  5542 Huntsville  AL        8085 | 40.90 |
| 06/26 | PIN Purchase Costco Whse #0  5300 Huntsville  AL        8069 | 5.44 |
| 06/27 | Card Purchase Paypal *Jgnritz  5732 402-935-7733  CA 95131  8069 | 16.50 |
| 06/27 | Card Purchase Poke Aloha        5812 Huntsville  AL 35806  8085 | 20.71 |
| 06/27 | Card Purchase Mei Wei Asian B  5812 Huntsville  AL 35806  8085 | 9.48 |
| 06/27 | Card Purchase Academy Sports#  5941 Madison        AL 35758  8069 | 18.50 |
| 06/27 | Hsv Draft Dbt    Conc.Debt John Stoddart  211010163946 | 1,181.94 |
| 06/28 | Card Purchase IN *Earthwise P  5995 Madison        AL 35758  8069 | 9.80 |
| 06/28 | Card Purchase IN *Earthwise P  5995 Madison        AL 35758  8069 | 3.25 |
| 06/28 | PIN Purchase Costco Gas #03  5542 Huntsville  AL        8069 | 32.19 |
| 07/01 | Recurring Card Transaction Orc*cooks Pest  5969 800-2399898  AL 35601  8085 | 51.00 |
| 07/01 | Card Purchase Wholefds Hsv #1  5411 Huntsville  AL 35801  8069 | 11.98 |
| 07/01 | Card Purchase Wholefds Hsv #1  5411 Huntsville  AL 35801  8069 | 9.80 |
| 07/01 | Card Purchase Hand & Stone -  8099 Huntsville  AL 35801  8069 | 59.95 |
| 07/01 | Card Purchase Hand & Stone -  8099 Huntsville  AL 35801  8069 | 109.95 |
| 07/01 | Card Purchase Ulta #1391        5399 Huntsville  AL 35801  8069 | 104.64 |
| 07/01 | Card Purchase Fast Trac Expre  7542 Owens X Rds  AL 35763  8069 | 9.00 |
| 07/01 | PIN Purchase Costco Gas #03  5542 Hoover        AL        8069 | 27.38 |
| 07/01 | Card Purchase Chipotle 1796  5814 Huntsville  AL 35806  8069 | 7.63 |
| 07/02 | EB to Checking # ▨▨▨3585 Ref# 000000 0000007 | 23.00 |
| 07/02 | EB to Checking # ▨▨▨3585 Ref# 000000 0000008 | 20.00 |
| 07/02 | Card Purchase Earth Fare #510  5411 Huntsville  AL 35806  8069 | 24.80 |
| 07/02 | Recurring Card Transaction Fitness For Lif  7997 256-5095242  AL 35763  8085 | 59.00 |
| 07/02 | Liberty Mutual    Payment Stoddart John | 313.75 |
| 07/02 | PIN Purchase Costco Gas #03  5542 Huntsville  AL        8069 | 31.72 |
| 07/03 | Card Purchase Amazon.Com*mh2m  5942 Amzn.Com/Bill WA 98109  8069 | 10.79 |
| 07/03 | Card Purchase Suraj Imports O  5411 Huntsville  AL 35816  8069 | 32.41 |
| 07/03 | Card Purchase Ulta #1391        5399 Huntsville  AL 35801  8069 | 15.26 |
| 07/03 | Card Purchase Chipotle 1796  5814 Huntsville  AL 35806  8085 | 27.80 |
| 07/05 | Card Purchase Ulta #339        5399 Huntsville  AL 35806  8069 | 67.45 |
| 07/05 | Card Purchase Amzn Digital*mh  5818 888-802-3080 WA 98109  8069 | 9.76 |
| 07/05 | PIN Purchase J & M Factory  5653 Pottstown  PA        8085 | 148.79 |
| 07/08 | EB to Checking # ▨▨▨3585 Ref# 000000 0000009 | 15.00 |
| 07/08 | Card Purchase Subway        0  5814 Subway 47442- PA 19468  8085 | 7.29 |



**Regions Bank**
Hampton Cove
6639 Highway 31 South
Huntsville, AL 35763

HELEN JOYCE POWELL-STODDART
JOHN FITZGERALD STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE# 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 07/08 | Card Purchase The Olive Gard0 5812 Collegeville PA 19426     8085 | 10.96 |
| 07/08 | Card Purchase Wegmans # 43     5411 Collegeville PA 19426     8085 | 16.63 |
| 07/08 | Card Purchase Costco Whse #03 5300 Huntsville  AL 35801     8069 | 5.44 |
| 07/08 | Card Purchase Costco Whse #03 5300 Huntsville  AL 35801     8069 | 72.96 |
| 07/09 | EB to Checking #████3585 Ref# 000000 0000010 | 5.00 |
| 07/09 | Card Purchase Amazon.Com*mh5b 5942 Amzn.Com/Bill WA 98109   8069 | 10.79 |
| 07/09 | Card Purchase Acellus Academy 8299 816-2293800  MO 64057   8085 | 49.00 |
| 07/09 | North American L Insurance John Stoddart | 182.60 |
| 07/09 | North American L Insurance Helen Powell-S | 243.32 |
| 07/09 | PIN Purchase Costco Gas #03 5542 Huntsville  AL          8085 | 34.09 |
| 07/09 | PIN Purchase Publix Super M 5411 Owens Cross Ral          8085 | 22.18 |
| 07/10 | Card Purchase Fast Trac Expre 7542 Owens X Rds  AL 35763   8085 | 7.00 |
| 07/10 | Card Purchase Bob Wallace Ser 7629 256-5332121  AL 35805   8085 | 145.95 |
| 07/10 | Adt Security Ser Adtpapach Stoddart, John 32415033 | 53.78 |
| 07/11 | EB to Checking #████3585 Ref# 000000 0000011 | 10.00 |
| 07/11 | Card Purchase Appl Hvac Parts 5722 877-365-6653  OH 45227   8085 | 135.91 |
| 07/11 | PIN Purchase Costco Gas #03 5542 Huntsville  AL          8085 | 46.89 |
| 07/11 | PIN Purchase Publix Super M 5411 Madison     AL          8085 | 2.73 |
| 07/12 | Card Purchase Amzn Mktp Us*mh 5942 Amzn.Com/Bill WA 98109   8069 | 13.52 |
| 07/12 | Card Purchase Autozone #4983 5533 Owens X Rds  AL 35763   8085 | 9.58 |
| 07/12 | PIN Purchase Costco Gas #03 5542 Huntsville  AL          8069 | 20.54 |
| 07/15 | Card Purchase Suraj Imports O 5411 Huntsville  AL 35801   8069 | 9.78 |
| 07/15 | Card Purchase Wholefds Hsv #1 5411 Huntsville  AL 35801   8069 | 21.70 |
| 07/15 | Card Purchase Wholefds Hsv #1 5411 Huntsville  AL 35801   8069 | 96.70 |
| 07/15 | Card Purchase Costco Whse #03 5300 Huntsville  AL 35801   8069 | 160.94 |
| 07/15 | Card Purchase Wilsons Discoun 5131 Boaz      AL 35957   8069 | 407.08 |
| 07/15 | Card Purchase Publix #573     5411 Owens X Rds AL 35763   8069 | 38.28 |
| 07/15 | Card Purchase Publix #573     5411 Owens X Rds AL 35763   8069 | 4.57 |
| 07/15 | Card Purchase Target       0 5310 Largo      MD 20774   8085 | 26.48 |
| 07/15 | Card Purchase Sqc*cash App Ll 4829 8774174551  CA 94103   8085 | 40.00 |
| 07/15 | PIN Purchase Costco Gas #03 5542 Huntsville  AL          8069 | 30.87 |
| 07/16 | EB to Checking #████4597 Ref# 000000 0000013 | 3,000.00 |
| 07/16 | EB to Checking #████3585 Ref# 000000 0000014 | 12.00 |
| 07/16 | Card Purchase Costco Whse #03 5300 Huntsville  AL 35801   8069 | 5.44 |
| 07/16 | Card Purchase Publix #573     5411 Owens X Rds AL 35763   8069 | 26.71 |
| 07/16 | PIN Purchase Publix Super M 5411 Owens Cross Ral          8085 | 26.96 |
| 07/17 | Card Purchase Valley Conserva 8299 Huntsville  AL 35805   8085 | 550.00 |
| 07/17 | Card Purchase Tjmaxx #0279     5651 Huntsville  AL 35806   8069 | 138.39 |
| 07/17 | PIN Purchase Publix Super M 54 1 Owens Cross Ral          8085 | 3.82 |
| 07/18 | Card Purchase Sprouts Farmers 5411 Madison    AL 35758   8069 | 19.48 |
| 07/18 | Card Purchase Bryant Chiropra 8011 Huntsville  AL 35816   8085 | 90.00 |
| 07/18 | Card Purchase Costco Whse #03 5300 Huntsville  AL 35801   8069 | 5.44 |
| 07/18 | Suntrust Bk Loan Online Pmt Stoddart,John Ckf920729649pos | 463.60 |
| 07/18 | PIN Purchase Costco Whse #0  5300 Huntsville  AL          8085 | 96.92 |
| 07/18 | PIN Purchase Publix Super M 5411 Owens Cross Ral          8085 | 20.08 |
| 07/19 | Card Purchase Sally Beauty 28 5977 Madison    AL 35758   8069 | 32.35 |
| 07/19 | Card Purchase The Juicery Pre 5812 Madison    AL 35758   8069 | 11.12 |
| 07/19 | Card Purchase Los Mariachis 5812 Huntsville  AL 35801   8085 | 8.56 |
| 07/19 | Card Purchase Dantera Salon A 7230 Madison    AL 35758   8069 | 45.00 |
| 07/19 | PIN Purchase Publix Super M 5411 Owens Cross Ral          8085 | 11.85 |
| 07/19 | PIN Purchase Costco Gas #03 5542 Huntsville  AL          8085 | 28.85 |
| 07/22 | Card Purchase 4te*real Estate 6513 256-573-1570  AL 35801   8085 | 50.00 |
| 07/22 | Card Purchase Fast Trac Expre 7542 Owens X Rds  AL 35763   8085 | 11.00 |
| 07/22 | Card Purchase Belk #423     5311 Huntsville  AL 35806   8069 | 56.70 |



**Regions Bank**
Hampton Cove
6639 Highway 431 South
Huntsville, AL 35763

HELEN JOYCE POWELL-STODDART
JOHN FITZGERALD STODDART
CHAPTER 11 DEBTOR IN POSSESSION
CASE# 19-80272
3127 HADDONSTONE DR SE
OWENS CROSS ROADS AL 35763-8435

**ACCOUNT #**     ▓▓▓▓4384

| | |
|---|---|
| Cycle | 001 |
| | 12 |
| Enclosures | 0 |
| Page | 4 of 5 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 07/22 | Card Purchase Cachet Cleaners  7216 Hampton Cove  AL 35763   8069 | 44.85 |
| 07/22 | Card Purchase Cachet Cleaners  7216 Hampton Cove  AL 35763   8069 | 15.95 |
| 07/22 | Card Purchase Target     0 5411 Huntsville  AL 35802   8069 | 297.97 |
| 07/22 | Madison Academy  Facts John Stoddart  000000087505960 | 777.00 |
| 07/22 | PIN Purchase Costco Gas #03  5542 Huntsville   AL         8069 | 44.61 |
| 07/23 | Card Purchase Bryant Chiropra  8011 Huntsville   AL 35816   8085 | 90.00 |
| 07/23 | Card Purchase Jan S Hallmark  5947 Huntsville   AL 35802   8069 | 14.15 |
| | Total Withdrawals | $11,435.59 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 07/12 | 1026 | 650.00 | 06/21 | 995005 * | 355.00 |
| 07/19 | 1076 * | 125.00 | 07/22 | 995008 * | 355.00 |
| | | | | Total Checks | $1,485.00 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/21 | 4,303.08 | 07/03 | 2,215.94 | 07/15 | 2,942.98 |
| 06/24 | 3,902.66 | 07/05 | 1,989.94 | 07/16 | 4,971.87 |
| 06/25 | 3,829.70 | 07/08 | 1,861.66 | 07/17 | 4,279.66 |
| 06/26 | 3,362.89 | 07/09 | 1,314.68 | 07/18 | 3,584.14 |
| 06/27 | 2,132.26 | 07/10 | 1,107.95 | 07/19 | 5,889.82 |
| 06/28 | 2,626.41 | 07/11 | 4,441.82 | 07/22 | 4,236.74 |
| 07/01 | 2,235.08 | 07/12 | 3,748.18 | 07/23 | 4,132.59 |
| 07/02 | 1,762.81 | | | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| Total Enter in Line 4 at Left | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error. If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

Business Advantage

**Customer service information**

🔊 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

JOHN STODDART
T/A URBAN JUNCTION EAST
3127 HADDONSTONE DR SE
OWENS CROSS ROADS, AL  35763-8435

# Your Business Fundamentals Checking

for July 1, 2019 to July 31, 2019

Account number: ████████ 5058

**JOHN STODDART     T/A URBAN JUNCTION EAST**

## Account summary

| | |
|---|---:|
| Beginning balance on July 1, 2019 | $5,428.78 |
| Deposits and other credits | 1,229.05 |
| Withdrawals and other debits | -3,072.69 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on July 31, 2019** | **$3,585.14** |

| |
|---|
| # of deposits/credits: 11 |
| # of withdrawals/debits: 88 |
| # of items-previous cycle¹: 1 |
| # of days in cycle: 31 |
| Average ledger balance: $4,846.37 |
| ¹Includes checks paid,deposited items&other debits |

BANK OF AMERICA BUSINESS ADVANTAGE

💡 Your Digital Tip

## Dreading the shredding?

Go paperless — you'll have security without the hassle of storing and shredding old statements. View your statements online any time.

You can enroll today by logging in to Online Banking at **bankofamerica.com/SmallBusiness** and clicking on **Profiles & Settings** (in the upper right, next to Sign Out).

ARWY4MJB | SSM-04-19-0138.B

Case 19-80272-TOM11   Doc 91   Filed 08/07/19   Entered 08/07/19 15:14:02   Desc Main
Document      Page 14 of 21

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

Case 19-80272-TOM11    Doc 91    Filed 08/07/19    Entered 08/07/19 15:14:02    Desc Main
Document      Page 15 of 21

# Bank of America

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 07/01/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:436557 INDN:JOHN STODDART DBA URBA CO ID:EXXXXXXXXX CCD  PMT INFO:RMR*CM*SOUNDCLOUD**.08\ | 0.08 |
| 07/02/19 | CD Baby      DES:ACCTSPYBLE ID:VPV05057870 INDN:Urban Junction East Mu CO ID:9223328810 CCD | 110.56 |
| 07/03/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:442081 INDN:JOHN STODDART DBA URBA CO ID:4954545798 CCD  PMT INFO:RMR*CM*AMAZON**5.85\ | 5.85 |
| 07/09/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:444610 INDN:JOHN STODDART DBA URBA CO ID:4954545798 CCD  PMT INFO:RMR*CM*AMAZON**12.68\ | 12.68 |
| 07/10/19 | BKOFAMERICA MOBILE 07/10 3656720110 DEPOSIT        *MOBILE      MD | 1,000.00 |
| 07/12/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:447743 INDN:JOHN STODDART DBA URBA CO ID:4954545798 CCD  PMT INFO:RMR*CM*AMAZON**6.02\ | 6.02 |
| 07/16/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:451017 INDN:JOHN STODDART DBA URBA CO ID:4954545798 CCD  PMT INFO:RMR*CM*AMAZON**12.28\ | 12.28 |
| 07/16/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:453864 INDN:JOHN STODDART DBA URBA CO ID:JXXXXXXXXX CCD  PMT INFO:RMR*CM*PANDORA**7.62\ | 7.62 |
| 07/24/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:456927 INDN:JOHN STODDART DBA URBA CO ID:4954545798 CCD  PMT INFO:RMR*CM*AMAZON**13.42\ | 13.42 |
| 07/25/19 | MUSIC REPORTS, I DES:EDI PYMNTS ID:459635 INDN:JOHN STODDART DBA URBA CO ID:4954545798 CCD  PMT INFO:RMR*CM*AMAZON**6.05\ | 6.05 |
| 07/29/19 | CHECKCARD  0728 GUITAR CENTER #753 HUNTSVILLE  AL 7443106921098530422 | 54.49 |
| **Total deposits and other credits** | | **$1,229.05** |

## Withdrawals and other debits

Card account # XXXX XXXX XXXX 2907

| Date | Description | Amount |
|------|-------------|--------|
| 07/01/19 | CHECKCARD  0628 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169179100407103430 CKCD 5735 XXXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -15.23 |
| 07/01/19 | MOBILE PURCHASE 0628  NATALIE'S CANDY JAR STO 214-6420245  TX | -1.72 |
| 07/01/19 | CHECKCARD  0628 UBER   TRIP HELP.UBER.COMCA 24492159179717657949726 CKCD 4121 XXXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -12.31 |

*continued on the next page*



Bank of America **Business Advantage**

## Guaranteed next-day or 3-day delivery of direct bank-to-bank transfers

**Your Digital Tip**

Pay individuals, vendors and suppliers who bank at other financial institutions — right from Online Banking. Just log in and click the **Transfers | Send** tab, then select **Send Money to Someone or a Business.**

Fees apply to wires and certain transfers. See the Online Banking Service Agreement at bankofamerica.com/serviceagreement for details. Data connection required for online and mobile transfers. Wireless carrier fees may apply.

ARFKPB7J | SSM-02-19-0704.B

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 07/01/19 | MOBILE PURCHASE 0628  BIRD APP 8662052442   CA | -10.00 |
| 07/01/19 | CHECKCARD  0628 OLD TOWN MEXICAN CAFE SAN DIEGO    CA 2480197918020768702371 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -24.95 |
| 07/01/19 | MOBILE PURCHASE 0629  BIRD APP 8662052442   CA | -10.00 |
| 07/01/19 | CHECKCARD  0629 UBER   TRIP HELP.UBER.COMCA 2449215918071971714790 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -4.24 |
| 07/01/19 | CHECKCARD  0629 NATIVE FOODS - PL SAN DIEGO    CA 2426979918110042930460 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -14.93 |
| 07/01/19 | CHECKCARD  0629 UBER   TRIP HELP.UBER.COMCA 2449215918071371966823 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -4.24 |
| 07/01/19 | MOBILE PURCHASE 0630  COLD STONE IN SAN DIEGO    CA | -5.99 |
| 07/02/19 | MOBILE PURCHASE 0628  FIVE & DIME GENERAL STO SAN DIEGO    CA | -5.63 |
| 07/02/19 | MOBILE PURCHASE 0630  SAN CAMDEN T2W SAN DIEGO    CA | -11.04 |
| 07/02/19 | CHECKCARD  0630 FIRST IN FLIGHT CLT CHARLOTTE    NC 2469216918210021390769 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -19.97 |
| 07/02/19 | MOBILE PURCHASE 0630  2096-CLT TODAY TERMINA CHARLOTTE    NC | -5.35 |
| 07/02/19 | CHECKCARD  0701 APL* ITUNES.COM/BILL 866-712-7753 CA 2469216918210059250726 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -10.82 |
| 07/03/19 | CHECKCARD  0630 HSV AIRPORT PARKING HUNTSVILLE    AL 2478930918382160029098 CKCD 7523 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -30.00 |
| 07/03/19 | CHECKCARD  0702 GOOGLE *GSUITE_johnsto cc@google.comCA 2469216918310007551847 CKCD 7311 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -6.00 |
| 07/05/19 | MOBILE PURCHASE 0704  PANERA BREAD #203998 COLLEGEVILLE PA | -29.69 |
| 07/05/19 | CHECKCARD  0704 SQ *HOUSE OF INDIA COLLEGEVILLE PA 2449215918574137781055 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -74.36 |
| 07/05/19 | NST BEST BUY    07/05 #000051533 MOBILE PURCHASE 400 FRONT ST       COLLEGEVILLE  PA | -78.42 |
| 07/08/19 | MOBILE PURCHASE 0704  WEGMANS # 43 COLLEGEVILLE PA | -21.92 |
| 07/08/19 | CHECKCARD  0705 APL*ITUNES.COM/BILL 866-712-7753 CA 2469216918610092909293 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -8.70 |
| 07/08/19 | MOBILE PURCHASE 0705  PANERA BREAD #203998 COLLEGEVILLE PA | -15.76 |
| 07/08/19 | CHECKCARD  0705 TRUE FOOD KITCHEN #1020 KING OF PRUSSPA 2449389918720019920031 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -77.72 |
| 07/08/19 | CHECKCARD  0706 AA INFLIGHT VISA FACET PHOENIX      AZ 2471705918727187409850 CKCD 5499 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -29.97 |
| 07/08/19 | MOBILE PURCHASE 0706  PANERA BREAD #203998 COLLEGEVILLE PA | -21.05 |
| 07/08/19 | MOBILE PURCHASE 0706  PANERA BREAD #203998 COLLEGEVILLE PA | -13.35 |
| 07/08/19 | CHECKCARD  0707 UBER   TRIP HELP.UBER.COMCA 2449215918871520275930 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -18.10 |
| 07/08/19 | CHECKCARD  0707 NEXT DOOR CROSSTOWN MEMPHIS      TN 2480197918928688890001 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -32.67 |
| 07/08/19 | CHECKCARD  0708 UBER   TRIP HELP.UBER.COMCA 2449215918971923460288 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -17.88 |
| 07/09/19 | CHECKCARD  0708 CURRITO PHILLY AIRPORT PHILADELPHIA PA 2480197918903420450687 CKCD 5814 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -8.09 |
| 07/09/19 | MOBILE PURCHASE 0707  GREEN LEAF'S  4849 PHILADELPHIA PA | -17.44 |
| 07/09/19 | CHECKCARD  0708 TST* FARM BURGER - MEMP MEMPHIS      TN 2413746918910020509179 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -5.45 |
| 07/09/19 | CHECKCARD  0708 APL* ITUNES.COM/BILL 866-712-7753 CA 2469216918910088061822 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -8.71 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 07/09/19 | CHECKCARD  0709 CHEVRON 0045247 MADISON      AL 24692169190100006124535 CKCD 5542 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -17.28 |
| 07/10/19 | CHECKCARD  0709 APL* ITUNES.COM/BILL 866-712-7753 CA 24692169190100343343392 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -5.44 |
| 07/10/19 | CHECKCARD  0709 APL* ITUNES.COM/BILL 866-712-7753 CA 24692169190100343325886 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -8.71 |
| 07/11/19 | CHECKCARD  0710 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169191100941912274 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -21.78 |
| 07/11/19 | CHECKCARD  0710 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169191100925983408 RECURRING CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -14.99 |
| 07/12/19 | CHECKCARD  0711 APL* ITUNES.COM/BILL 866-712-7753 CA 24692169192100565087808 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -25.00 |
| 07/12/19 | CHECKCARD  0711 SQ *WATERWORKS LLC MADISON      AL 24492159192740289146324 CKCD 0780 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -320.00 |
| 07/12/19 | MOBILE PURCHASE 0711  ATLMARKET ST2681 ATLANTA      GA | -1.13 |
| 07/15/19 | CHECKCARD  0711 LA FONDA OF INGLEWOOD INGLEWOOD   CA 24687209193030018422239 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -18.40 |
| 07/15/19 | CHECKCARD  0712 THE COFFEE COMPANY LOS ANGELES  CA 24755429194171941585757 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -35.59 |
| 07/15/19 | CHECKCARD  0713 SLAPFISH MODERN SEAFOOD LOS ANGELES  CA 24445009195100248180892 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -14.16 |
| 07/15/19 | CHECKCARD  0713 PF CHANGS #9205 ATLANTA      GA 24761979195400423003269 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -30.27 |
| 07/15/19 | CHECKCARD  0714 LEDO PIZZA LARGO      MD 24210739195400200002067 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -19.94 |
| 07/15/19 | CHECKCARD  0714 SAKURA JAPANESE STEAKHO BOWIE      MD 24013399195001851039200 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -31.60 |
| 07/15/19 | CHECKCARD  0715 UBER   TRIP HELP.UBER.COMCA 24492159196715638427050 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -7.73 |
| 07/15/19 | CHECKCARD  0715 UBER   TRIP HELP.UBER.COMCA 24492159196719642763179 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -7.34 |
| 07/15/19 | CHECKCARD  0715 APL* ITUNES.COM/BILL 866-712-7753 CA 24692169196100757188014 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -26.14 |
| 07/16/19 | CHECKCARD  0715 UBER   TRIP HELP.UBER.COMCA 24492159196713678778359 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -17.94 |
| 07/16/19 | CHECKCARD  0716 PAPA JOE'S DTW DETROIT      MI 24767259197000002213187 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -9.54 |
| 07/17/19 | CHECKCARD  0715 THAI AT WAUGH CHAPEL GAMBRILLS    MD 24036289197030016267798 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -36.01 |
| 07/17/19 | CHECKCARD  0716 APL* ITUNES.COM/BILL 866-712-7753 CA 24692169197100689883434 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -14.15 |
| 07/18/19 | CHECKCARD  0715 HSV AIRPORT PARKING HUNTSVILLE  AL 24789309198912000329623 CKCD 7523 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -60.00 |
| 07/19/19 | KROGER #526    07/19 #000500439 PURCHASE 2020 MALLORY LN.  FRANKLIN      TN | -20.13 |
| 07/22/19 | CHECKCARD  0719 APL* ITUNES.COM/BILL 866-712-7753 CA 24692169200100676329354 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -4.35 |

*continued on the next page*

Case 19-80272-TOM11    Doc 91    Filed 08/07/19    Entered 08/07/19 15:14:02    Desc Main
Document      Page 18 of 21

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 07/22/19 | CHECKCARD  0719 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169200100654418286 RECURRING CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -9.99 |
| 07/22/19 | CHECKCARD  0719 AT&T*BILL PAYMENT WWW.ATT.COM  TX 24493989201799460874920 CKCD 4814 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -672.89 |
| 07/22/19 | CHECKCARD  0719 AT&T*BILL PAYMENT WWW.ATT.COM  TX 24493989201799460882428 CKCD 4814 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -161.99 |
| 07/22/19 | CHECKCARD  0720 HILTON NASHVILLE AIRPOR NASHVILLE    TN 24755429202172028346972 CKCD 3504 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -10.93 |
| 07/22/19 | MOBILE PURCHASE 0721  COMCAST 800-266-2278 GA | -89.95 |
| 07/22/19 | CHECKCARD  0720 NASHVILLE AIRPORT ANTIOCH       TN 24431069202796772173905 CKCD 5814 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -3.05 |
| 07/22/19 | MOBILE PURCHASE 0721  SUBWAY       00628776 DENVER       CO | -11.98 |
| 07/22/19 | MOBILE PURCHASE 0721  PANERA BREAD #601794 P NASHVILLE    TN | -34.02 |
| 07/23/19 | CHECKCARD  0720 CANTINA GRILL B DENVER        CO 24761979203286688900483 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXX.: 2907 | -17.28 |
| 07/23/19 | CHECKCARD  0721 JAMBA JUICE GREENWOOD VILCO 24761979203796832171237 CKCD 5814 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -6.17 |
| 07/23/19 | CHECKCARD  0721 MNAA AIRPORT PARK NASHVILLE    TN 24445009203300434437680 CKCD 7523 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -48.00 |
| 07/23/19 | CHECKCARD  0721 GOJO ETHIOPIAN RESTAURA NASHVILLE    TN 24251389203030037761264 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -22.12 |
| 07/23/19 | CHECKCARD  0722 APL* ITUNES.COM/BILL 866-712-7753 CA 24692169203100641790851 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -5.44 |
| 07/23/19 | CHECKCARD  0722 APL* ITUNES.COM/BILL 866-712-7753 CA 24692169203100641781157 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -10.89 |
| 07/23/19 | SHELL SERVICE  07/22 #000706161 PURCHASE 1316 HWY 96 EAST    FRANKLIN        TN | -4.99 |
| 07/24/19 | CHECKCARD  0722 WILD GINGER FRANKLIN      TN 24247609204500698293515 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -19.46 |
| 07/26/19 | CHECKCARD  0725 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169206100467588394 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -6.53 |
| 07/26/19 | GUITAR CENTER  07/26 #000939060 PURCHASE GUITAR CENTER #75 HUNTSVILLE    AL | -54.49 |
| 07/29/19 | MOBILE PURCHASE 0725  APPLE STORE  #R266 HUNTSVILLE  AL | -49.00 |
| 07/29/19 | CHECKCARD  0726 XERO US INV-2104352 HTTPSWWW.XEROCA 24492159207637522369700 RECURRING CKCD 5734 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -30.00 |
| 07/29/19 | CHECKCARD  0726 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169207100077814551 RECURRING CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -9.99 |
| 07/29/19 | CHECKCARD  0726 AT&T*BILL PAYMENT 800-331-0500 TX 24493989207083035966055 RECURRING CKCD 4814 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -249.44 |
| 07/29/19 | CHECKCARD  0727 UBER   TRIP HELP.UBER.COMCA 24492159208717370770081 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -8.40 |
| 07/29/19 | CHECKCARD  0726 ZAYTOON LEBANESE KITCHE CLEVELAND    OH 24122599209018015751774 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -19.10 |
| 07/29/19 | CHECKCARD  0727 UBER   TRIP HELP.UBER.COMCA 24492159208719375572959 CKCD 4121 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -8.29 |
| 07/29/19 | CHECKCARD  0728 WASABI ASIAN FOOD CLEVELAND    OH 24435659209091104000092 CKCD 5812 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -5.50 |
| 07/30/19 | CHECKCARD  0728 IC CLEVELAND CLINIC SUI CLEVELAND    OH 24431069210708942402650 CKCD 3512 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -13.34 |
| 07/30/19 | CHECKCARD  0729 APL* ITUNES.COM/BILL 866-712-7753 CA 24692169210100895735298 CKCD 5735 XXXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -21.79 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 07/30/19 | CHECKCARD 0730 APL*ITUNES.COM/BILL 866-712-7753 CA 24692169211100109341924 CKCD 5735 XXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -4.35 |
| 07/31/19 | CHECKCARD 0728 HSV AIRPORT PARKING HUNTSVILLE AL 24789309211991800272426 CKCD 7523 XXXXXXXXXXX2907 XXXX XXXX XXXX 2907 | -24.00 |
| **Subtotal for card account # XXXX XXXX XXXX 2907** | | **-$3,072.69** |
| **Total withdrawals and other debits** | | **-$3,072.69** |

## Service fees

The Monthly Fee on your Business Fundamentals Checking account was waived for the statement period ending 06/28/19. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ✓ $250+ in new net purchases on a linked Business debit card
- ○ $250+ in new net purchases on a linked Business credit card
- ✓ $3,000+ minimum daily balance in primary checking account
- ✓ $5,000+ average monthly balance in primary checking account
- ○ $15,000+ combined average monthly balance in linked business accounts
- ○ enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 07/01 | 5,325.25 | 07/12 | 5,477.94 | 07/23 | 4,034.86 |
| 07/02 | 5,383.00 | 07/15 | 5,286.77 | 07/24 | 4,028.82 |
| 07/03 | 5,352.85 | 07/16 | 5,279.19 | 07/25 | 4,034.87 |
| 07/05 | 5,170.38 | 07/17 | 5,229.03 | 07/26 | 3,973.85 |
| 07/08 | 4,913.26 | 07/18 | 5,169.03 | 07/29 | 3,648.62 |
| 07/09 | 4,868.97 | 07/19 | 5,148.90 | 07/30 | 3,609.14 |
| 07/10 | 5,854.82 | 07/22 | 4,149.75 | 07/31 | 3,585.14 |
| 07/11 | 5,818.05 | | | | |

Case 19-80272-TOM11    Doc 91    Filed 08/07/19    Entered 08/07/19 15:14:02    Desc Main
Document      Page 20 of 21

This page intentionally left blank