IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN STODDART and | ) | Case No.: 19-80272-TOM-11 |
| HELEN POWELL-STODDART | ) | |
| | ) | |
| Debtors. | ) | CHAPTER 11 |
| | ) | |

## BALLOT FOR ACCEPTING OR REJECTING PLAN

Filed By _____.

THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAT ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS OR CLASSES REJECTING IT AND OTHERWISE SATISFIES THE REQUIREMENTS OF § 1129(B) OF THE CODE. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.

[If holder of scheduled or filed claim]

The undersigned, as a creditor of the above-named debtor in the unpaid principal amount of $ **20,472.98** with filed proof of claim #_____.

**Account Ending: 3003**

[If equity security holder]

The undersigned, the holder of [*state number*] _____ shares of [ *describe type*] _____ stock of the above named debtor, represented by Certificate(s) No._____ [*or held in my/our brokerage Account No.* _____ at [*name of broker-dealer*]_____.

26

Case 19-80272-TOM11    Doc 107    Filed 10/08/19    Entered 10/08/19 15:06:09    Desc
Case 19-80272-TOM11    Doc 118    Filed 11/12/19    Entered 11/12/19 13:51:42    Desc
Main Document    Page 1 of 2

[Check One Box]

☐ Accepts the Plan of Reorganization

☒ Rejects the Plan of Reorganization

Dated: **November 8, 2019**

Print or type name: **American Express National Bank**

Signed: _[signature]_

[if appropriate] By: **Kenneth W. Kleppinger**

as: **Attorney/Agent for credtior**

IN ORDER TO BE COUNTED, BALLOTS MUST BE SIGNED AND RETURNED SO THAT THEY ARE RECEIVED BY THE U.S. BANKRUPTCY COURT NO LATER THAN 4:30 P.M. CENTRAL STANDARD TIME ON THE DATE SET BY THE COURT (THE "VOTING DEADLINE"), TO:

Clerk's Office
U.S. Bankruptcy Court
Robert S. Vance Federal Building
1800 Fifth Ave. N.
Birmingham, AL 35203

27

Case 19-80272-TOM11    Doc 107    Filed 10/08/19    Entered 10/08/19 15:06:09    Desc
Case 19-80272-TOM11    Doc 118    Filed 11/12/19    Entered 11/12/19 13:51:42    Desc
Main Document    Page 2 of 2